AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:25-cr-00033 |
| John Harold Rogers, | ) Assigned To : Friedrich, Dabney L. |
|  | ) Assign. Date : 1/30/2025 |
|  | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    John Harold Rogers,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1. 18 U.S.C. § 1831(a)(5) (Conspiracy to Commit Economic Espionage)
2. 18 U.S.C. § 1001 (False Statements)

Date: 01/30/2025

*Issuing officer's signature*

City and state:  Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/30/2025, and the person was arrested on *(date)* 01/31/2025
at *(city and state)* Vienna, VA.

Date: 1/31/2025

*Arresting officer's signature*

Special Agent Frank Vergu
*Printed name and title*