UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 25-CR-33 (DLF) |
| | : | |
| JOHN HAROLD ROGERS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Kimberly L. Paschall is entering her appearance in this case.

                                        Respectfully submitted,

                                        Edward R. Martin, Jr.
                                        United States Attorney
                                        D.C. Bar 481052

By:    */s/ Kimberly L. Paschall*
           Kimberly L. Paschall
           Assistant United States Attorney
           D.C. Bar No. 1015665
           National Security Section
           601 D Street, N.W.,
           Washington, D.C.  20530
           202-252-2650
           Kimberly.Paschall@usdoj.gov