UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 25-cr-033 (DLF) |
| | : |
| JOHN ROGERS, | : |
| | : |
| Defendant. | : |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

EDWARD R. MARTIN
UNITED STATES ATTORNEY

By: /s/ Kimberly L. Paschall
KIMBERLY L. PASCHALL
D.C. Bar No. 1015665
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street NW, Room 5.104
Washington, D.C. 20530
E-mail: Kimberly.Paschall@usdoj.gov
Telephone: (202) 252-2650