UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

**DEFENDANT'S MOTION FOR PRETRIAL RELEASE UPON CONDITIONS**

Defendant, John Harold Rogers, moves for his release pending trial in this matter. Although Magistrate Judge Sharbaugh denied the Defendant's prior oral motion on February 5, 2025, (Minute Entry), Defendant respectfully submits that changed circumstances support this Motion as explained the accompanying Memorandum of Law.

Specifically, Defendant asks that he be released upon the following conditions:

1. Defendant will reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, by himself and at his expense.

2. Defendant will be required to wear an ankle monitor with GPS-monitoring by Pretrial Services.

3. Defendant will be required to make in-person check-ins with Pretrial Services at times and on a schedule determined by Pretrial Services.

4. All movement outside of the apartment by Defendant must be approved by Pretrial Services, and Defendant must be accompanied by a third-party custodian also pre-approved by Pretrial Services.

5. All visitors and meetings with individuals besides defense counsel must be Court-

approved and monitored by a third-party custodian approved by Pretrial Services.

      6.      Defendant consents to the government searching his person or apartment at any time.

      7.      Defendant may not possess cash or a credit card. Any necessary expenses—e.g., food, laundry, medical care—will be advanced by counsel.

      8.      Because Defendant has a six-year-old daughter, a pre-approved schedule should be in place to allow visitation.

      9.      Defendant may have no Internet access, but should be permitted to have a basic phone with call features so that he may contact his family, his children, and his lawyers, as well as other emergency services considering his health conditions.

Date:   April 25, 2025                                 Respectfully submitted,

                                                         /s/ Stephen A. Saltzburg
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

*Counsel for Defendant*