UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOHN HAROLD ROGERS,

Defendant.

Case No. 25-cr-033 (DLF)

PROPOSED ORDER

The Court grants Defendant, John Harold Rogers, motion for his release pending trial in this matter on the following conditions:

1. Defendant will reside at ▮▮▮▮▮▮▮▮▮▮, by himself and at his expense.

2. Defendant must wear an ankle monitor with GPS-monitoring by Pretrial Services.

3. Defendant is required to make in-person check-ins with Pretrial Services at times and on a schedule determined by Pretrial Services.

4. All movement outside of the apartment by Defendant must be approved by Pretrial Services, and Defendant must be accompanied by a third-party custodian also pre-approved by Pretrial Services.

5. All visitors and meetings with individuals besides defense counsel must be approved by this Court and monitored by a third-party custodian approved by Pretrial Services.

6. The government may search the Defendant's person or apartment at any time.

7. Defendant may not possess cash or a credit card. Any necessary expenses – e.g., food, laundry, medical care – must be advanced by counsel.

8. Pretrial Services must approve a schedule for the Defendant's six-year-old daughter to visit him with a third-party custodian approved by Pretrial Services present.

9. Defendant may have no Internet access, but is permitted to have a basic phone with call features so that he may contact his family, his children, and his lawyers, as well as other emergency services considering his health conditions.

Date: April ___, 2025

_____
Dabney L. Friedrich
United States District Judge