## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**JOHN HAROLD ROGERS,**

**Defendant.**

**Case No. 25-cr-033 (DLF)**

**EXHIBIT 1:**
**Declaration of Robert Doty**
**(4/25/2025)**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                   |                          |
| --------------------------------- | ------------------------ |
| **UNITED STATES OF AMERICA**      |                          |
| v.                                | **Case No. 25-cr-033 (DLF)** |
| **JOHN HAROLD ROGERS,**           |                          |
| **Defendant.**                    |                          |

## DECLARATION OF ROBERT DOTY

1.      My name is Robert Doty.  I am a retired Supervisory Deputy U.S. Marshal with a bachelor's degree in social justice.  Prior to serving twenty-five years in the U.S. Marshals Service, I was a Special Agent with the U.S. Immigration and Naturalization Service and a Military Policeman.  Since retiring in 2017, I have worked as a Taney County Deputy Sheriff and as an Investigator for the Christian County Prosecutor' Office.

2.      As a Supervisory Deputy U.S. Marshal from August 2010 to May 2017, I supervised one of the most successful fugitive task forces for the U.S. Marshals Service, I developed policies and procedures regarding Task Force operations, I reviewed and approved all request for electronic surveillance, I coordinated the use of all resources between federal, state, and local levels of law enforcement in the execution of our job, among other things.

3.      I recently was contacted by defense counsel for Dr. John Rogers.  Defense counsel were not previously known to me.

4.      Defense counsel asked me to assist in the creation of a security plan that would allow Dr. Rogers to be removed from federal custody pending trial while addressing the government's stated concern that Dr. Rogers poses a flight risk.

1

5.      There is no 100% guarantee that anyone will not flee, but I believe the following plan would reasonably minimize Dr. Rogers's risk of flight.

6.      Consequently, I would recommend a home detention plan with the following additional conditions: (1) an ankle monitor with GPS-monitoring; (2) scheduled in-person check-ins with Pretrial Services; (3) all movement outside of the apartment is approved by Pretrial Services and Dr. Rogers is accompanied by a third-party custodian also pre-approved by Pretrial Services; (4) all visitors and meetings with individuals besides defense counsel is Court approved and monitored by a third-party custodian; (5) consent by Dr. Rogers to search his person or the apartment at any time; (6) restrict Dr. Rogers's access to money; and (7) no internet access.

7.      I understand that Dr. Rogers has a six-year-old daughter and a pre-approved schedule should be in place to allow visitation.

8.      Furthermore, Dr. Rogers should be permitted a basic phone with call features so that he may contact his family, his children, and his lawyers, as well as other emergency services considering Dr. Rogers's health conditions.


Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2025

_Robert Z. Doty_

Robert Doty

ROGERS-000003