UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No.  25-cr-033 (DLF) |

## NOTICE OF SEALED FILING

The  United States Attorney of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on May 22, 2025, it filed with the Court, through the Classified Information Security Officer, a pleading titled "Government's Motion and Memorandum of Law for an Order Pursuant to § 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1)".  The pleading is not available for public viewing.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

BY:   /s/ *Kimberly Paschall*
Kimberly Paschall (D.C. Bar No. 1015665)
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov