UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-cr-00033 (DLF) |
| v. : | |
| : | |
| JOHN HAROLD ROGERS, : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Thomas N. Saunders is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Kimberly L. Paschall, as counsel for the United States, is withdrawing as counsel of record in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

Dated: July 15, 2025

/s/ *Thomas N. Saunders*
Thomas N. Saunders
Assistant United States Attorney
N.Y. Bar No. 4876975
National Security Section
601 D Street, NW, Room 5-120
Washington, D.C. 20530
Office: 202-252-7790
Email: thomas.saunders@usdoj.gov