UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 25-cr-00033 (DLF) |
| v. : | |
| : | |
| JOHN HAROLD ROGERS, : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF SEALED FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that on August 27, 2025, it filed with the Court, through the Classified Information Security Officer, a pleading titled "The Government's Supplemental Motion and Memorandum of Law for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1)." The pleading is not available for public viewing.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

Dated: August 27, 2025

/s/ Nicholas O. Hunter
Nicholas O. Hunter
Trial Attorney
D.C. Bar No. 1022355
National Security Division, U.S. Dep't of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Office: 202-353-3434
Email: Nicholas.hunter@usdoj.gov