UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Filed with Classified Information Security Officer

CISO _____

Date 8/27/2025

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOHN HAROLD ROGERS<br><br>Defendant. | 1:25-CR-33-DLF<br><br>FILED *EX PARTE*, *IN CAMERA* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE |

# THE GOVERNMENT'S SUPPLEMENTAL MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND <u>FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)</u>