UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | 25-CR-033-DLF<br>PROTECTIVE ORDER WITH RESPECT TO CERTAIN CLASSIFIED MATERIALS |

This matter comes before the Court on the Government's motion (the "Government Motion") and accompanying materials, which were filed *ex parte*, *in camera*, and through the Classified Information Security Officer on August 27, 2025 (collectively, the "Government Submission").

The Government Submission sought a protective order, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, regarding certain materials and/or information. *See* 18 U.S.C. App. 3 § 4. After *ex parte*, *in camera* consideration of the Government's Submission, this Court finds:

1. The Government Submission contains and describes classified information that requires protection against unauthorized disclosure. That information is described with particularity in the Government Submission.

2. Disclosure of the Classified Materials, as defined in the Government Motion, to the defendant, defense counsel, or the public could reasonably be expected to harm national security.

4. The Classified Materials are either not discoverable under *Brady v. Maryland*, 377 U.S. 83 (1963), and its progeny, or Rule 16 of the Federal Rules of Criminal Procedure, or otherwise, and/or are not relevant and helpful to the defense—that is, useful to counter the

Government's case or bolster a defense, as required under *United States v. Yunis*, 867 F.2d 617 (D.C. Cir. 1989); *see also United States v. Aref*, 533 F.3d 72, 78 (2d Cir. 2008).

Accordingly, it is:

**ORDERED** that the Government's motion is granted, and the Classified Materials, as defined in the Government's motion and as described herein, need not be disclosed to the defense; and it is further

**ORDERED** that the Government Submission is hereby sealed, and shall remain preserved in the custody of the Classified Information Security Officer or his/her designee, in accordance with established court security procedures, until further order of this Court.

**SO ORDERED** this 4th day of September 2025.

_____
HON. DABNEY L. FRIEDRICH, District Judge
United States District Court
For the District of Columbia