**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 25-cr-033 (DLF)** |
| **JOHN HAROLD ROGERS,** | |
| **Defendant.** | |

**DEFENDANT'S MOTION TO DISMISS COUNT ONE**

The Defendant Dr. Rogers has consistently denied that he ever knowingly conspired to assist the People's Republic of China ("PRC") in obtaining information that would damage the United States.  Notwithstanding his denial and pursuant to Federal Rule of Criminal Procedure 12(b)(3), he moves to dismiss count one of the indictment on two grounds:

1. As applied to the Federal Reserve, the definition of "trade secret" under 18 U.S.C. § 1839(3) is void for vagueness.

2. Dr. Rogers could not conspire to communicate Federal Reserve trade secrets, because neither Dr. Rogers nor any Federal Reserve researcher had reason to believe that the Federal Reserve creates trade secrets.

Respectfully submitted,

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com


*Counsel for Defendant*

2