UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

## DECLARATION OF ERIC T. SWANSON

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury under the laws of the United States of America that the statements made herein are true and correct to the best of my knowledge and belief.

1. I am a professor in the Economics Department at the University of California, Irvine. A copy of my curriculum vitae is attached as an exhibit.

2. I received my Ph.D. from Stanford University in 1998.

3. My employment history includes positions at the Federal Reserve Bank of San Francisco, Senior Research Advisor (2008-2014) and Research Advisor (2005-2008) and at the Federal Reserve Board, Senior Economist (2004-2005) and Economist (1998-2004).

4. Based on my experience working with Federal Reserve entities, I am familiar with the classifications that are given to confidential documents.

5. I have read the indictment in this case.

6. I have been asked to opine on whether various documents that have been given classifications by the Federal Reserve are trade secrets as defined by 18 U.S.C. §1839(3).

1

7. Based on my experience with the Federal Reserve, the fact that the Federal Reserve designates something Class II does not automatically mean that the information is a trade secret as defined by the federal statute, i.e., information that derives independent economic value.

8. The Federal Reserve is not a private business and does not really derive monetary or economic value from keeping things secret. The only reasons the Federal Reserve keeps economic things secret is to 1) protect the confidentiality of internal deliberations and opinions from public and political scrutiny and influence, and 2) to avoid moving financial markets unnecessarily.

9. The Federal Reserve also keeps bank regulatory information secret to protect the identities and potential problems of banks from being revealed to their counterparties and customers, which could be extremely destructive to the bank if it were revealed. But bank regulation isn't an issue in this case.

10. The Federal Reserve does not derive any independent economic/monetary value from Class II information being kept secret. The reason why the Federal Reserve keeps Class II information secret is the two reasons I gave in paragraph 8, above, which are not economic/monetary reasons. Put differently, if the Federal Reserve were to publish all of its Class II information today, the Federal Reserve would continue to make profits (or losses in some years) at exactly the same rate as it always does. The Federal Reserve's profits from managing the money supply and holding its portfolio of securities is independent of whether that Class II information is publicly known or not.

11. According to the definition of a trade secret as defined by 18 U.S.C. §1839(3), I think it's hard to call almost anything that is Class II a "trade secret" of the Federal Reserve.

12. Based on my experience working with Federal Reserve entities, my opinion is that Federal Reserve researchers would not have had fair notice prior to the filing of this case as to what qualifies as a trade secret. Other than the "Class I, Class II, Class III, and unclassified" distinction, there is no additional information that would let a Federal Reserve employee know whether some information was "economically valuable" or not.

13. Based on my experience working with Federal Reserve entities, I have found that no one at the Federal Reserve talks about "trade secrets." I have never heard anyone at the Federal Reserve ever refer to any information at the Federal Reserve in those terms. The only terms people at the Federal Reserve use are "Class I", "Class II", "Class III." In some rare cases, I've heard people talk about "Secret" or "Top Secret" material, which is material that comes from intelligence agencies like the CIA, and those intelligence agencies use those classifications. But the Federal Reserve does not use the "Secret" or "Top Secret" classifications for itself and Federal Reserve staff do not ever refer to "trade secrets" in my experience.

14. Trade secrets 5 and 6, listed on page 4 of the indictment, are neither trade secrets nor confidential. They are the equivalent of Excel spread sheets listing bond prices at designated periods either before or after the Federal Reserve makes a rate announcement. The Federal Reserve obtains the data from outside sources that are equally available to third parties. I am very familiar with these spread sheets, because I was their creator during my service with Federal Reserve entities. Moreover, I have

been given access to and have used this data in my published work after leaving the Federal Reserve – e.g., Michael D. Bauer and Eric T. Swanson, <u>An Alternative Explanation for the "Fed Information Effect"</u>, 113(3) Am. Econ. Rev. 664-700 (Mar. 2023) *available at* https://www.aeaweb.org/articles?id=10.1257/aer.20201220.  I further explain how the data can be reconstructed exactly using the methodology and data sources from my earlier paper, as follows: "FOMC high-frequency announcement data (confidential): The data on high-frequency financial market responses to FOMC announcements are from the Federal Reserve Board (Board of Governors, 2019) but cannot be redistributed publicly.  The dataset is contained in a spreadsheet called "tightalldata.xls" which is an extension of the spreadsheet by that same name constructed and used by Gürkaynak, Sack, and Swanson (2005, GSS). The data can be reconstructed by extending the GSS data using the exact methodology and data sources from that paper."  See the Replication package for "An Alternative Explanation for the 'Fed Information Effect'," by Michael Bauer and Eric Swanson, *available at* https://www.openicpsr.org/openicpsr/project/181661/version/V2/view (view README.pdf).

Executed on September 14, 2025

Eric T. Swanson