< Information Security

# Board Policies

Last updated: August 9, 2022

| |
|---|
| Information Security |
| Information Security Policy |
| Incident Notification and Breach Response Plan |
| Information Technology Resources Use |
| National Security Clearance Eligibility and Access to Classified National Security Information |
| Handling Personally Identifiable Information |
| Removal or Disposal of Board Information by Departing Personnel |
| Insider Threat Prevention and Detection Program for Classified Information |
| Access to Federal Open Market Committee and Confidential Supervisory Information |

## Information Technology Resources Use

Approved by Sharon Mowry, effective July 13, 2017

Jump to section: Policy Statement

### Policy Statement

The Board provides information technology (IT) resources to employees and other authorized individuals to enable them to perform their assigned duties on behalf of the Board. This policy addresses the permissible uses of the Board's IT resources and defines the level of privacy that individuals using Board IT resources may expect. This policy also

Menu

understand, and comply with this policy.

g

[Return to top](#)

## Definitions

*Board IT resources* means the information technology resources such as the computing, networking, communications and telecommunications systems, infrastructure, hardware, software, and related services made available by the Board (including those that the Board makes available through a third party, such as through a Federal Reserve Bank). Examples of Board IT resources include, but are not limited to, computers (PCs); tablets; servers; computer software and databases; telephones (wired and wireless), including wireless handheld devices (i.e., smartphones and tablets); networks (wired and wireless); network and mobile storage devices; scanners, printer, and multifunction machines; electronic mail; enterprise instant messaging; web-conferencing services; Internet access services; remote-access services; voicemail services; and web-based collaborative services such as SharePoint and OneFED.

*User(s)* means any employee(s) or other individual(s) who uses Board IT resources.

[Return to top](#)

## Use of Non-Board IT Resources – Conduct of Board Work

### Board IT Resources and Conduct of Board Work

Users must use Board-approved IT resources to conduct work for the Board. Unless authorized in writing by the Board's Chief Information Officer (or his/her designee), users may not use their personally owned or controlled IT resources that have storage capabilities to conduct work for the Board, except that users may make and receive work-related phone calls on personal devices. For example, users are not permitted to use

Menu

(e.g., Facebook or Yahoo Messenger) or any communication platform that is not Board-approved (e.g., Google Hangouts) to conduct Board business, including business that involves Board information classified as Public. This requirement also means that users are not permitted to store information in the conduct of work for the Board on personally owned or controlled IT resources (e.g., PCs or tablets) or accounts (e.g., Google Drive or Dropbox) or on other non-Board-approved IT resources. Users are permitted to use personally owned or controlled mice, keyboards, external monitors, printers, and home Wi-Fi networks, so long as those resources do not have storage capabilities. See the Board's [Security Standards and Policies](#) webpage for further information.

If a user receives a communication related to Board business or mistakenly conducts Board business on a non-Board-approved electronic messaging account (including an e-mail or instant messaging account), the user must copy or forward the complete message within 20 days to his/her official Board account. Once the user has ensured the Board business-related message has been captured in the Board account, the message must be removed from the non-Board-approved account and, if applicable, the device.

**Use of Social Media Platforms on Behalf of the Board**

Unless specifically authorized in writing by the Director of the Office of Board Members (or his/her designee), users may not use social media or communication platforms such as Facebook, Twitter, YouTube, LinkedIn, or Flickr to conduct Board business or to communicate on behalf of the Board, including by posting information regarding Board business. The Board maintains a presence on select social media platforms and only authorized staff (generally, staff of the Board's Office of Public Affairs) may post information or otherwise communicate on behalf of the Board using accounts that the Board has authorized for these purposes.

[Return to top](#)

**Non-Work Use of Board IT Resources**

Menu

The Board makes Board IT resources available to users for Board business purposes. Non-work use is permitted using Board IT resources only if the use is incidental and complies with this policy, including the prohibited uses described later in this policy. Users must also comply with the Procedures for Accessing External E-mail Accounts, which allows the use of a Board-issued laptop or desktop to access an external e-mail account only if that access is made through a Board-approved means (e.g., Citrix XenApp). The incidental-use restriction also means, for example, that users should limit their use of Board IT resources to store personal files, including e-mail, photos, and documents.

*Incidental use* means non-work use that

- is of limited duration and frequency;
- involves minimal additional expense to the Board;
- does not interfere with the user's performance of his/her job or work responsibilities;
- does not interfere with the mission or operations of the Board;
- does not involve any prohibited uses listed in this policy (see "Prohibited Uses" section);
- does not violate any Board policy or applicable law or regulation including, for example, the ethics restrictions on fundraising, endorsement of products or services, or political activity; and
- does not involve
  - creating, copying, or transmitting chain letters (or other mass mailings), greeting cards, video files, or other large file attachments;
  - selling or buying or attempting to buy or sell goods over electronic auction sites, or engaging in day trading or any other activity that requires the user to be engaged for extended periods of time on non-Board-related activities; or
  - using Board IT resources for commercial purposes or for personal financial or other gain, including operating a business or other commercial enterprise.

*Minimal additional expense* means the use will result in no or very low

Menu

and will use only small amounts of telecommunications time or bandwidth, electricity, ink, toner, paper, or other commodities. Use that could cause congestion, delay, or disruption to any Board IT resource is not a minimal additional expense.

*Non-work use* means any activity that is conducted for purposes other than accomplishing authorized Board business activity.

### Use of the Guest Wireless Network

The Board provides a guest wireless network called "Enhanced Mobility for Guests," which is an Internet access point that resides outside of the Board's firewalls and network. While the guest network is primarily for Board guests, users working on the Board's premises are permitted to use the guest wireless network, including to access personal e-mail accounts. This means that users may connect their personally owned or controlled IT resources or Board-issued devices (e.g., Board-issued smartphone or laptop) to the guest wireless network so long as the user complies with this policy (including the requirement to limit non-work use to use that is incidental) and the Terms of Use for the guest wireless network. Users should consult the Enhanced Mobility for Guests webpage for additional requirements and information on use of the guest wireless network.

Return to top

### Prohibited Uses

The Board strictly prohibits certain uses of Board IT resources in all circumstances. Accordingly, users may not use Board IT resources to

- harass or intimidate another person, whether that person is inside or outside the Federal Reserve System;
- defame (libel or slander) another person or entity;
- receive, view, store, photograph, transmit, access, use, download, or take any other action (other than to delete, report, or, if part of the user's official duties, investigate the activity) regarding

Menu

- material that is offensive or harassing in nature, including material that disparages others on the basis of race, color, religion, sex, national origin, age, disability, or sexual orientation; or

- material related to illegal activities (e.g., illegal gambling, illegal file swapping, or software piracy);

- disseminate or otherwise disclose nonpublic Board information (including trade secrets, confidential supervisory information, or confidential personal information of a person other than the user, or business-sensitive information) outside of the Federal Reserve System without permission, including on social media sites, blogs, newsgroups, bulletin boards, or other public forums;

- communicate a personal message or opinion in a manner that creates an impression that the personal communication was made on behalf of the Board or represents the views of the Board;

- acquire, use, reproduce, transmit, or distribute any controlled information without authorization, including computer software and data, copyrighted or trademarked material or material with other intellectual property rights (beyond fair use), export-controlled software or data, or proprietary data (this prohibition includes downloading programs that share files protected by copyright laws, such as music or movies);

- use automated software agents (such as "bots," "robots," "spiders," or "crawlers") for non-work purposes;

- gain unauthorized access or exceed authorized access to data or systems, whether internal or external to the Board or owned or not owned by the Board;

- engage in deliberate attempts to circumvent data protection or other security measures;

- download or install software on a Board-issued device such as a workstation or network without prior approval, except that commercially available applications may be downloaded and installed on the "personal" side of a Board-issued smartphone;

- connect non-Board-approved devices with storage (such as USB flash drives, smartphones, tablets, or digital audio players) to a Board-issued device or network without prior approval;

- allow an external party (e.g., vendor, external agency partner, or research collaborators) to remotely control the user's Board-issued

Menu

- stream media (such as music, voice, or video files) in a manner that causes congestion, delay, or disruption to Board IT resources;

- play online games on any IT resource other than a Board-issued wireless handheld device or personally owned or controlled IT resource connected to the Board's guest wireless network;

- engage in online text conversations or otherwise communicate for non-work purposes using a system or application that is not Board-approved unless such use is made using an IT resource (whether Board-issued or personally owned or controlled) that is connected to the Board's guest wireless network; or

- engage in conduct that would otherwise violate any applicable law, rule, regulation, or policy, such as the Board's [Suitability policy](#) and policies related to [Security Standards and Policies](#) and [ethical conduct](#).

[Return to top](#)

## Privacy Expectations

Board IT resources are owned by the Board and are provided for authorized purposes only. The Board reserves the right to monitor, audit, inspect, access, seize, search, intercept, observe, and restrict any and all types of uses of Board IT resources.

Use of Board IT resources is not private or personal. Users do not have any reasonable expectation of privacy while using Board IT resources, including in any communication, data, or information transiting, stored on, or traveling to or from Board IT resources. This includes information contained on the "personal" side of a Board-issued smartphone.

Among other activities, at any time without notifying or consulting any user, and for any lawful government purpose, the Board, a Federal Reserve Bank acting on behalf of the Board, or other U.S. government agency may audit, access, monitor, intercept, observe, inspect, restrict, search and seize any communication, data, or other information transiting, stored on, or traveling to or from Board IT resources including, but not limited to, e-mail messages, data, photos, attachments, and information about Internet use. Any communications, data, or other

Menu

resources may be disclosed or used for any lawful government purpose.

Requests to review Internet use (other than by authorized IT staff reviewing the use for the purpose of ensuring the security of Board IT resources and information) or to review the content of e-mail must be approved by the Board's general counsel, except that the Board's Office of Inspector General (OIG) may have access to e-mail and Internet use consistent with the provisions of the Inspector General Act of 1978, as amended. This approval requirement is not intended to and does not create an expectation of privacy.

The Board may refer any evidence of possible misconduct or criminal activity to the OIG, law enforcement agencies, or other officials for appropriate action, which may include pursuit of civil or criminal penalties, and the Board may use any such evidence to support a disciplinary or other action against any user. Use of Board IT resources constitutes implied consent to these activities and conditions.

Return to top

## Compliance

Users must comply with all laws, regulations, and policies that apply to Board IT resources. For example, the unauthorized disclosure of confidential information may (1) result in civil or criminal penalties, for example, under the Privacy Act (5 USC 552a), the Right to Financial Privacy Act (12 USC 3401 et seq.), the Trade Secrets Act (18 USC 1905), or 18 USC 641 as theft of government property; (2) be a criminal offense under the laws governing information classified for national security purposes (see Executive Order No. 12958, April 17, 1995, as amended, and 18 USC 1924); or (3) violate Board policies (e.g., the Removal of Board Information by Departing Personnel policy and the Program for Security of FOMC Information).

Return to top

**Penalties**

Menu

Unauthorized or improper use of Board IT resources may result in loss of, or limitations on, the use of Board IT resources and in disciplinary or other legal action. Action may include, but is not limited to, reprimand, suspension, or termination of employment as well as civil and criminal penalties, if appropriate.

[Return to top](#)

## Responsibility

The [Division of Information Technology](#) (IT), with support from the [Legal Division](#), the Information Security Committee (ISC), and the IT Advisory Group (ITAG), is responsible for maintaining this policy and providing training to users regarding the requirements of this policy. Interpretation is the responsibility of IT, with appropriate support from the Legal Division.

[Return to top](#)

## References

- [Board Ethics Website](#)
- [Security Standards and Policies](#)
- [Procedures for Accessing External E-mail Accounts](#)
- [Program for Security of FOMC Information](#)
- [Removal of Board Information by Departing Personnel Policy](#)
- [Suitability Policy](#)

[Return to top](#)

## Footnotes

1. Users may allow a third party to view the user's screen using these types of tools so long as the use is for business purposes and the user is authorized to disclose the information shown on the screen to the third party. [Return to text](#).

### How the Board is administered

[Organizational Changes](#)
[Delegations of Authority](#)
[Board Organization & Procedures](#)
[Board member committees](#)

### Related resources

[Guidelines for updating policies](#)
[Archived policies (FIRMA)](#)

### Contact us

[Site Editors](#)
[Policy Coordinator](#)

*The Federal Reserve, the central bank of the United States, provides the nation with a safe, flexible, and stable monetary and financial system.*

Menu

**Internal FR**

Contact Us
Accessibility Statement

Menu