# 2016



