UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No.: 25-cr-00033 (DLF) |
| v. | : |
| | : |
| JOHN HAROLD ROGERS, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF SERVICE OF EXPERT NOTICE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this notice to the Court that, on November 7, 2025, the government provided defense counsel with expert notice and supporting materials pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) for the following individuals: Robert Greene, Special Agent Scott Kistler, Dr. Barry Naughton, and Dr. Brad Setser.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

Dated: November 7, 2025

/s/ *Thomas N. Saunders*
Thomas N. Saunders
Assistant United States Attorney
N.Y. Bar No. 4876975
National Security Section
601 D Street, NW, Room 5-120
Washington, D.C.  20530
Office: 202-252-7790
Email: thomas.saunders@usdoj.gov