UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOHN HAROLD ROGERS,

Defendant.

Case No. 25-cr-033 (DLF)

## DEFENDANT'S FIRST MOTION IN LIMINE

For reasons set forth in Defendant's Memorandum of Law in Support of his First Motion in Limine, Defendant moves to exclude testimony regarding:

1. The motivations of the PRC, including testimony about the PRC's global economic ambitions and the value it placed on economic intelligence; how the information allegedly sought by Defendant's co-conspirators would have benefitted the PRC and its instrumentalities; and the value to the PRC of the information sought from and allegedly provided by Defendant to his co-conspirators and the PRC.

2. PRC Universities and research institutes, their control by and coordination with the PRC government and Chinese Communist Party, and the relationships between PRC Universities and American researchers and professors, unless the Government can prove that such evidence was known to Defendant during the alleged conspiracy.

3. The nature and extent of the PRC's holdings of U.S. Treasuries and other securities, how the PRC manages those holdings, the economic value of FRB and FOMC information not at issue in this case, and whether the PRC and its components and instrumentalities traded on any information provided by Defendant.

4. How the unauthorized disclosure of any trade secrets by Defendant harmed or could have

harmed the economic interests of the United States.

5. The proposed expert testimony of Mr. Robert W. Green, S.A. Scott Kistler, and Dr. Brad Setser.

6. Defendant intends to respond to the proposed expert testimony of Barry Naughton at a later date fixed by the Court.

Defendant also reserves the right to object to any Fed. R. Evid. 404(b) evidence should the Government give notice of an intent to offer such evidence.

November 10, 2025                                                     Respectfully submitted,


/s/ Stephen A. Saltzburg
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu



/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com


*Counsel for Defendant*