UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-cr-033 (DLF) |
| JOHN HAROLD ROGERS, | |
| Defendant. | |

**DEFENDANT'S SECOND MOTION IN LIMINE**

For reasons set forth in Defendant's Memorandum of Law in Support of his First Motion in Limine and his Memorandum of Law in Support of his Second Motion in Limine, Defendant moves to exclude the following:

1. All evidence covered by the First Motion in Limine.

2. The opinions offered by SA Scott Kistler.

3. The opinions offered by Dr. Barry Naughton as to the structure of the Chinese government and Chinese Communist Party, and their relation to the Chinese university system; and opinions about the interest of People's Republic of China policymakers in obtaining inside information from the Federal Reserve.

Defendant also moves the court for an order directing the Government to remedy its disclosure as to Mr. Robert W. Greene.

November 21, 2025                         Respectfully submitted,

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052

Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu


/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com


*Counsel for Defendant*