

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

November 7, 2025

VIA ELECTRONIC MAIL

| Jonathan Gitlen<br>Law Office of Jonathan Gitlen PLLC<br>900 19th Street, NW, Ste 500<br>Washington, DC 20006<br>Email: jonathan.gitlen@jgitlenlaw.com | Stephen A. Saltzburg<br>2000 H Street, NW<br>Washington, DC 20052<br>Email: ssaltz@law.gwu.edu |
|---|---|

Re:   *United States v. John Harold Rogers,* Case No. 25-cr-00033
      Expert Notice – Scott Kistler

Dear Counsel:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, please be advised that the government expects to call Federal Bureau of Investigation Special Agent Scott Kistler as an expert witness at trial in this matter. SA Scott Kistler is an expert on insider trading involving material, non-public information.

SA Scott Kistler's testimony will be based on his years of professional experience, both as an FBI Special Agent and as a trader at the Chicago Mercantile Exchange. SA Kistler has been a Special Agent in the FBI since 2009. In his 16 years of experience, he has investigated insider trading, market manipulation, and securities fraud in the U.S. financial markets. He has worked investigations with non-competitive trading on exchange floors, order spoofing on digital trading platforms, and traditional insider trading involving material, non-public information (MNPI) exchanged between individuals. SA Kistler is familiar with the capabilities and methods of individuals who engage in insider trading. Additionally, he is intimately aware of the immense value that information, particularly MNPI, can have in the financial market and the length to which fraudsters and other market participants will go to obtain it.

Prior to working for the FBI, SA Kistler traded securities at the Chicago Mercantile Exchange (CME) from 2000 to 2008. The CME is the largest futures exchange in the world, and he traded futures on equities, interest rates, and currencies. SA Kistler became a member of the National Futures Association and leased a membership with the CME, which is a prerequisite to trade on the floor of the exchange. While he was trading at the CME, he had no bosses, employees, or customers. Every trade he made, and the profit or loss associated with it, was assumed by him alone. SA Kistler's continued employment at the exchange then depended

solely on his ability to make money consistently through trading in his account. On a daily basis, he would average making a few thousand dollars by trading hundreds of contracts. However, on days when significant market-moving events were announced, the opportunity for increased profit was magnified exponentially. On these days, it was not uncommon for his personal profit to be over fifty times greater than a normal trading day. These were the days when the exchange was full of traders, no employee took vacation, and everyone was ready for the opportunity to have a big payday.

At trial, SA Kistler is expected to testify about:

1. The interest rate market products traded on U.S. exchanges and their value;

2. The importance of FOMC meetings and associated press releases, especially their impact on interest rate market products, and how small changes in the announcement can drastically move markets; and

3. How specific trade secrets from this case could have been used by inside traders.

### *1. Interest rate market products*

Anyone can trade interest-rate market products, which include, but are not limited to, the 30-year bond and the 10-year and 5-year notes, which are debt instruments. Depending on their years of maturity, these debt instruments are called bonds (longer maturity date) or notes (shorter maturity date). The value of each product is inversely related to the interest rate, meaning that, if interest rates fall, the value of the 10-year note (as well as any interest rate product) rises.

The 10-year U.S. Treasury Note is a debt obligation that is issued by the Treasury Department of the United States Government and comes with a maturity of 10 years. Simply put, a 10-year note is a type of investment, and a person can make or lose money on that investment depending on the rise and fall of interest rates. Therefore, if someone buys a 10-year note and interest rates fall, the value of that note will go up. If this person then sells the 10-year note after the interest rates fall, this person will make a profit because the price at which he sells is higher than the price he purchased.

There is no limit on the number of contracts or shares of a note or a bond that any one individual or entity can own or trade, as long as the market has enough of that product. Therefore, if an individual or entity has significant financial resources, that individual or entity could accumulate a large amount of a product and amass significant profits or suffer significant losses.

### *2. FOMC meetings and associated press releases*

As explained above, interest rates could have a significant impact on values of interest-rate market products. An announcement of interest rate changes, which follows the FOMC meeting, is one of the biggest market moving events. This includes the stock market as well as interest rate products. The FOMC is a branch of the Federal Reserve System—the central banking system of the United States—and it typically meets eight times each year to discuss the

monetary policy of the United States and announce its decision on the federal funds rate. At FOMC meetings, the governors of the Federal Reserve meet to discuss monetary policy and announce their decision on a target federal funds rate. The federal funds rate is the target interest rate at which commercial banks lend each other money overnight. The FOMC's decision on whether to raise, lower, or maintain the target federal funds rate has a direct effect on interest rates all over the country and the world, influencing everything from credit card rates to mortgage rates.

In addition to a decision on the federal funds rate, the FOMC has, since 1994, released a statement to explain its decision. This statement is heavily scrutinized by traders for insight into future monetary policy because it hints at how interest rates may change in the future. Even a slight change in language can lead to a significant market movement and corresponding opportunity to make or lose money. On June 19, 2019, for example, 92 of the 93 economists surveyed by Bloomberg predicted that the FOMC would leave the federal funds rate unchanged, which it did. But the FOMC, in their statement, announced that it would "act as appropriate" to sustain economic expansion, instead of being "patient," as they had written in the previous release. This change in language caused the markets to respond dramatically, with investors and traders interpreting the new language to mean that the FOMC would be increasingly likely to lower the target federal funds rate in the near future:



The graph above depicts the value of the 10-year note over several hours on June 18 and 19, 2019. The 10-year note is one of the contracts that is most reactive to FOMC decisions. When the federal funds rate goes up, the value of the 10-year note declines. The 10-year note is also the most actively traded future interest rate product, with trading volume exceeding $900 billion daily. Immediately following the June 19, 2019 FOMC decision, the price of the 10-year note increased twenty points within an hour of the announcement.

3

As shown in the graph, the spike going up at approximately 2:15pm on June 19, 2019 reflects the market's action based on the market's interpretation of the FOMC decision that the interest rate for the 10-year note will be lower in the future. As a result, traders and investors started buying 10-year notes immediately following the FOMC announcement around 2:15pm, causing the price of the 10-year note contracts to increase by approximately 10 points. In U.S. dollar terms, for each contract, every point is worth $31.25. Therefore, if a trader bought 100 10-year note contracts before the announcement, that trader would almost immediately profit $31.25 x 10 x 100 = $31,250. This is a common and modest trade, not taking into consideration that the price went up almost 20 points within the hour following the FOMC announcement. Therefore, if our hypothetical trader held on to his holdings for the next hour following the announcement, he would profit $31.25 x 20 x 100 = $62,500. Additionally, in the minute following the FOMC announcement, over 17,000 ten-year contracts were traded. If one individual or institution was responsible for just that one minute of trading, it would have been over a $10,000,000 profit.

### 3. Specific trade secrets

*Trade Secret #2*

Trade Secret #2 as alleged in the Indictment is the Federal Reserve Board [FRB]'s reaction and analysis on the European Central Bank (ECB)'s March 7, 2019 policy announcement. FRB's analysis stated that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████ This caused, as reported by financial news media, European bond yields to fall. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████

In summary, on March 7, 2019, ECB forecasted rate increase in early 2020, which was not what the market was expecting because the market, as implied from OIS, was expecting rate increase to occur in late 2019. This delay in rate increase, as reported in the financial news media, caused the European bond yields to fall following ECB's announcement. ███████████████████████████████████████████████████████████████████████████████████████████████████████████ An inside trader could have used this information to know in advance that the value of the contract was likely to fall. This inside trader would be able to sell the contracts he held, preventing a significant financial loss for himself, or he could short-sell contracts, thereby securing a significant financial gain for himself.

*Trade Secrets #3 and #4*

Trade Secret 3 is a document dated June 6, 2019, containing notes on a briefing to a member of the FRB. Specifically, these are notes ███████████████████████ ███████████████████████

4

███████████████████████ Trade Secret 4 is a document containing notes of a briefing titled "Pre-FOMC Briefing," dated June 10, 2019, that breaks into a number of topics.

Trade Secrets 3 and 4 are significant given the insight these documents provide into the FOMC deliberation process. For instance, in Trade Secret 3, ████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████Within the last couple of months, we have seen how changes in U.S. trade policy caused extreme market volatility, and trade policy concerns did cause market volatility in 2019.

On page 2 of Trade Secret 3, in response to the ████████████████████
████████████████████████████████████████████████████████████████████████

In addition, on page 1 of Trade Secret 4, the summary section of the "pre-FOMC Briefing Text" includes the following statements:

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

On page 3, ████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

These insights would be market-moving if made public, because Fed forecasts move markets. These insights, if made public, could have caused the value of the 10-year note to drop. If a trader was aware of this information before the market, it would allow the trader to make money or avoid losses by selling 10-year notes or covering positions.

                                           Sincerely,

                                           Jeanine Ferris Pirro
                                           United States Attorney

                              By: /s/ *Thomas N. Saunders*
                                  Thomas N. Saunders
                                  Assistant United States Attorney
                                  National Security Section

                                                     John A. Eisenberg
                                                    Assistant Attorney General

                                                    Nicholas Hunter
                                                    Yifei Zheng
                                                    Trial Attorneys
                                                    National Security Division
                                                    U.S. Department of Justice

      I, FBI SA Scott Kistler, approve of this expert disclosure and the information contained herein.

                                                    _____
                                                    SA Scott Kistler