

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

---

*601 D Street, N.W.*
*Washington, D.C. 20530*

November 7, 2025

<u>VIA ELECTRONIC MAIL</u>

| | |
|---|---|
| Jonathan Gitlen<br>Law Office of Jonathan Gitlen PLLC<br>900 19th Street, NW, Ste 500<br>Washington, DC 20006<br>Email: jonathan.gitlen@jgitlenlaw.com | Stephen A. Saltzburg<br>2000 H Street, NW<br>Washington, DC 20052<br>Email: ssaltz@law.gwu.edu |

      Re:    *United States v. John Harold Rogers,* Case No. 25-cr-00033
             Expert Notice – Dr. Bradley Wayne Setser

Dear Counsel:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, please be advised that the government expects to call Dr. Bradley Wayne Setser as an expert witness at trial in this matter.

      Dr. Brad Setser is an expert on the cross border trade and financial flow, with a particular focus on China's exchange rate policies and China's holdings of foreign exchange reserves including its holdings of U.S. Treasuries.

      Dr. Setser's testimony will be based on his twenty plus years of professional experience in international economics and finance. Dr. Setser is currently the Whitney Shepardson Senior Fellow at the Council on Foreign Relations. He has been at the Council on Foreign Relations since 2016, apart from a year and a half of service as a Senior Advisor to the U.S. Treasury Representative. From 2011 to 2015, he served as Deputy Assistant Secretary for International Economic Analysis at the U.S. Department of the Treasury. In that capacity, he contributed to the department's work on China's exchange rate policies and worked with Treasury's Department of Domestic Finance to understand shifts in China's holdings of U.S. bonds. From 2009 to 2011, he served as the director of international economics on the staff of the National Economic Council, with responsibility for briefing the Director and Deputy Director of the National Economic Council on developments in China.

Prior to his service in the Obama Administration, Dr. Setser was a staff economist at the U.S. Treasury, a visiting scholar at the IMF, the director of global research at Roubini Global Economics and a consultant to a large quantitative hedge fund.

Dr. Setser holds a bachelor's degree in government from Harvard University, a MPhil in International Relations from Oxford University, an MA in Applied Economics from Sciences Po Paris, and a DPhil in International Relations from Oxford University. His work on the balance of payments has been cited by, among others, Dr. Paul Krugman (former Princeton Professor, Nobel laureate in Economics), Dr. Philip Lane (Chief Economist at the European Central Bank), and Dr. Lawrence H. Summers (Harvard professor, former Treasury Secretary). He recently was one of the invited participants at the "Dollar Conference" hosted by the Federal Reserve Bank of New York, and has lectured at the Central Bank of Ireland, the Banque de France, and the French Ministry of Economics and Finance. He regularly consults with large financial institutions on global trade and capital flows, including changes in China's foreign portfolio. He helped popularize the use of the balance sheet of the People's Bank of China (PBOC, China's central bank) and the foreign exchange settlement data as proxies for China's intervention in the currency market.

Dr. Setser's publications include several monographs on China's foreign exchange policies and its external bond holdings, including "China's 1.5 trillion Dollar Bet," "Power and Financial Interdependence" for the French Institute of International Relations, and "Beijing's Debts Come Due" in *Foreign Affairs*.[1, 2, 3]

He has additionally published several articles in the financial press, including "Shadow Reserves—How China Hides Trillions of Hard Currency" for *the China Project* and "A Taxonomy of Sovereign Wealth Funds" in the *Financial Times*.[4, 5]

Dr. Setser's blog, *Follow the Money*, often focuses on China, with articles such as "China isn't Shifting Away from the Dollar or Dollar Bonds," "How to Hide Your Foreign Exchange Reserves: A User's Guide," and "China's New Intervention Rule." He also published a criticism of China's trade policies in the *New York Times,* "Xi is Making the World Pay for China's Mistakes."[6, 7, 8, 9]

He also published a detailed exposé of Taiwan's hidden dollar holdings, "Shadow FX Intervention in Taiwan: Solving a $100 billion Enigma." The arguments in this paper were subsequently confirmed by Taiwan's central bank.[10]

---

[1] https://cdn.cfr.org/sites/default/files/book_pdf/CGS_WorkingPaper_6_China_update0509%20%282%29.pdf
[2] https://www.ifri.org/en/papers/power-and-financial-interdependence
[3] https://www.foreignaffairs.com/china/beijing-debts-come-due-china-economy#:~:text=Plus%2C%20China%20needed%20more%20housing,a%20thing%20of%20the%20past
[4] https://thechinaproject.com/2023/06/29/shadow-reserves-how-china-hides-trillions-of-dollars-of-hard-currency/
[5] https://www.ft.com/content/a65135e9-1fde-4aee-a422-b0d783c62e14
[6] https://www.cfr.org/blog/china-isnt-shifting-away-dollar-or-dollar-bonds
[7] https://www.cfr.org/blog/how-hide-your-foreign-exchange-reserves-users-guide
[8] https://www.cfr.org/blog/chinas-new-intervention-rule
[9] https://www.nytimes.com/2025/02/18/opinion/china-xi-jinping-trade-manufacturing-tariffs.html
[10] https://www.cfr.org/sites/default/files/pdf/shadow-fx-intervention-in-taiwan-solving-a-usd-100-bn-enigma.pdf

Dr. Setser will testify about the keen interest of China's government in the policies of the United States' Federal Reserve Board (the "Fed"), especially information that is not generally known to the public or the financial markets. China's government is among the world's largest holders of U.S. Treasury and Agency bonds. Changes in the policies of the Fed directly impact the market value of China's bond portfolio, and ultimately the yield that China can generate from its bond portfolio. Because of the size of its portfolio, China always seeks to optimize its holdings, and advance knowledge of the Fed's policy decisions would enable it to gain an advantage over the rest of the market and "time" its ongoing bond purchases.

China's bonds are held by China's central bank, the PBOC. Specifically, the bonds are held by a division of the PBOC, the State Administration of Foreign Exchange (SAFE). SAFE is known to manage a portion of its portfolio actively, and thus it is positioned to trade on any knowledge obtained about the Fed's interest rate policies.

Dr. Setser will indicate China's central government is clearly among the largest, if not itself the largest, holders of U.S. bonds in the global economy. The U.S. Treasury International Capital (TIC) data indicates that Chinese entities hold $665 billion in U.S. Treasury notes and bonds ("Treasuries"), and almost $200 billion in long-term Agency bonds ("Agencies"—bonds issued by entities like Fannie Mae and Freddie Mac). A technical note here: Treasury market investors differentiate between holdings of short-term bills (Treasury debt with an original maturity of under a year), Treasury notes (coupon paying securities with an original maturity of between 2 and 10 years) and Treasury bonds (generally Treasury securities with a maturity of over 10 years, and specifically the 30-year bond). The market value of longer-dated notes fluctuates with Federal Reserve policy decisions, and thus China's holdings of longer-dated securities provide China with a specific interest in the Federal Reserve's policy choices. In addition to holding a large portfolio of Treasury notes and Agency bonds, Chinese investors currently hold roughly $60 billion short-term Treasury bills and another $120 billion U.S. bank deposits and similar short-term claims. While the reported data technically includes the holdings of China's banks, "onshore" private investors and China's central bank, the primary holder of these bonds is widely believed to be the PBOC.

When a state investor purchases a bond, it is generally held in a large custodian, whether the custodial service of a central bank (notably the Federal Reserve Bank of New York) or a private custodian like State Street. There is an important difference between the level of detail that U.S. based custodians report about the identity of the investors for whom they hold bonds and the level of detail that non-U.S. custodians provide about the identities of investors. As a result of this difference, the Treasury's data on China's foreign holdings (the "TIC" or Treasury International Capital data) only completely captures Treasuries held in U.S. domiciled custodians. U.S. bonds that Chinese investors hold in foreign custodians will not appear as "Chinese" in the U.S. data, as the Treasury's data only captures the total held by a foreign custodian but does not reveal the identity of the investors who are making use of their services. As China is widely believed to make use of non-U.S. custodians, including Belgium's Euroclear and Luxembourg's Clearstream, China almost certainly holds more U.S. bonds than appear in the Treasury's data set. These undisclosed holdings could be substantial: Euroclear has around $350 billion in long-term Treasuries, Clearstream has a similar sum, and UK-based custodians now hold $800 billion in long-term notes.

3

Accounting for a reasonable estimate of these "hidden" holdings, China's government likely holds well over a $1 trillion in U.S. Treasuries and well over $1.2 trillion of U.S. bonds, a sum that would make it the largest single holder of U.S. government bonds. This is a reasonable estimate relative to the $3.3 trillion in foreign securities (including equities) that China holds in its foreign exchange reserves, and the $400 billion or so of bonds that China's state commercial banks also hold.

Dr. Setser will testify that China has a direct interest in knowledge about the U.S. Federal Reserve Bank for a second reason, as it manages its currency against the U.S. dollar. While China no longer formally pegs its currency to the dollar, it sets the daily reference rate that defines the trading range of the Chinese yuan relative to the dollar and recently has tightened its linkage to the dollar.

The policies of the Federal Reserve thus impact the market value of the yuan, and the ability of China's central bank to maintain a tight linkage between its currency and the dollar. Changes in U.S. interest rates can lead to the dollar moving against the other large internationally traded currencies like the euro and the yen and thus impact the value of the yuan against other currencies. This is because the yuan tends to follow the dollar's moves more closely than that of other currencies. Changes in U.S. interest rates also can influence how much pressure the PBOC faces as it seeks to keep the yuan inside a tight trading range against the dollar. Advance knowledge of the Fed's policy decisions thus would help the PBOC manage its own currency.

Dr. Setser will testify that China's interest in the policies of the Federal Reserve thus go beyond the interest that the world's second largest economy would have in the economic and monetary policies of the world's largest economy. China's history of tightly linking its own currency to the dollar, as well as the scale of its holdings of U.S. bonds, give it a specific interest in understanding the Fed's policies and the capacity to profit from advance knowledge of Federal Reserve policy decisions.

    Sincerely,

    Jeanine Ferris Pirro
    United States Attorney

By:   */s/ Thomas N. Saunders*
    Thomas N. Saunders
    Assistant United States Attorney
    National Security Section

    John A. Eisenberg
    Assistant Attorney General

    Nicholas Hunter
    Yifei Zheng
    Trial Attorneys

National Security Division<br>U.S. Department of Justice

I, Dr. Bradley Wayne Setser, approve of this expert disclosure and the information contained herein.

_____
Dr. Bradley Wayne Setser

# Exhibit A

# BRAD SETSER


Washington, DC
Tel (m):
email:

**EXPERIENCE**  **Council on Foreign Relations**                                      New York, NY

Whitey Shephardson Senior Fellow. March 2022 to present.  Steven A. Tananbaum Senior Fellow in International Economics.  January 2016 to January 2021.  Weblog "Follow the Money" on international capital flows and international macroeconomic issues Aspen Economic Strategy Group paper on the persistence of unhealthy globalization, IFRA paper on Sina-American Financial Interdependence, *Foreign Affairs* articles on the Myth of Deglobalization and China's debts, papers on the Common Framework (for debt restructuring) and the principle of comparability of treatment.  CFR discussion papers on U.S. currency policy, Asia's savings glut and oil exporters' external break-evens.  Widely quoted on global trade imbalances, Chinese foreign exchange intervention, China's economy and Treasury market flows; speaker at major international conferences and economic conferences organized by leading global banks (JP Morgan, Goldman Sachs, UBS, PIMCO) . Also Fellow. September 2007 to June 2009.

**Office of the United States Trade Representative**            Washington, DC

Counselor.  January 2021 to March 23.  Assisted in the transition and advised the U.S. Trade Representative on trade disputes with the EU(Boeing-Airbus, Digital Services Taxes), the section 301 investigations into Vietnam's currency and the China 301 case.

**Exante data**                                                                                 New York, NY

Senior advisor.  March 2019 to October 2020.  Helps financial data advisory company track global capital flows and central bank intervention, with particular focus on Chinese exchange rate management, TIC data analysis and emerging markets.

**U.S. Department of the Treasury**                                      Washington, DC

Deputy Assistant Secretary, International Economic Analysis and Chief Economist, International Affairs.  August 2011 to December 2015.  Conducted research and advised the Under Secretary of International Affairs on Russian sanctions, Argentine debt litigation, sovereign debt restructuring, oil markets, financial flows to emerging markets, the U.S. response to Europe's financial and economic crisis and a range of currency issues.  As part of the U.S Treasury's Puerto Rico task force, helped develop legislation to provide Puerto Rico with tools to restructure its debt efficiently.

**U.S. National Economic Council**                                       Washington, DC

Staff economist, National Economic Council and concurrently, Director for International Economics, National Security Staff.  July 2009 to July 2011.   Supported the work of the National Economic Council and the National Security Council on the G-20, China and Europe's crisis.

**DE Shaw**                                                                             New York, NY

Consultant.  July 2007 to June 2009.  Helped assess potential trading strategies and provided macroeconomic analysis for a quantitative hedge fund.

**Roubini Global Economics**                                              New York, NY

Director of Research.  July 2004 to September 2007.  Helped launch a financial news and macroeconomic analysis start-up.  Wrote weblog and supervised the production of the RGE monitor website.  Research focused on China, petrodollars and the U.S. current account deficit.

**International Monetary Fund**                                              Washington, DC

Visiting Scholar, Policy Development and Review Division.  January 2002 to December 2002 and March to June 2004.  Wrote paper on "balance sheet" approach to financial analysis and helped develop the IMF's proposal for a new sovereign debt restructuring mechanism.

**U.S. Department of the Treasury**                                        Washington, DC

Acting Director, Office of International Monetary Policy (September 2001 to December 2001) and Acting Director, Office of Policy Development and Review (September 2000 to September 2001) Supervised team that drafted G-7 communiqués and coordinated U.S. participation in the G-20. Evaluated proposals for restructuring Argentina's international debt.   International Economist (July 1997 to September 2000).

EDUCATION       **Oxford University**, 1993-97                                       Oxford, England

D. Phil. in International Relations, July 1997.  M. Phil in International Relations, June 1995. Keasbey Scholar.  Thesis, supervised by Dr. Yuen Khong, analyzed Uruguay Round trade negotiations between the United States the European Union.

**Institut d'Etudes Politiques de Paris**,  1995-96                    Paris, France

Master's degree in Applied International Economics (with honors), October 1996.

**Harvard University**, 1989-93                                           Cambridge, MA

A.B. *Summa Cum Laude* in Government, June 1993.  Senior Thesis, supervised by Professor Robert Putnam, examined international climate change negotiations.  One of twenty four students inducted into Phi Beta Kappa as a junior.

LANGUAGES       French: conversant

REFERENCES      Available upon request

BOOKS           *Sovereign Wealth and Sovereign Power? The Strategic Consequences of American Indebtedness*
                Council on Foreign Relations Special Report 37.  Council on Foreign Relations, September 2008.

                *Bailouts or Bail-ins? Responding to Financial Crises in Emerging Economies.*
                With Nouriel Roubini.  Peterson Institute, September 2004.

WEBLOG          *Follow the Money.* http://blogs.cfr.org/setser/

PUBLICATIONS    "How German Industry Can Survive the Second China Shock."  With Sander Tordoir.  Center for European Reform.  January 2025.  Available at: https://www.cer.eu/publications/archive/policy-brief/2025/how-german-industry-can-survive-second-china-shock

                "Focusing the IMF's Role in Development Finance on Debt Sustainability."   Ministry of Economy, Trade and Enterprise.  June 2025.  Available at: https://www.revistasice.com/index.php/ICE/article/view/7904

                "The Surprising Resilience of Globalization."  Aspen Economic Strategy Group.  October 2024. Available at: https://www.economicstrategygroup.org/publication/setser-globalization/

                "Research Commentary: U.S. Leadership in Scaling Capital for Multilateral Clean Energy Finance." With Brian Deese, Lily Bermel, Tess Turner, and Michael Weilandt.  MIT Center for Energy and Environmental Policy Research.  June 2024.  Available at: https://ceepr.mit.edu/workingpaper/research-commentary-u-s-leadership-in-scaling-capital-for-multilateral-clean-energy-finance/

"Power and Financial Interdependence." French Institute of International Relations. March 2024. Available at: https://www.ifri.org/en/papers/power-and-financial-interdependence

"The Common Framework and its Discontents." Development and Change. September 2023. Available at: https://onlinelibrary.wiley.com/doi/abs/10.1111/dech.12787

"Sovereign Debt and Financing for the Recovery after the COVID-19 Shock." Co-project director with Anna Gelpern. Group of Thirty. October 2020. Available at: https://group30.org/publications/detail/4799

"Make the Foreign Exchange Report Great Again." Policy Innovation Memorandum. Council on Foreign Relations. June 2019. Available at: https://www.cfr.org/report/foreign-exchange-report-great

"Using External Breakeven Prices to Track Vulnerabilities in Oil-Exporting Countries." With Cole Frank. Greenberg Center for Geoeconomic Studies Working Paper. Council on Foreign Relations, July 2017. Available at: https://www.cfr.org/report/using-external-bbreakeven-prices-track-vulnerabilities-oil-exporting-countries

"The Return of The East Asian Savings Glut." Greenberg Center for Geoeconomic Studies Working Paper. Council on Foreign Relations, October 2016. Available at: https://www.cfr.org/sites/default/files/pdf/2016/10/Discussion_Paper_Setser_Asia_Glut_OR.pdf

"Count the Limbs: Designing Robust Aggregation Clauses in Sovereign Bonds," With Anna Gelpern and Ben Heller. In Guzman, Ocampo and Stiglitz, eds, *Too Little, Too Late: The Quest to Resolve Sovereign Debt Crises*. Columbia University Press, 2016.

"The Political Economy of the Sovereign Debt Restructuring Mechanism." In Herman, Ocampo and Spiegel, eds, *Overcoming Developing Countries Debt Crises*. Oxford University Press, 2010.

"China's $1.5 Trillion Dollar Bet? Understanding China's External Portfolio." With Arpana Pandey. Center for Geoeconomic Studies Working Paper 6. Council on Foreign Relations, May 2009. Available at http://www.cfr.org/bios/8937

"The Shape of Things to Come." *Finance and Development* 46,1. IMF, March 2009.

"Impact of China Investment Corporation on the Management of China's Foreign Assets" in Morris Goldstein and Nicholas Lardy, eds. *Debating China's Exchange Rate Policy.* Peterson Institute, November 2007.

"The Case for Exchange Rate Flexibility in the Oil-Exporting Economies." Peterson Institute Policy Brief 07-08. September 2007. http://www.petersoninstitute.org/publications/pb/pb07-8.pdf

"Oil and Global Adjustment." Peterson Institute Policy Brief 07-04. March 2007. At http://iie.com/publications/pb/pb07-4/setser.pdf

"Pathways through Financial Crises: Argentina." With Anna Gelpern. *Global Governance* Volume 12, #4. October 2006.

"The Chinese Conundrum: External Financial Strength, Domestic Financial Weakness." *CESifo Economic Journal*, May 2006. At http://cesifo.oxfordjournals.org/cgi/rapidpdf/ifl005v1

"Debt-Related Vulnerabilities and Financial Crises." With Jens Nystedt, Ionnis Halikas, Christian Keller, Alexander Pitt and Christoph Rosenberg. IMF Occasional Paper 240. IMF, October 2005.

"How Scary is the Deficit: Our Money, Our Debt, Our Problem." With Nouriel Roubini. *Foreign Affairs*. July/ August 2005

"The U.S. as a Net Debtor: The Sustainability of U.S. External Imbalances" and ""Will the Bretton Woods 2 Regime Unravel Soon? The Risk of a Hard Landing in 2005-06." With Nouriel Roubini. Fall 2004.

  "Domestic and External Debt: The Doomed Quest for Equal Treatment."  With Anna Gelpern. *Georgetown Journal of International Law*, Summer 2004.

"A Balance Sheet Approach to Financial Crises."  With Mark Allen, Christian Keller, Christoph Rosenberg, and Nouriel Roubini. IMF Working Paper 02/210.  IMF, December 2002.  A summary was published as "The Bottom Line" in *Finance and Development*, 39:4.

TESTIMONY

"Cross-Border Rx: Pharmaceutical Manufacturers and U.S. International Tax Policy." Testimony before Senate Committee on Finance. May 2023.

"Profit Shifting and the Trade Deficit in Pharmaceuticals." Testimony before the Health Subcommittee of the House Ways and Means Committee.  February 2020

"Chinese Industrial Policy." Testimony before Senate Small Business Committee, February 2019

"The Global Outlook."  Testimony before the Senate Budget Committee, January 2009.

"Sovereign Wealth Funds: New Challenges from a Changing Landscape." Testimony before the House Subcommittee on Domestic and International Monetary Policy, Trade and Technology, of the Financial Services Committee, September 2008

"The Implications of Sovereign Wealth Fund Investments for National Security."  Testimony before the U.S.-China Economic and Security Review Commission, February 2008.

"China's Exchange Rate." Testimony before the U.S.-China Economic Security Review Commission, August 2006.

"The Economic Outlook."   Testimony before the Joint Economic Committee, July 2006

"The Economic Outlook."   Testimony before the Joint Economic Committee, October 2005