

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

---

*601 D Street, N.W.*
*Washington, D.C. 20530*

November 7, 2025

<u>VIA ELECTRONIC MAIL</u>

| | |
|---|---|
| Jonathan Gitlen<br>Law Office of Jonathan Gitlen PLLC<br>900 19th Street, NW, Ste 500<br>Washington, DC 20006<br>Email: jonathan.gitlen@jgitlenlaw.com | Stephen A. Saltzburg<br>2000 H Street, NW<br>Washington, DC 20052<br>Email: ssaltz@law.gwu.edu |

**Re:    *United States v. John Harold Rogers,* Case No. 25-cr-00033**
**Expert Notice – Dr. Barry Naughton**

Dear Counsel:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, please be advised that the government expects to call Professor Barry Naughton as an expert witness at trial in this matter. A disclosure of the opinions Dr. Naughton may testify to at trial is attached as Exhibit A. Dr. Naughton's *curriculum vitae* is attached as Exhibit B.

Pursuant to Rule 16(a)(1)(G)(iii), Dr. Naughton has provided expert opinions or testimony in the following cases in the past 4 years:

1.    *United States v. Liang Chen et al.*, 17-cr-00603-BLF (N.D. Cal. 2021).
2.    *United States v. Xiaorong You*, 2:19-CR-14 (E.D. Tenn. 2021).
3.    *Canada v. Yuesheng Wang*, (testimony prepared for Royal Canadian Mounted Police, 2023).
4.    *United States v. Ji Wang*, 21-CR-6108 (W.D.N.Y. 2025).

Sincerely,

Jeanine Ferris Pirro
United States Attorney

By: _/s/ Thomas N. Saunders_
Thomas N. Saunders
Assistant United States Attorney
National Security Section

John A. Eisenberg
Assistant Attorney General

Nicholas Hunter
Yifei Zheng
Trial Attorneys
National Security Division
U.S. Department of Justice

# Exhibit A

## DECLARATION OF DR. BARRY NAUGHTON

### *United States v. John Rogers*, Case No. 25-CR-00033

I, Barry Naughton, have been retained by the government as an expert witness in the above-captioned case. This affidavit sets forth my qualifications as related to my testimony, the expert opinions that I anticipate testifying about at trial, and the bases for those opinions.

### A. My Qualifications Generally

1.      I am a chair professor of economics at the School of Global Policy and Strategy at the University of California, San Diego. My academic specialization is the economy of the People's Republic of China (the "PRC" or "China"), which I have researched for more than forty years. I speak and read Chinese fluently. I have published extensively on the Chinese economy, including a number of academic books and many articles, which have together been cited thousands of times. My dissertation, completed at Yale University in 1986, was entitled *Saving and Investment in China: A Macroeconomic Analysis,* and included the first estimate of a monetary demand function in China. The second edition of my authoritative textbook on the Chinese economy, "The Chinese Economy: Adaptation and Growth," appeared in 2018.

2.      I have studied the relationship between government and market in China for many years, focusing on market reforms. For the past fifteen years, one of my primary areas of research has been the accelerating effort of the Chinese government to steer the economy, including industrial and technology policy as well as financial policy. This work has been published in the top academic journal (*Research Policy*) and in a 2021 book, *The Rise of China's Industrial* Policy, 1978-2020. I have studied and written about the Chinese economic policy-making process for over 40 years.

1

3.      As part of my research, I have been a resident scholar at three different Chinese Universities: Wuhan University (1982); Beijing Capital Normal University Foreign Language School (1986); and Tsinghua University (2011 and 2012). Since 2020, I have annually taught short courses at the Schwarzman School of Tsinghua University. While this is not a regular part of the Chinese University system—being oriented towards elite international students—the experience gives me sustained contact with university employees and their daily operational practices. In addition, since 2012, I have been a member of the International Academic Advisory Board of a Research Center at Tsinghua University School of Public Policy and Management (CIDEG: Center for Industrial Development and Environmental Governance). These institutional affiliations have supported regular interactions with the Chinese University system. Finally, since the 1980s I have had extensive discussions with economists both in government think tanks and Chinese Universities. Especially since the late 1990s, when Chinese Universities began to build significant, academically serious economics departments, the focus of my discussions has increasingly been with academic economists.

4.      This work has given me extensive familiarity with (a) the practice and teaching of economics in Chinese Universities; (b) the structure of the Chinese government and Chinese Communist Party, and their relation to the Chinese university system; and (c) the economic policy-making processes in the Chinese government. I stay current with the academic literature in both English and Chinese.

**B.  My Expert Opinions Related to This Case, and the Bases For Those Opinions**

5.      In this case, I expect to testify as to three topic areas: (i) the teaching of economics in Chinese Universities, with an emphasis on foreign, and particularly U.S., citizens teaching in China; (ii) the structure of the Chinese government and Chinese Communist Party,

2

and their relation to the Chinese university system; and (iii) my opinions about the interest of

People's Republic of China policymakers in obtaining inside information from the Federal

Reserve.

6.      These opinions are based on forty years of interactions with economists in China.

Since the turn of the century, this has included participating in the job market for newly minted

American Ph.D. economists, since my home institution, the University of California, San Diego,

often finds itself competing for top candidates with leading Chinese Universities.  It includes

discussions with Chinese counterparts about the academic environment in China.  This has

required me to pay attention to casual conversation as well as to sometimes consult data on

employment standards and salaries as reflected in websites such as Glassdoor (in Hong Kong,

which covers the People's Republic of China as well).  I regularly follow Chinese government

policy documents and stay up-to-date on most key macroeconomic policies.  In addition, I am

current with the English language academic literature on Chinese domestic and international

economic policy.  Finally, I directly research the impact of Chinese financial institutions on

Chinese growth, technology development, and international relations.

**C.  My Opinions on the Teaching of Economics in China, the Role of Foreign
Instructors, and the Academic Environment**

*i.    Opinions related to the teaching of economics in Chinese Universities, and the
position of foreign teachers*

7.      Since the mid-1990s, China has dramatically raised the quality of its academic

institutions, and economics has been a particular focus of upgrading.  China has achieved this

upgrading by hiring returned students from the United States and other developed countries as

university faculty; and by copying the procedures and standards of the world's leading

Universities, which are predominantly located in the United States.  It is true that there are still a

few departments of "Political Economy" left over from the days when China was a self-avowed

3

socialist country; and since 2012 a substantial number of new Schools and Departments of

Marxism have been created to serve ideological needs (see below paragraphs 22 and 28-29).

However, these "political economy" departments are generally considered irrelevant by China's

mainstream economists, who model their understanding of economics on the top economics

departments in the developed world, by whom they wish to be accepted as peers and treated as

equals.

8.      The foregoing implies that there is nothing exotic or particularly unusual about

the way economics is taught in the People's Republic of China.  Procedures for building

economics departments are fully comparable to those of good (and rising) economics

departments in the United States.  This implies that the most important way to build departments

is by hiring outstanding new Ph.D.'s from top universities, while occasionally making a strategic

senior hire.  This means competing—sometimes internationally—with salaries and benefits that

will attract the most promising fresh Ph.D.'s as new assistant professors.  This also means that

top and rising Chinese universities are highly aware of the competition for talent *with other*

*similarly placed Chinese universities*.  Junior professors are well aware of the competition and

the salaries offered by these competing institutions.  Normal competition through salary and

benefits in the academic labor market is the standard way through which Chinese universities

seek to upgrade their economics departments.

9.      Given this fairly open labor market, knowledge about starting salaries is widely

dispersed and available.  Additional data is available through self-reporting labor market

websites such as Glassdoor.  Consensus in 2025 is that starting base salaries for a new assistant

professor in social sciences other than economics is about 300,000 Chinese *renminbi* (RMB) per

year.[1]  Economics salaries are perhaps 30-50% higher than other social sciences.  Finally, salaries are higher across the board at higher ranked institutions (such as Peking University or Tsinghua University), since they are given more resources by the government and are expected to compete and defend their "brand" as top universities internationally (see below, paragraph 26).  Reflecting these two factors, a new assistant professor of economics at Tsinghua can expect 600,000-700,000 RMB per year.

10.    A full-time professor is in a quite different situation from a part-time, visiting, or adjunct professor.  In the first place, the full-time professor receives a housing allowance and other benefits in addition to base salary.  Moreover, full-time professors have additional earning activities that can be substantial.  These external income sources are generally channeled through the school, which provides services to outside parties such as consulting and executive education, and compensates the professors who participate.  At Tsinghua, additional income is capped at 100% of base salary every year, indirectly demonstrating that these can indeed provide substantial opportunities.  Therefore, one can expect that an extremely capable full-time economics professor could earn up to three times their basic monetary salary (including all sources).  Full-time professors of course have to teach full-time and carry out research that can be published in top, highly competitive, peer-reviewed journals.  In addition, they have substantial administrative responsibilities; nearly constant meetings of various kinds; and a heavy burden advising graduate students.  Moreover, an income equal to three times base salary implies such a professor has taken on substantial additional tasks.  To earn this additional income, they must perform substantially more work than the average professor.

11.    As professors advance from assistant professor to associate professor to full

---

[1] There are roughly 7 RMB per US dollar.  The following will generally cite figures in RMB, providing conversions to US dollars only when making direct comparisons.

professor, their salaries increase.  Promotion to full professor in China, as in the United States, takes about 12-14 years.[2]  A full-time, full professor of economics at a top university like Tsinghua could expect to earn a base salary of about 1,000,000 RMB per year in 2025, which translates into a USD $143,000 base salary.  A dedicated professor can earn three times that amount, translating to about US $450,000.  This requires working long, 10-hour days, 46 to 50 six-day weeks per year.  I know personally a number of professors at top Beijing universities who make this much, but they work extremely hard, performing research, publishing in top journals, teaching, carrying out administrative responsibilities, and speaking at public events.  In my experience, professors do not receive compensation on the order of 3 million RMB (or $450,000 in USD) without a profound commitment to the institution and putting in long hours on a year-long daily basis.  It would be extremely unusual to see a professor receive this kind of sum for part-time or part-year employment in China.

      *ii.*     *Opinions related to the position of foreign teachers in China*

12.     Foreign professors are not uncommon in Chinese universities.  In 2019, before COVID, an estimated 18,000 foreign academic staff worked in China.[3]  Of these, 58% were specialized in hard sciences, and 30% in social sciences.  International academics interviewed have reported that they were expected to enhance the international reputation of their current universities and yield high research productivity.  They reported being treated as "distinguished

---

[2] In some cases, entry-level salaries have risen faster than senior salaries, and of course salaries will vary significantly among full professors according to professional achievement.

[3] Cai, Y., Braun Střelcová, A., Marini, G., Huang, F., & Xu, X. (2022). Foreign Academics in China. International Higher Education, 111, 29-30. https://doi.org/10.36197/IHE.2022.111.14; Marini, G. and Xu, X. 2021. "The Golden Guests"? International Faculty in Mainland Chinese Universities. SRHE Research Report. https://srhe.ac.uk/wp-content/uploads/2021/10/SRHE-Research-Report_Marini_Xu_Oct-2021_Final.pdf; Xu, X., Braun Střelcová, A., Marini, G., Huang, F. & Cai, Y. (2022). International Academics in Mainland China: What Do We Know and What Do We Need to Know? European Journal of Higher Education, 12(1): 416-433. https://doi.org/10.1080/21568235.2022.2074865.  These are the sources of all statements in this and the following paragraph.

guests." In the early period, around 2005-2015, those who came were often senior academics invited by Chinese universities with special "talent programs." In one sample of high-profile Chinese research universities, most international faculty were recruited at the associate professor or professor levels.

13.    According to interview data, the overall packages offered in Chinese universities for such positions were equivalent to, or better than, some tenured positions in the West. Positive conditions included: special research grants and allowances; generous salary (adjusted for purchasing power); leadership role in labs (especially, but not only, in the hard sciences); right to supervise doctoral students; etc. Another widespread plus is a much-reduced teaching load in comparison to American or UK universities. Job packages are also better than those of Chinese counterparts. For instance, one university specified in a policy document that the salary for international faculty could be 20 to 30 per cent higher than that for Chinese faculty at equivalent rank.

*iii.*    *Opinions related to the instructional environment in China*

14.    Instruction conditions in China are broadly the same as those in the academic departments in the West that Chinese universities are trying to emulate and catch up with. The Chinese government has invested a great deal in improving the physical infrastructure of Chinese universities, many of which have moved to entirely new campuses in recent years. Classes are held in classrooms and lecture halls, and Chinese universities are frequently very proud of these modern facilities.

15.    Chinese universities do not hold classes in hotel rooms, in restaurants, or other non-standard venues. I have never heard of a professor in a Chinese university holding class in such an environment, and it would be viewed as especially improper in non-daylight hours. The

7

reason for this is not hard to find. The Chinese version of the "Me Too" movement has become quite prominent in recent years, and awareness of sexual harassment and sexual manipulation has grown dramatically. Holding evening classes in a hotel room would be considered a shocking and improper invitation to such abuse. As in the United States, meeting a graduate student in a coffee shop, in the daytime, to discuss academic work is acceptable behavior; anything beyond that raises eyebrows in China just as it would in the United States.

16.     In China, academic integrity is an important issue, as it is in the U.S. Chinese universities have responded by trying hard to enforce objective standards on all students to prevent cheating. That means that attendance is generally taken for large classes and attendance noted in small seminars. Students generally have a mix of homework assignments, some of which cannot be completed by copying other sources or using artificial intelligence as a crutch. For example, many classes employ in-class examinations with hand-written answers. Students may be assigned a paper or essay for which they can choose their own topic, but they are expected to respond within guidelines and a framework set by the professor. Students are not allowed to invent their own homework assignments.

17.     Economics Ph.D. students in China are, in my experience, very hard-working and especially serious about finding a good Ph.D. dissertation research topic. They understand that the choice of a good research topic has a critical influence on their post-Ph.D. academic career. Students generally consult closely with their main academic advisor, and will often work closely with their advisor on a good topic. The relationship between the Ph.D. student and his/her main academic advisor is often closer than the same relationship in the United States, and the two will routinely produce several co-authored papers. However, Ph.D. students also routinely consult with other professors and get advice on their research topic, methodology, and alternative

8

research approaches.

18.     In conclusion, standards for conducting class properly and maintaining proper relations with students are broadly the same in China as in the United States.  The prosecution has shown me documents indicating that the defendant held what purported to be class sessions in hotel rooms in distant cities, holding casual discussions with graduate students about the content of classes, assignments, and exams, and mentoring self-identified Ph.D. students who seem to have little commitment to any particular research focus.  Such behavior, if confirmed, would be considered abnormal and inappropriate in China, just as it would in the United States.

### D. My Opinions Related to The Structure of the Chinese Government, and its Relationship to the Chinese Communist Party and Chinese Universities

19.     China's university system is entirely state-owned and subject to direction by the Chinese government and the Chinese Communist Party.[4]  The government and especially the Communist Party use this direct control to foster ideological conformity and achieve other objectives.  At the same time, the government and Party recognize that becoming a strong, technologically sophisticated nation requires a quality system of higher education.  These goals are sometimes in conflict.  In pursuit of the second objective, the government provides elite universities with ample resources and incentivizes them to upgrade their educational offerings.  This combination leads universities to compete fiercely with each other in pursuit of recognition, resources and academic excellence.

20.     All of China's universities are 100% state-owned, classified as state-run non-profit organizations (*shiye danwei*).  Almost all of the best universities—75 in all—are subject to direct control by the national Ministry of Education.  Another 42 are subordinate to other central

---

[4] There are a handful of exceptions to this generalization, comprising Sino-foreign joint venture universities, such as Duke-Kunshan, NYU Shanghai, and Ningbo Nottingham.  These are not relevant to the circumstances of this case.

ministries, while many second and third tier universities are subject to the control of Education Bureaus at the provincial level.  The Ministry of Education is the direct bureaucratic superior of universities under its jurisdiction, and it can issue direct commands to subordinate universities, which are obligated to follow them.  In addition, the Ministry controls the budget; appoints the key personnel jointly with the Communist Party Organization Department; and establishes key performance indicators (KPIs) and evaluates university leaders based on those KPIs. In practice, the Ministry of Education shares control with the Communist Party Propaganda Department, which establishes policy for education and is deeply embedded within the Ministry of Education (the CCP Propaganda Department has a bureau in charge of educational policies which overlaps with the leadership of the Ministry of Education).

21.     For a period beginning in the 1980s, an effort was made to make universities more independent of the Communist Party.  Universities were said to be under the "University President Responsibility System," meaning that Party Secretaries were relegated to second place in the leadership hierarchy.  After the political upheaval of 1989, this system was redefined as "University President Responsibility under the Leadership of the Communist Party Committee," which maintained the same fundamental distribution of authority while making it clear that the university president's authority was subject to limitations and guidance from the Communist Party Committee.  However, political control was steadily tightened after Xi Jinping assumed the top national leadership in 2012.  A series of policies reinstated the Communist Party Secretary as the top authority in the university, and policy documents in 2020 and 2021 formalized and finalized this shift back to full party control.[5]  All of China's top universities have made the shift

---

[5] Ministry of Education and Seven Other Ministries, "Our Views on Accelerating the Construction of a Political and Ideological Work System in Higher Education," Jiaosizheng 2020, Number 1.  Accessed at https://www.gov.cn/zhengce/zhengceku/2020-05/15/content_5511831.htm; Chinese Communist Party Center, "Work

(back) to direct leadership by the Communist Party Secretary.

22.    The intensification of direct control was carried out along with a dramatic intensification of ideological indoctrination within the universities.[6]  These measures have their roots in "patriotic education" courses made mandatory in the early 1990s, but have been steadily intensified under Xi Jinping.  These measures seek to limit the prestige and teaching time devoted to "Western" and "bourgeois" theories; they seek to ensure that "Chinese" theories are taught as the truth; they seek to ensure the "Marxist" interpretations are presented; and they forbid teaching doctrines that contradict official Chinese Communist Party positions.  These principles mean that political controls are far stricter than was the case twenty years ago.

23.    The efficacy of Communist Party ideological control in the Chinese university system is insured and intensified by the simple fact that over 90% of teachers are Communist Party members.  To be sure, it is probably fair to say that a large majority of these individuals are committed to free inquiry and some open discussion and debate.  The intensification of ideological control is not popular among university faculty.  However, as party members, they are required to follow the guidance and instructions of the Communist Party.  Vertical authority relations; Communist Party control; and an active campaign of ideological education ensure that China's universities are under the control of national authorities for any measures they deem to be high priority.

24.    At the same time, national authorities accord universities significant academic flexibility and independence.  National leaders are strongly driven to establish China as a scientific superpower and a knowledge leader with global standing and prestige.  Economics is a

---

Rules for the Basic Level Communist Party Units in Higher Education," Xinhua News Agency.  April 22, 2021.  Accessed at https://www.gov.cn/zhengce/2021-04/22/content_5601428.htm.

[6] For a helpful summary, see Daniel Fu, "Xi Jinping's Ideologization of the Chinese Academy," *The Diplomat*, June 22, 2024.  Accessed at https://thediplomat.com/2024/06/xi-jinpings-ideologization-of-the-chinese-academy/.

particular case of this. While Marxist economics is now officially taught and promoted, Western economics is recognized as valid and important, and still dominates the teaching of economics, because it works and is essential to China's success as a rising economic giant.

25.    The Chinese regime attempts to balance its competing objectives of control and excellence by strongly incentivizing Chinese universities to compete with each other in efforts to move up in national and international rankings. Within China, rankings and classifications are set primarily by the government, but universities have opportunities to move up (or down) the rankings. Higher rankings automatically unlock access to additional government funding as well as other privileges (such as ability to pay higher salaries and have more graduate students). Three elite circles that are relevant to this case can be identified among China's universities. A) Nine of the very best universities are recognized as equivalent to China's "Ivy League." Fudan University in Shanghai is included in this elite group. B) A group of 39 universities—including the top nine—are identified as "985" universities, priorities for support in May 1998. This includes Shandong University, a top tier comprehensive university. C) A broader, but still elite category are the "211 Universities," indicating universities chosen to be 21st century top one hundred universities. The Shanghai University of Finance and Economics falls into this third circle.

26.    The four universities involved in this case thus fit into very different categories. Fudan University is very elite, in the "top nine." Shandong University is in the next tier, while Shanghai University of Finance and Economics (SHUFE) fits into the third elite tier. In disciplinary rankings, SHUFE's economic department is recognized as a top 100 department. Finally, Shandong University of Finance and Economics (SDUFE) is not in any elite category. It

is a mid-level school that evolved from a training school within the Ministry of Finance.[7]  In history and administration, SDUFE is similar to SHUFE, but because of the much greater investments by Shanghai municipality, SHUFE is a much better university for economics.

27.     These four universities thus have very different reputations and capabilities; they compete fiercely and defend their relative status.  It is quite difficult for universities in this situation to cooperate, and they do not usually do so. In this case, it appears that at least four universities—maybe more—are cooperating to support visits and lectures.  This pattern of cooperation among disparate universities is unusual and is discussed further below (paragraph 31).

28.     Particularly anomalous is the participation of SDUFE, and especially the Research Institute for International Politics and Economics (RIIPE: *Guoji zhengzhi yu jingji yanjiusuo*).  The main SDUFE website has a list of seven affiliated research institutes and organizations, each of which has their own website, but this list does not include RIIPE.[8]  Further research within the SDUFE website reveals a research center called RIIPE within the Academy of Marxism at SDUFE.  The Academy of Marxism is one manifestation of the ideological tightening described earlier (paragraph 23).  The Academy of Marxism has the right to confer master's degrees on students in four subject areas, none of which are related to economics.  In fact, all four are fields in which demand for academic personnel is created by China's four compulsory "patriotic education" courses for undergraduates, including Marxism and Dialectical Analysis, Chinese Marxism and Chinese history from the Party's perspective. There is no indication that the Academy of Marxism confers Ph.D. degrees on students; and it certainly does

---

[7] Administratively, SDUFE is jointly managed by the Ministry of Finance, the Ministry of Education, and the Shandong Provincial Government.
[8] SDUFE does not even have an English language website (it is "under construction" as of November 2, 2025).  See https://www.sdufe.edu.cn/zuzjg.htm#keyjg.

not provide a Ph.D in economics.

29.     Established in September 2013, RIIPE appears two of three times a year on the Academy of Marxism website, usually as one name on a routine list of research centers maintained by the Academy of Marxism, or sometimes as the host for a lecture by a visiting foreign or domestic scholar.[9]  While it is possible that the website is incomplete, RIIPE appears to be a very small hub devoted primarily to occasional international relations events. RIIPE itself appears to have no teaching function and no right to confer degrees.

30.     In conclusion, there are many anomalous features to the pattern of activity and cooperation we observe in this case.  RIIPE is presented as an important actor, but it doesn't actually have any capabilities to contribute.  It has no role training Ph.D. level economists. However, the organizational position of RIIPE within the hierarchical Chinese University system would seem to give it maximum flexibility and make it especially convenient to assign it an exceptional task.  It is subordinate to the most politicized part of the University system, the sub-system of "Marxist Education," where political dedication is highest and academic standards are lowest.  Elite institutions such as Fudan University would not normally be eager to cooperate with an academically weak entity such as RIIPE, and it is unlikely that such cooperation is spontaneous.  This suggests a strong possibility that these universities—Fudan and SHUFE especially—have been instructed to cooperate by their bureaucratic superiors for some reason. At the same time, Shandong University, co-located in Jinan city with SDUFE, seems to have been pressed into service to provide a formal letter of invitation, without playing any formal hosting role.  At a minimum, these patterns of cooperation are unusual.

---

[9] This is according to a search of the Academy of Marxism's website, which turns up fewer than 30 discrete notices relating to RIIPE over the more than ten years since its establishment in September 2013.  See "About School of Marxism," November 3, 2017, accessed at  https://en.marx.sdufe.edu.cn/info/1069/1013.htm.

**E. Opinions Related to the PRC's Interests in Obtaining Insider Information from the Federal Reserve**

31.    The authorities of the People's Republic of China would be interested in obtaining inside information about the U.S. Federal Reserve Board and its research and decision-making procedures for a number of reasons.  These reasons fit into two broad categories.  First, the Chinese government would receive benefits because it is a massive wealth holder, holding several trillion dollars of US dollar denominated assets.  As is the case with any wealth holder, inside information would permit more successful portfolio management, allowing the Chinese government to increase net earnings by many billions of dollars.  These advantages would be especially relevant in a period of short-run financial disruption or crisis.  Second, the Chinese government has a long-term program to increase their international economic influence, and in particular to increase the international acceptance of their currency (the renminbi, or RMB) and reduce the dominance of the US dollar.  Having an informant at the Federal Reserve Board could contribute materially to these objectives.

***Management of Chinese US Dollar Assets***

32.    In the first category, the Chinese government owns trillions of dollars of US dollar denominated assets.  China is a net "saver," meaning that is has run a persistent trade surplus (and broader current account surplus) over the past thirty years.  Since it sells more to the world—and especially to the United States—than it purchases, it has been steadily accumulating claims on the outside world and specifically on the United States.  Most of these claims are held by the Chinese government, or by Chinese state-owned banks and enterprises which are controlled by the Chinese government.  These assets are held through different institutional channels, and the Chinese government provides very little information about them.  However, we can describe the general magnitude of these holdings with high confidence.

33.     First, China holds by far the world's largest official foreign exchange reserves. These are held directly by the Chinese government for the purpose of defending and influencing the relative value of the Chinese RMB.  At the end of 2024, China's official reserves included $3.2 trillion worth of foreign exchange, of which $0.7 trillion were US Treasury bonds officially registered with the US government.  In fact, total holdings of USD-denominated securities in the official reserves are much larger, at least twice this, or about $1.3-$1.5 trillion.  This is because: (a) China holds U.S. Treasury bonds through "custodians" in third countries, especially Belgium and Luxembourg which do not appear in official US registries and can be estimated at about $200 billion.  (b) China holds U.S. government "agency bonds," primarily mortgage-backed securities issued by Fannie Mae and Ginnie Mae, which were $216 billion at the end of 2024. (c)  Chinese entities officially hold $374 billion in US equities at the end of 2024, and a large portion of these are believed to be included in China's official reserves.  If we assume conservatively that half of these equities were included in official reserves, USD holdings in official reserves would total $1,303 billion (700+200+216+187), that is roughly $1.3 trillion, or 40% of China's official reserves. [10]

34.     In addition to official reserves, the Chinese government manages a broad array of funds that hold substantial US assets.  There is a sovereign wealth fund (China Investment Corporation) that held a total of $1.3 trillion at the end of 2023, although the bulk of these are domestic Chinese assets (denominated in RMB).  The government has also established a variety of funds to support its foreign policy priorities, and these are capitalized with US dollars.  These include the Silk Road Fund, The China Africa Fund for Industrial Cooperation, and the China-

---

[10] Brad W. Setser, "China Isn't Shifting Away From the Dollar or Dollar Bonds," *Council on Foreign Relations, Greenberg Center for Geoeconomic Studies.*  Blog: October 3, 2023.  Accessed at https://www.cfr.org/blog/china-isnt-shifting-away-dollar-or-dollar-bonds.  2024 data accessed at https://ticdata.treasury.gov/resource-center/data-chart-center/tic/Documents/slt_table1.html.

LAC Industrial Cooperation Investment Fund (which have a total funding estimated around $150 billion today).[11]  Together these funds account for another roughly $500 billion in USD assets.

35.     Finally, large Chinese banks are all state-owned.  Some of these banks were explicitly established as "policy banks" to carry out government mandates.  The largest of these, the China Development Bank, has a portfolio of (mainly) US dollar denominated loans approaching $800 billion, larger than the loan portfolio of the World Bank.  China's state-owned commercial banks have a net surplus of foreign assets (primarily US dollars) of $900 billion, comprising both deposits denominated in USD and US dollar securities.  These state-owned commercial banks are not always carrying out government mandates: they provide ordinary banking services to hundreds of millions of clients.  However, their economic interests are very much relevant to the Chinese government, which is, after all, their owner.

36.     Putting these government holdings together gives a minimum total holding of $3.5 trillion (Comprised of an absolute minimum of $1.3 trillion in official US dollar reserves; $500 billion in various funds; and another $1.7 trillion in government-controlled banks).  This is a conservative estimate.[12]  All of these funds are managed to maximize returns and minimize risk and losses.  A tiny difference of return of only 0.1% would be worth $3.5 billion dollars.  The value of these assets is sensitive to changes in US interest rates and US dollar liquidity.  The more insider information available about US monetary policy, the more successfully can these assets be managed.

37.     It is certain that China is the world's second-largest holder of USD-denominated assets, after the Federal Reserve Board itself.  China keeps its own total holdings secret and is

---

[11] Zongyuan Zoe Liu, *Sovereign Funds: How the Communist Party of China Finances Its Global Ambitions.* Cambridge, Mass.: Harvard University Press, 2023.
[12] Brad W. Setser, "How to Hide Your Foreign Exchange Reserves—A User's Guide," June 29, 2023.  Accessed at https://www.cfr.org/blog/how-hide-your-foreign-exchange-reserves-users-guide.

also secretive about each individual financial institution and about short-run shifts in investment strategy. This is understandable, since investment choices by such a large wealth-holder will move markets: if China moves to purchase an asset type, the price of that asset will go up quickly, making it more expensive for China to buy it. Therefore, it is generally more efficient to keep such strategic movements secret. But in an exact parallel, China has an economic interest in the intentions and policies of the Federal Reserve Board, since its actions move prices to an even greater extent than China's actions. Any large wealth-holder would value such information, which is why controls on the public release of Federal Reserve Board information are strict and unambiguous.

38.     Access to insider information would be especially valuable in case of a short-run financial crisis, such as the Global Financial Crisis that occurred in 2009. Financial crises are impossible to predict, but the mechanism of what happens in a financial crisis is now fairly well understood. Some unanticipated event disrupts the system, and in response, financial market participants rapidly increase their demand for liquidity, i.e., readily available cash. Because long-term, less liquid assets are sold to generate this liquidity, they fall in price, which intensifies the crisis and may generate panic. The monetary authority—the Federal Reserve Board—does have the ability to stop this panic by providing abundant liquidity ("printing money" and providing massive amounts of credit to the market) to stabilize the system. Knowledge of *whether* these powerful liquidity tools will be deployed, and even detailed information about *which* tools will be deployed and *when*, is of immense economic value to market participants. It is also therefore of immense political and economic value to governments, including the Chinese government.

39.     An example can help illustrate the situation. Before the 2009 financial crisis,

China had shifted a significant share of its official foreign exchange reserves into US government "agency bonds" (see above, paragraph 34), which paid higher interest rates than US treasuries, and were thought to be only slightly riskier.  In June 2008 China held $369 billion of these mortgage-backed securities issued by US government agencies.  As it turned out, these securities were at the center of the financial crisis, and their value dropped dramatically.  Ultimately, the US Federal Reserve Board stepped in and bought these securities, effectively bailing out the Chinese holder and ensuring the survival of the US financial system.  China withdrew from the agency market smoothly without suffering major losses.  Indeed, China stayed out of this market for the next decade, only resuming buying of agency bonds in 2021-2022, and holding $216 billion as of the end of 2024.  These holdings again are the outcome of a conscious calculation by Chinese financial managers that the higher returns on agency bonds justify the higher risk involved in holding them, compared to U.S. Treasury bonds.  This implies that timely and accurate information about Federal Reserve Board policy once again (and in general) has an important and immediate impact on the most profitable way to hand the risk-return tradeoff for these assets.

40.    During the global financial crisis of 2009-2010, the US Federal Reserve Board cooperated relatively smoothly with Chinese economic policymakers, who were well known to them.  Regular phone calls were exchanged between the head of the Chinese central bank (People's Bank of China), the U.S. Treasury Secretary and the head of the Federal Reserve Board. Policy objectives of the US and China were highly consistent: the US Federal Reserve Board provided a massive monetary stimulus, and the Chinese government provided a massive boost to domestic investment.  Together, these two initiatives pulled the global economy out of apparent freefall.  At the time, the Chinese authorities were extremely concerned about the value

of their agency bonds in particular, and received reassurances that their interests would be protected, as in fact they were.  Today, this level of cooperation cannot be assumed.  Chinese authorities would be very concerned to ensure that the Federal Reserve Board acted in ways that protect the value of their US dollar assets, including the substantial agency bonds they again hold.  More generally, they would have a vital interest in understanding in real time the monetary policy decisions the Federal Reserve Board was making.  Any inside information about Fed policy would be extremely valuable, particularly in a crisis situation.

***Contribution to China's International Economic Policy Objectives***

41.     The second category of advantages China would achieve through insider information about the Federal Reserve Board relates to China's broader global financial and monetary policy objectives.  In the most general sense, China wants to be treated as a large and sophisticated global economic and financial power.  That means that China needs sophisticated financial managers and negotiators, and it needs to be and appear to be conversant with the fundamental decisions and trade-offs faced by monetary policy authorities in other parts of the world, and especially in the United States.  China's top leaders engage in very high-stakes negotiations with American leaders, including the President and the Secretary of the Treasury.  It would be of enormous value to the Chinese leaders to be accurately briefed about the world view and probable actions of U.S. monetary authorities in the run-up to a leader summit.  Such a "briefer" would obviously be rewarded, at a minimum through commendation and probable promotion within the Chinese system.

42.     China and the US have many economic issues between them, some routine and others extraordinary.  There are ongoing "trade wars" and "technology embargoes."  The performance of the US stock market is a potential bargaining asset for China: if the American

government imposes excessively aggressive tariffs, for example, the US stock market sells off. This restrains the freedom of action of American policymakers—who don't want to see big declines in stock values—and thereby provides China an extra "card" in the bargaining process. But the US stock market is also highly sensitive to decisions by the Federal Reserve Board about interest rates. Understanding the extent to which Federal Reserve decisions will "prop up" the stock market enables more effective bargaining on the Chinese side. If Chinese negotiators know the Fed will not "prop up" the stock market, they can afford to adopt a more assertive, less flexible negotiating position, as happened in 2025.

43.     Chinese policymakers have a long-term strategic goal of reducing the dominance of the US dollar in the international economy and gradually increasing the relative importance of the Chinese RMB. This long-term objective has been publicly articulated since at least March 2009, so it has been an explicit and acknowledged long-term Chinese policy objective for almost twenty years. During that period, the immediate objectives of policy have shifted in important ways but have always remained consistent with this long-term goal. Since the Federal Reserve Board is the primary body entrusted with maintaining the long-run value and stability of the U.S. dollar, it should be self-evident that China's progress in achieving its long-term goals would be greatly facilitated with accurate knowledge and understanding of the Federal Reserve Board's analysis and decision-making processes, and if possible, with insider information.

44.     Back in 2009, just as the first initial efforts to tame the Global Financial Crisis were beginning to bear fruit, the head of the People's Bank of China, ZHOU Xiaochuan, called for a reformed international monetary system based on the International Monetary Fund (IMF) and a supranational currency created and managed by the IMF.[13]  Such a proposal inevitably

---

[13] Xiaochuan ZHOU. "Reform the International Monetary System." *Bank of International Settlement*. March 23, 2009. Accessed at https://www.bis.org/review/r090402c.pdf.

implied a greatly diminished role for the US dollar, and reflected some disillusionment about the US financial system occasioned by the Global Financial Crisis. Gradually, China adapted its economic policy to make its own currency, the RMB, eligible for participation in the IMF's supranational currency, the "special drawing right" (SDR) which is built up from the participation of multiple currencies from different countries. During 2014-2016, China made an intensive push, ultimately successful, to have the RMB included in the basket of currencies that defined the SDR. China also began to explicitly advocate that the RMB could become an international currency, suitable for use in international transactions and official reserve holdings. Policy steps were taken and the stock of RMB held outside China increased dramatically.

45.    Ultimately, this initiative disappointed Chinese policymakers and the RMB did not assume the global role policymakers hoped for. Chinese financial institutions were not sophisticated enough to play the roles demanded of them, and the Chinese government felt compelled to reimpose controls on international capital flows. These factors made it impractical to use the RMB as a global currency. Short-term policy was adjusted while the long-term goal remained in place.

46.    The issue received new policy urgency within China with the rise of financial sanctions imposed by the United States. Chinese policymakers had watched uneasily as the US began to apply financial sanctions on North Korea and Iran. Then, in December 2018, MENG Wanzhou, an executive of the important Chinese telecommunications firm Huawei (and daughter of its founder) was arrested in Vancouver, Canada, on the charge of providing false information to enable a transaction with financially sanctioned Iran. This marked the beginning of steadily escalating concern on the part of China about the risk of financial sanctions being imposed on Chinese entities, based on the indispensability of access to US dollar financing and transactions

capability.  A dramatic step-up in concern occurred after the Russian invasion of Ukraine in February 2022.  China and Russia were shocked by the depth and intensity of the financial sanctions imposed on Russia by the US and the European Union.  China immediately began planning additional measures to allow itself to reduce its dependency upon the US dollar, including by building an alternative transactions channel to allow it to conduct trade with Russia and Iran without using the US dollar.

47.     Despite these actions, China remains deeply enmeshed in the US dollar dominated global financial system.  As the data presented in paragraphs 33-36 show, China has an enormous stake in the US-dominated financial system.  Even the investments China makes in its signature "Belt and Road Initiative" from its specialized funds and policy banks (such as the China Development Bank) are made predominantly in US dollars.  The US dollar funds that China holds are first and foremost valuable assets, but they also represent a vulnerability to Chinese policymakers.  Those policymakers have a long-run goal of making China less vulnerable to US financial institutions and sanctions, and increasing the relative importance of their own currency, financial assets, and financial institutions.  Clearly, this long-run objective requires, among other things, good information about how the U.S. Federal Reserve Board views its own strategic objectives, how it manages trade-offs between the different demands placed on it, and how it responds to short-run changes in financial conditions.  This objective would be enormously facilitated by access to inside information about the US Federal Reserve Board.  Such knowledge that would make it much easier to operationalize long-run objectives and convert them into short-run concrete and achievable benefits.

I, Barry Naughton, approve of this expert disclosure and the information contained herein.

Signed: _____     Date: November 7, 2025
Dr. Barry Naughton

Exhibit B

# Barry J. Naughton

School of Global Policy and Strategy (GPS)          340 Chapalita Drive
University of California, San Diego,                Encinitas, California 92024
La Jolla, California 92093-0519                     bnaughton@ucsd.edu
  Office phone:  (858) 534-2481                     LAST  UPDATE:
  Office fax:      (858) 534-3939                     June 30, 2025

## Education

Ph.D., Economics, Yale University, New Haven, Connecticut, May 1986

  M.A., International Relations, Yale University, June 1979.

University of Washington, Seattle, Washington.
  B.A., Chinese Language and Literature, June 1975.


## Employment

***School of Global Policy and Strategy (GPS)***
***[Formerly: Graduate School of International Relations & Pacific Studies (IR/PS)]***
***University of California, San Diego                September 1988-present***

*So Kwanlok Professor of Chinese and International Affairs* (since 1998)
        Courses Taught: Economy of China; Doing Business in China; Globalization, the
        World System and the Pacific; Economic Development; East Asian Economies.

*Associate Dean* (2001-2003; 2006-2008)

Previously Associate, Assistant Professor.

Center for Chinese Studies and Department of Economics
University of Michigan
Visiting Scholar and Visiting Assistant Professor          January 1987-May 1988

Department of Economics
University of Oregon
Assistant Professor                                        January 1984-June 1987

World Bank, Washington, D.C.
Researcher                                                 June-August 1980, 1983

**Publications**

*Books*

*The Rise of China's Industrial Policy, 1978-2020.* Boulder: Lynne Riener, 2021. PDF available for download through Universidad Nacional Autónoma de México CECHIMEX, at http://www.economia.unam.mx/cechimex/index.php/en/publications

*The Chinese Economy: Adaptation and Growth*. Cambridge, Massachusetts: MIT Press, 2018. Updated, revised and expanded edition of *The Chinese Economy: Transitions and Growth,* below. [Chinese translation 2019: Shanghai Renmin].

Co-editor (with Kellee Tsai) and Contributor, *State Capitalism, Institutional Adaptation and the Chinese Miracle*. New York: Cambridge University Press, 2015.

Editor and author of Introduction and Prefaces: *Wu Jinglian: Voice of Reform in China*. Cambridge, Massachusetts: MIT Press, 2013.

*The Chinese Economy: Transitions and Growth*. Cambridge, Massachusetts: MIT Press, 2007. [Chinese translation 2011: Shanghai Renmin; Korean translation 2010].

Co-editor (with Dali Yang) and Contributor, *Holding China Together: Diversity and National Integration in the Post-Deng Era*. New York: Cambridge University Press, 2004.

Editor and Contributor, *The China Circle: Economics and Technology in the PRC, Taiwan, and Hong Kong.* Washington, D.C.: The Brookings Institution, 1997. [Chinese translation, Beijing: Xinhua, 1999.]

Co-editor (with John McMillan) and Contributor*, Reforming Asian Socialism: The Growth of Market Institutions*, Ann Arbor: University of Michigan Press, 1996.

*Growing Out of the Plan: Chinese Economic Reform, 1978-1993*, New York: Cambridge University Press. 1995.

Co-editor (with Deborah Davis, Elizabeth Perry, and Richard Kraus) and Contributor, *Urban Spaces in Contemporary China*, New York: Cambridge University Press. 1995.

*Journal Articles*

"Re-engineering the Innovation Chain: How a New Phase of Government Intervention is Transforming China's Industrial Economy," *Current History* 123 (Supplement 1):9-18. October 2024. DOI: 10.1525/curh.2024.123.S1.9

"The "Third Front" after Sixty Years," *The China Quarterly* (2024), pp. 260, 925–931

doi:10.1017/S0305741024001243

"Chinese Industrial Policy and the Digital Silk Road: The Case of Alibaba in Malaysia," *Asia Policy*. 15:1 (January 2020). Pp. 23-39.

"The Current Wave of State Enterprise Reform in China: A Preliminary Appraisal," *Asian Economic Policy Review* 12 (2017), 282-298. doi: 10.1111/aepr.12185

"Is China Socialist?" *Journal of Economic Perspectives*. 31: 1 (Winter 2017). Pages 1-23.

"A Dynamic China Model: The Co-Evolution of Economics and Politics in China," *Journal of Contemporary China*. Volume 26, Issue 103 (2017). Pp. 18-34. With Ling Chen.

"An Institutionalized Policy-making Mechanism: China's Return to Techno-Industrial Policy," *Research Policy* 45 (2016), pp. 2138-2152. DOI information: 10.1016/j.respol.2016.09.014. With Ling Chen.

"Inside and Outside: The Modernized Hierarchy that Runs China." *Journal of Comparative Economics*. 44:2 (2016), pp. 404-415.

"Reform Retreat and Renewal: How Economic Policy Fits into the Political System," *Issues and Studies*. 51:1 (March 2015). Pp. 23-54.

"China's Economy: Complacency, Crisis & the Challenge of Reform," *Daedalus* 143 (2) (Spring 2014).

"The Return of Planning in China," *Modern China*. November 2013. 39: 640-652.

"New Administration, New Challenges: The Design of China's Next Round of Economic Reforms [in Chinese]" *Bijiao [Beijing]* 64 (2013:1), Pp. 1-14. ["新政府，新挑战：中国下一轮经济改革的路径设计，" *比较*]

"China's Economic Policy Today: The New State Activism," *Eurasian Geography and Economics,* Volume 52, Number 3, (May-June 2011). Pp. 313-329.

"China's Industrial Capitalism: Is there a distinctive system? Can it be a model for others?" *Journal of Contemporary China*, Vol. 19, No 65, June 2010. Pp. 437-460. Also included in Yu-Shan Wu, S. Philip Hsu, and Suisheng Zhao, eds., *In Search of China's Development Model: Beyond the Beijing Consensus*. London: Routledge, 2011.

"China's Economic Think Tanks: Their Changing Role in the 1990s," *The China Quarterly*, No. 171 (September 2002). Pp. 625-35.

"Causes et conséquences des disparités dans la croissance économique des provinces chinoises [Causes and Consequences of Differential Economic Growth of Chinese Provinces]" *Revue d'Économie du Développement* 1999, No 1-2 (Juin), pp. 33-70. English version reprinted in Mary-Françoise Renard, ed., *China and Its Regions: Economic Growth and Reform in Chinese Provinces*. Cheltenham: Edward Elgar, 2002, pp. 57-86.

"China's Emergence and Future as a Trading Nation," *Brookings Papers on Economic Activity*. 1996:2, pp. 273-344.

"China's Macroeconomy in Transition," *The China Quarterly* No. 144 (December 1995), pp. 1083-1104.

"China's Evolving Managerial Labor Market," *Journal of Political Economy*, 103:4 (August 1995). Pp. 873-92. With Theodore Groves, Yongmiao Hong, and John McMillan.

"What is Distinctive about China's Economic Transition? State Enterprise Reform and Overall System Transformation," *Journal of Comparative Economics*, 18:3 (1994), pp. 470-90.

"Chinese Institutional Innovation and Privatization from Below," *American Economic Review, Papers and Proceedings* 84:2 (May), pp. 266-270.

"Autonomy and Incentives in Chinese State Enterprises*," Quarterly Journal of Economics*, 109:1 (February 1994). Pp. 183-209. With Theodore Groves, Yongmiao Hong, and John McMillan.

"Deng Xiaoping: The Economist," *China Quarterly* 135 (September 1993), pp. 491-514. Reprinted in David Shambaugh, ed., *Deng Xiaoping: Portrait of a Chinese Statesman*, New York: Oxford University Press, 1995.

"How to Reform a Planned Economy: Lessons from China*." Oxford Review of Economic Policy*, 8:1 (Spring 1992). Pp. 130-143. With John McMillan

"Implications of the State Monopoly over Industry and Its Relaxation," *Modern China*, 18:1 (January 1992). Pp. 14-41.

"Why Has Economic Reform Led to Inflation?" *American Economic Review, Papers and Proceedings*, 81:2 (May 1991), PP. 207-11.

"China's Experience with Guidance Planning," *Journal of Comparative Economics*, 14 (1990), pp. 743-67.

"Economic Reform and the Chinese Political Crisis of 1989," *Journal of Asian Economics*, I: 2 (1990).

"On the Theory of Household Saving in the Presence of Rationing," *Journal of Comparative Economics*, 14: 2 (June 1990).  With Christopher Ellis.

"The Third Front: Defense Industrialization in the Chinese Interior." *China Quarterly* 115 (Autumn 1988), pp. 351-86.  Chinese translation: "三线建设：中国内陆的国防工业，" 冷战国际史研究*[Cold War International History Studies]* No. 11 (2012), pp. 268-299.

"Macroeconomic Policy and Response in the Chinese Economy: The Impact of the Reform Process." *Journal of Comparative Economics*, XI:3 (September 1987).

### *Book Chapters*

"The 'Summer of 2021' and the Trajectory of China's Economic System," in Hanming Fang and Marshal Meyer, eds., *The Arc of the Chinese Economic System.*  New York: Cambridge University Press, 2025.

"The Reshaping of CCP Inc." in *CCP Inc.: The Reshaping of China's State Capitalist System.*  Washington, DC: CSIS, 2023. With Briana Boland.  Access at https://www.csis.org/analysis/ccp-inc-reshaping-chinas-state-capitalist-system

"Grand Steerage as the New Paradigm for State-Economy Relations," in Frank N. Pieke and Bert Hofman, eds., *CPC Futures: The New Era of Socialism with Chinese Characteristics in the Next Decade.*  Singapore: National University of Singapore, 2022

"The Chinese Economy in the Reform Era," in Debin Ma, ed., *The Cambridge Economic History of China,* Vol. 2.  New York: Cambridge University Press, 2021.  Pp. 722-774.

"A Perspective on China Economics: What have we learned?  What did we fail to anticipate?" in Anne F. Thurston, ed., *Engaging China: Fifty Years of Sino-American Relations.*  New York: Columbia University Press, 2021.  Pp. 174-196.

"China's Global Economic Interactions," in David Shambaugh, ed., *China and the World*.  New York: Oxford University Press, 2020.  Pp. 113-136.

"Grand Steerage," in Thomas Fingar and Jean C. Oi, eds., *Fateful Decisions: Choices That Will Shape China's Future*.  Stanford, California: Stanford University Press, 2020.  Pp. 53-83.

"The Financialization of China's State-owned Enterprises," in Yongnian Zheng and Sarah Y Tong, eds., *China's Economic Modernization and Structural Changes: Essays in Honor of John Wong.*  Singapore: World Scientific, 2019.

"Xi Jinping's Economic Policy and Chinese Urbanization," forthcoming in Youqin Huang, ed., *Chinese Cities in the 21st Century*.  London: Palgrave Macmillan, 2019.

"China's Domestic Economy: from 'Enlivening' to 'Steerage'," in Jacques deLisle and Avery Goldstein, eds., *To Get Rich Is Glorious: Challenges Facing China's Economic Reform and Opening at Forty.* Washington, D.C.: Brookings Institution Press, 2019.  Pp. 29-53.

"China's international political economy – the changing economic context."  Chapter 2 of Ka Zeng, ed., *Handbook on the International Political Economy of China*.  Cheltenham: Edward Elgar, 2019.  Pp. 20-41.

'Economic Reform and Structural Change: The Chinese Experience,' Chapter 23 of Celestin Monga and Justin Lin, eds., *The Oxford Handbook of Structural Transformation.* New York: Oxford University Press, 2019.

"State Enterprise Reform Today," in Ross Garnaut, Ligang Song and Cai Fang, eds., *China's Forty Years of Reform and Development, 1978-2018.*  Canberra: Australian National University Press, 2018.  Pp. 375-391.  Available at https://press.anu.edu.au/publications/series/china-update-series/chinas-40-years-reform-and-development-1978-2018#pdf

"The Challenges of Economic Growth and Reform," in Robert Ross and Jo Inge Bekkevold, eds., *China in the Era of Xi Jinping.*  Washington, D.C.: Georgetown University Press, 2016.  Pp. 66-91.

"Economic Policy," in David S. G. Goodman, ed., *Handbook of the Politics of China.* Oxford: Edward Elgar, 2016. Pp. 165-186.

"Economic Rebalancing," Chapter 6 of Jacques deLisle and Avery Goldstein, eds., *China's Challenges.*  Philadelphia: University of Pennsylvania Press, 2015.  Pp. 105-124.

"The Transformation of the State Sector: SASAC, the Market Economy and the New National Champions," Chapter 3 of Barry Naughton and Kellee Tsai, eds., *State Capitalism, Institutional Adaptation and the Chinese Miracle.*  New York: Cambridge University Press, 2015.  Pp. 46-71.

"Introduction: State Capitalism and the Chinese Economic Miracle," in Naughton and Tsai, eds., 2015.  Co-authored with Kellee Tsai.

"China and the Two Crises: From 1997 to 2009," in T. J. Pempel and Keichi Tsunekawa, eds., *Two Crises, Different Outcomes: East Asia and Global Finance.*  Ithaca: Cornell University Press,  2015.  Pp. 110-134.

"The Economic Relationship." Dialogue with Yao Yang, in Nina Hachigian, ed., *Debating China: The US-China Relationship in Ten Conversations*.  New York: Oxford University Press, 2014.  Pp. 21-42.

"China's Response to the Global Crisis, and the Lessons Learned," in Dali L. Yang, ed., *The Global Recession and China's Political Economy*.  New York: Palgrave Macmillan, 2012  Pp. 15-32.

"The 1989 Watershed in China: How the Dynamics of Transition Changed," in Nina Bandelj and Dorothy Solinger, eds., *Socialism Vanquished, Socialism Challenged: Eastern Europe and China (1989-2009)*.  New York: Oxford University Press, 2012.

"Trade, Investment and Technological Upgrading: Opportunities and Challenges Facing Taiwan," in Robert Ash, John Garver and Penny Prime, eds., *Taiwan's Democracy: Economic and Political Challenges*.  London: Routledge, 2011.

"The Impact of the Tiananmen Crisis on China's economic transition," in Jean-Philippe Béja, ed., *The Impact of the 1989 Pro-democracy Movement on Chinese Politics, Economy and Society.*  London: Routledge, 2010.

"The Dynamics of China's Reform-Era Economy," in Brantly Womack, ed., *China's Rise in Historical Perspective*.  Boulder: Rowman & Littlefield, 2010.  Pp. 129-147.

"Chinese Economic Growth: From Quantity to Quality?" in Joseph Fewsmith, ed., *China Today, China Tomorrow: Domestic Politics, Economy, and Society*.  Boulder: Rowman & Littlefield, 2010.

"Market Economy, Hierarchy and Single Party Rule."  In Janos Kornai and Yingyi Qian, ed., *Market and socialism : in the light of the experiences of China and Vietnam*. London: Macmillan, for the International Economic Association, 2008.  Pp. 135-161.

"A Political Economy of China's Economic Transition," Chapter 4 of Loren Brandt and Thomas Rawski, eds., *China's Great Economic Transformation*.  New York: Cambridge University Press, 2008.  Pp. 91-135.  [Chinese edition, 2009.]

"China's Left Tilt: Pendulum Swing or Mid-course Correction?" in Cheng Li, ed., *China's Changing Political Landscape: Prospects for Democracy*.  Washington, DC: Brookings Institution Press, 2008.  Pp. 142-58.

"China's Emerging Industrial Economy – Insights from the IT Industry."  With Dieter Ernst.  In, Christopher A. McNally, ed., *China's Emergent Political Economy – Capitalism in the Dragon's Lair.*  London: Routledge.  2007.

"The Information Technology Industry and Economic Interactions Between China and Taiwan," in Françoise Mengin, ed., *Cyber China: Reshaping National Identities in the Age of Information*.  New York: Palgrave Macmillan, 2004.  Pp. 155-184.

"Holding China Together: Introduction," in Barry Naughton and Dali Yang, eds., *Holding China Together: Diversity and National Integration in the Post-Deng Era*.  New York: Cambridge University Press, 2004.  Co-authored with Dali Yang.

"The Western Development Program," in Barry Naughton and Dali Yang, eds., *Holding China Together: Diversity and National Integration in the Post-Deng Era*.  New York: Cambridge University Press, 2004.

"How Much Can Regional Integration Do to Unify China's Markets?" in Nicholas Hope, Dennis Yang, and Mu Yang Li, eds., *How Far Across the River? Chinese Policy Reform at the Millennium.*  Stanford: Stanford University Press, 2003.  Pp. 204-232.

"The Decline of a Japan-led Model of the East Asian Economy," in T.J. Pempel, ed., *Remapping Asia: The Emergence of Asian Regional Connectedness*.  Ithaca: Cornell University Press, 2004.  Co-authored with Andrew MacIntyre.

"China's Trade Regime Entering a New Century," in Scott Rozelle and Daniel Sumner, eds., *Agricultural Trade and Policy in China: Issues, Analysis and Implications.* Burlington, VT: Ashgate, 2003, pp. 3-20.

"State Enterprise Restructuring: Renegotiating the Social Compact in Urban China," in Taciana Fisac and Leila Fernandez-Stembridge, eds., *China Today: Economic Reforms, Social Cohesion and Collective Identities.*  London: RoutledgeCurzon, 2003, pp. 3-27.

"Technology Development in the New Millennium: China in Search of a Workable Model," in William Keller and Richard Samuels, eds., *Crisis and Innovation: Asian Technology After the Millennium*.  New York: Cambridge University Press, 2002.  Co-authored with Adam Segal.  Pp. 160-186.

"The US-China Relationship after WTO," in Ippei Yamazawa and Ken-ichi Imai, eds., *China Enters WTO: Pursuing symbiosis with the Global Economy*.  Chiba: Institute of Developing Economies, 2001.  Pp. 83-109.

 "Changing Horses in Midstream?  The Challenge of Explaining Changing Political Economy Regimes in China," in Jaushieh Joseph Wu, ed., *China Rising: Implications of Economic and Military Growth in the PRC*.  Taipei: Institute of International Relations, National Chengchi University, 2001.  Pp. 37-65.

"The Chinese Economy, Fifty Years Into the Transition," in Tyrene White, ed., *China Briefing 2000:  The Continuing Transformation.*  New York: The Asia Society, 2001. Pp. 49-70.

"China's Trade Regime at the End of the 1990s: Achievements, Limitations, and Impact on the United States," in Ted G. Carpenter and James A. Dorn, eds., *China's Future: Constructive Partner or Emerging Threat?*  Washington, D.C.: CATO Institute, 2000. Pp. 235-260.

**"China: Domestic Restructuring and a New Role in Asia,"** in T. J. Pempel, ed., *The Politics of Asian Economic Crisis.*  Ithaca: Cornell University Press, 1999.  Pp. 203-223.

"Financial Development and Macroeconomic Stability in China," in Baizhu Chen, Kim Dietrich and Yi Feng, eds., *China's Financial Market Reform: Problems, Progress and Perspective*, Boulder: Westview, 1999.

"China's Transition in Economic Perspective," in Merle Goldman, ed., *The Paradox of China's Post-Mao Reforms*.  Cambridge: Harvard University Press, 1999.  Pp. 30-44.

"Between China and the World: Hong Kong's Economy Before and After 1997," in Gary Hamilton, ed., *Cosmopolitan Capitalists: Hong Kong and the Chinese Diaspora at the End of the 20th Century*.  Seattle: University of Washington Press, 1999.  Pp. 80-99.

 "China's Dual Trading Regimes: Implications for Growth and Reform" in J. Piggott and A. Woodland, eds., *International Trade Policy and the Pacific Rim*.  London: Macmillan [for the International Economics Association], 1999.  Pp. 30-55.

"The United States and China: Management of Economic Conflict," in Robert Ross, ed., *After the Cold War: Domestic Factors and U.S.-China Relations*, Armonk, N.Y: M.E. Sharpe, 1998.  Pp. 148-183.

 "*Danwei*: The Economic Foundations of a Unique Institution," in Xiaobo Lǔ and Elizabeth Perry, eds., *Danwei: The Changing Chinese Workplace in Historical and Comparative Perspective*.  Armonk, NY: M.E. Sharpe, 1997, pp. 169-94.

"Introduction: The Emergence of the China Circle," "Economic Policy Reform in the PRC and Taiwan," and "Conclusion: The Future of the China Circle," in Barry Naughton, ed., *The China Circle: Economics and Technology in the PRC, Taiwan, and Hong Kong*. Washington, D.C.: The Brookings Institution, 1997.

"Distinctive Features of Economic Reform in China and Vietnam," and [with John McMillan] "Elements of Economic Transition," and "Reforming China's State-Owned Firms," in John McMillan and Barry Naughton, eds., *Reforming Asian Socialism: The Growth of Market Institutions*, Ann Arbor: University of Michigan Press, 1996.

"China's Economic Success: Effective Reform Policies or Unique Conditions?" in Kazimierz Poznanski, ed., *The Evolutionary Transition to Capitalism*.  Boulder: Westview, 1995.

"Reforming a Planned Economy: Is China Unique?" in Chung H. Lee and Helmut Reisen, eds., *From Reform to Growth: China and Other Countries in Transition in Asia and Central and Eastern Europe*, Paris: OECD, 1994, pp. 49-73.

"Macroeconomic Obstacles to Reform in China: The Role of Fiscal and Monetary Policy" in Bih-Jaw Lin, ed., *The Aftermath of the 1989 Tiananmen Crisis for Mainland China*, Boulder, Colorado: Westview, 1992, pp. 231-55.

"Inflation: Patterns, Causes and Cures," in *China's Economic Dilemmas in the 1990s: The Problems of Reforms, Modernization, and Interdependence.* Study Papers submitted to the Joint Economic Committee, Congress of the United States. (Washington, D.C.: U.S. Government Printing Office, 1991.) Volume 1, pp. 135-59.

"The Pattern and Legacy of Economic Growth in the Mao Era," in J. Kallgren, K. Lieberthal, R. MacFarquhar and F. Wakeman, eds., *Perspectives on Modern China: Four Anniversaries*, Armonk, N.Y.: M.E. Sharpe, 1991).

"Hierarchy and the Bargaining Economy: Government and Enterprise in the Reform Process," D. M. Lampton and K. Lieberthal, eds., *Bureaucracy, Politics, and Decision Making in Post-Mao China*, Berkeley: University of California Press, 1991.

"The Current Macroeconomic Disturbances in China: Policy and Institutional Factors," D. Cassel and G. Heiduk, eds., *China's Contemporary Economic Reforms as a Development Strategy*, Baden-Baden: Nomos, 1990.

"Macroeconomic Management and System Reform in China," in Gordon White, ed., *The Chinese State in the Era of Economic Reform: The Road to Crisis*, London: Macmillan, 1991. Pp. 50-82.

"Industrial Policy During the Cultural Revolution: Military Preparation, Decentralization, and Leaps Forward," in W. Joseph, C. Wong and D. Zweig, eds., *New Perspectives on the Cultural Revolution*, Cambridge, Mass.: Harvard University Press, 1991.

"Finance and Planning Reforms in Industry," in *The Chinese Economy Looks to the Year 2000*, selected papers submitted to the Joint Economic Committee, Congress of the United States, Washington, D.C.: Government Printing Office, 1986.

"The Decline of Central Control Over Investment in Post-Mao China," M.D. Lampton, ed., *Policy Implementation in Post-Mao China*, Berkeley: University of California Press, 1987. Pp. 51-80.

"Sun Yefang: Toward a Reconstruction of Socialist Economics," T. Cheek and C. Hamrin, eds., *China's Establishment Intellectuals*, White Plains, N.Y.: Sharpe, 1986.

"False Starts and Second Wind: Financial Reforms in China's Industry," E. Perry and C. Wong, eds., *The Political Economy of Reform in Post-Mao China*, Cambridge, Mass.: Harvard University Press, 1985. Chinese translation: "Dui Zhongguo Gongye Bumen Jingji Gaige de Fansi," *Jingji Shehui Tizhi Bijiao [Comparative Economic and Social Systems]*, Beijing, 1987:2.

### Short Pieces, Reviews, and Internet Publications

"Barry Naughton on the State of the Xi Jinping Economy," Interviewed by Andrew Peaple, *The Wire China*. January 5, 2025. Access at

https://www.thewirechina.com/2025/01/05/barry-naughton-on-the-state-of-the-xi-jinping-economy/

"Decoding China's Technology and Industrial Policy: Seven Terms You Need to Know," *IGCC Policy Brief.* March 2024. With Siwen Xiao and Yaosheng Xu. Access at https://ucigcc.org/publication/decoding-chinas-technology-and-industrial-policy-seven-terms-you-need-to-know/

"The Trajectory of China's Industrial Policies," *IGCC Working Paper.* No. 6 (June 2, 2023). With Siwen Xiao and Yaosheng Xu. Access at https://ucigcc.org/publication/working-paper/the-trajectory-of-chinas-industrial-policies/

"What's Behind China's Regulatory Storm?" *Wall Street Journal*, Dec. 12, 2021. Accessed at www.wsj.com/articles/what-is-behind-china-regulatory-storm-11638372662

"The Party Politics Driving Xi Jinping: Why now for Xi's blitz of economic reforms? China's political calendar." *The Wire China.* October 3, 2021. With Jude Blanchette.

"Six Factors behind China's Shift to Grand Steerage." In Scott Kennedy and Jude Blanchette, eds., *Chinese State Capitalism: Diagnosis and Prognosis.* Washington, D.C.: CSIS, October 2021. Pp. 3-8. https://www.csis.org/analysis/chinese-state-capitalism

"The Impact of the Tiananmen Crisis on China's Economic Transition," in *China Perspectives.* (Hong Kong). 2009/2. Pp. 63-79.

"In China's Economy, the State's Hand Grows Heavier," *Current History.* September 2009.

"How to Handle an Overheated Economy: Memorandum to Wen Jiabao, Premier of China" *Foreign Policy.* November 1, 2004. Available at http://www.foreignpolicy.com/articles/2004/11/01/how_to_handle_an_overheated_economy

*China Leadership Monitor.* Quarterly Internet Publication, at
         http://www.hoover.org/publications/clm/issues
   "Zhu Rongji: The Twilight of a Brilliant Career," Issue 1, Winter 2002.
   "Selling Down the State Share: Contested Policy, New Rules," Issue 1, Part Two, Winter 2002.
   "The Politics of the Stock Market," Issue 3, Summer 2002.
   "Evening Glow: The Final Maneuvers of Zhu Rongji," Issue 4, Fall 2002.
   "Economic Policy after the 16th Party Congress," Issue 5, Winter 2003.
   "The Emergence of Wen Jiabao," Issue 6, Spring 2003.
   "Government Reorganization: Liu Mingkang and Financial Restructuring," Issue 7, Summer 2003.
   "The State Asset Commission: A Powerful New Government Body," Issue 8, Fall 2003.

"An Economic Bubble? Chinese Policy Adapts to Rapidly Changing Conditions,"
Issue 9, Winter 2004.

"Financial Reconstruction: Methodical Policymaking Moves into the Spotlight,"
Issue 10, Spring 2004.

"Hunkering Down: The Wen Jiabao Administration and Macroeconomic Recontrol,"
Issue 11, Summer 2004.

"Changing the Rules of the Game: Macroeconomic Recontrol and the Struggle for
Wealth and Power," Issue 12, Fall 2004.

"Economic Policy in 2004: Slipping behind the Curve?" Issue 13, Winter 2005.

"SASAC Rising," Issue 14, Spring 2005.

"Incremental Decision Making and Corporate Restructuring," Issue 15, Summer 2005.

"The New Common Economic Program: China's Eleventh Five Year Plan and What
It Means," Issue 16, Fall 2005.

"Waves of Criticism: Debates over Bank Sales to Foreigners and Neo-Liberal
Economic Policy." Issue 17, Winter 2006.

"Claiming Profit for the State: SASAC and the Capital Management Budget," Issue 18,
Spring 2006.

"Another Cycle of Macroeconomic Crackdown," Issue 19, Fall 2006.

"The Assertive Center: Beijing Moves Against Local Government Control of Land,"
Issue 20, Winter 2007.

"Strengthening the Center, and Premier Wen Jiabao," Issue 21, Summer 2007.

"China Anxiously Faces a Future of Rising Prices," Issue 22, Fall 2007.

"China's Economic Leadership After the 17[th] Party Congress," Issue 23, Winter 2008.

"SASAC and Rising Corporate Power," Issue 24, Spring 2008.

"The Inflation Battle: Juggling Three Swords," Issue 25, Summer 2008.

"A New Team Faces Unprecedented Economic Challenges," Issue 26, Fall 2008.

"The Scramble to Maintain Growth," Issue 27, Winter 2009.

"Understanding the Chinese Stimulus Package," Issue 28, Spring 2009.

"China's Emergence from Economic Crisis," Issue 29, Summer 2009.

"Loans, Firms, and Steel: Is the State Advancing at the Expense of the Private Sector?"
Issue 30, Fall 2009.

"The Turning Point: First Steps toward a Post-Crisis Economy," Issue 31, Winter
2010.

"Reading the NPC: Post-Crisis Economic Dilemmas of the Chinese Leadership," Issue
32, Spring 2010.

"The Turning Point in Housing," Issue 33, Summer 2010.

"What Price Continuity?  The 12[th] Five Year Plan and the Two Final Years of the Hu-
Wen Administration," Issue 34, Winter 2011.

"Inflation, Welfare, and the Political Business Cycle," Issue 35, Summer 2011.

"Macroeconomic Policy to the Forefront: The Changing of the Guard," Issue 36,
Winter 2012.

"Leadership Transition and the "Top-Level Design" of Economic Reform," Issue 37,
Spring 2012.

"Economic Uncertainty Fuels Political Misgivings," Issue 38, Summer 2012.

"The Political Consequences of Economic Challenges," Issue 39, Fall 2012.

"Signaling Change: New Leaders begin the Search for Economic Reform," Issue 40, Winter 2013.

"Since the National People's Congress: Personnel and Programs of Economic Reform Begin to Emerge,"  Issue 41, Spring 2013.

"The Narrow Road to Reform," Issue 42, Fall 2013.

"After the Third Plenum: Economic Reform Revival Moves toward Implementation," Issue 43, Winter 2014 (March 14).

"'Deepening Reform': The Organization and the Emerging Strategy," Issue 44, Summer 2014 (July 28).

"It's All in the Execution: Struggling with the Reform Agenda," Issue 45, Fall 2014 (October 21).

"Is There a "Xi Model" of Economic Reform?--Acceleration of Economic Reform since Fall 2014," Issue 46, Winter 2015 (March 19).

"Local Debt Restructuring: A Case of Ongoing Authoritarian Reform," Issue 47, Summer 2015 (July 14).

"Reform Agenda In Turmoil: Can Policy-Makers Regain The Initiative?," Issue 48, Fall 2015 (September 9).

"Supply-Side Structural Reform: Policy-makers Look For a Way Out," Issue 49, Winter 2016 (March 1).

"Two Trains Running: Supply-Side Reform, SOE Reform and the Authoritative Personage," Issue 50, Spring 2016.

"Supply-Side Structural Reform at Mid-year: Compliance, Initiative, and Unintended Consequences," Issue 51, Summer 2016.

"Xi Jinping's Economic Policy in the Run-up to the 19th Party Congress: The Gift from Donald Trump," Issue 52, Winter 2017.

"The Regulatory Storm: A Surprising Turn in Financial Policy," Issue 53, Summer 2017.

"The General Secretary's Extended Reach: Xi Jinping Combines Economics and Politics," Issue 54, Fall 2017

"Economic Policy in the Aftermath of the 19th Party Congress," Issue 55, Winter 2018.

"Xi's System, Xi's Men: After the March 2018 National People's Congress," Issue 56, Spring 2018.


"Introduction: Economy," in Thomas Buoye, Kirk Denton, Bruce Dickson, Barry Naughton, and Martin K. Whyte, eds., *China: Adapting the Past, Confronting the Future*. Ann Arbor: Center for Chinese Studies, University of Michigan, 2002.  Pp. 329-49.


"The Chinese Economy Through 2005: Domestic Developments and Their Implications for US Interests," in U.S. Library of Congress, *China's Future: Implications for US Interests.*  Washington, D.C.  CR 99-02, pp. 49-66.


"Konets ekonomiki schveitsarskogo syira: KNR esche predstoit pivyiknut'  k "obschestvy ravnyikh vozmozhnostei" (The End of the Swiss Cheese Economy: The PRC still needs to get accustomed to the "society of equal opportunities") - VRIEMIA MN Mon 4 Oct 1999, # 182 (329), page 6.  (Moscow, Russia)

"China's Economy: Buffeted from Within and Without," *Current History*, September 1998, pp. 273-78.

"Fiscal and Banking Reform: The 1994 Fiscal Reform Revisited," in Maurice Brosseau, Kuan Hsin-chi and Y.Y. Kueh, eds., *China Review 1997*.  Hong Kong: The Chinese University Press, 1997, pp. 251-76.

 "The Dangers of Economic Complacency," *Current History*, Sept. 1996, pp. 260-65.

"The Foreign Policy Implications of China's Economic Development Strategy," in Thomas W. Robinson and David Shambaugh, eds., *Chinese Foreign Policy: Theory and Practice*, Oxford: Oxford University Press, 1994, pp. 47-69.

"Monetary Control and China's Most Recent Macroeconomic Cycle," *China Economic Review*, 4:2 (1993)

"China: monetary and financial system," entry in *The New Palgrave Dictionary of Money and Finance*, edited by Peter Newman, Murray Milgate and John Eatwell.  London: Macmillan, 1992.

"The Chinese Economy 1990-91: On the Road to Recovery?" in William Joseph, ed., *China Briefing 1991*, Boulder: Westview, 1991.  An earlier version of this paper appeared as "Emerging from a Rough Patch: China's Economy in 1990," *Current History*, September 1991.

"Economic Direction for the '90s," *China Business Review* 18:3 (May-June 1991), pp. 8-12.

Review of S. Feuchtwang, A. Hussain and T. Pairault, eds., *Transforming China's Economy in the 1980s*, in *Pacific Affairs*, 62: 4 (Winter 1989-90), pp. 544-46.

"China's Economy" [Essay-review of six books on the Chinese Economy], in *Problems of Communism* 39 (March-April 1990), pp. 115-19.

"Inflation and Economic Reform in China," *Current History*, September 1989.  Chinese translation: "Tonghuo Pengzhang yu Jingji Gaige" *Jingji Shehui Tizhi Bijiao [Comparative Economic and Social Systems*, Beijing, 1990:1.

Review of Eduard Vermeer, *Economic Development in Provincial China: The Central Shaanxi since 1930.*  Cambridge: Cambridge, 1988, in *The Journal of Economic History*, September 1989.

Review of Gene Tidrick and Chen Jiyuan, eds., *China's Industrial Reform*, New York: Oxford, 1987 in *Journal of Comparative Economics*, 14: 1 (March 1990).

Review of Victor Lippit, *The Economic Development of China*, Armonk, New York: Sharpe, 1987, in *Journal of Asian Studies*, 47:3 (August 1988), pp. 606-07.

"Industrial Planning and Prospects in China," in Eugene K. Lawson, ed., *U.S.-China Trade: Problems and Prospects*, New York: Praeger, 1988, pp. 179-93.

"Economic Reform in China: Report of the American Economists Study Team to the People's Republic of China (Summary of Findings)," (New York: National Committee on U.S.-China Relations, 1986.)

**Professional Service**

Member, University of California, Pacific Rim Research Program Executive Committee, 2005-2010.

Member, Humanities, Social Sciences & Business Studies Panel, Research Grants Council, Hong Kong, 1998-2003.

Chairman, Committee on Advanced Study in China, of the Committee on Scholarly Communication with China, 1994-1998

Member, Joint Committee on Chinese Studies of the American Council of Learned Societies and the Social Science Research Council, 1991-1994.

Associate Dean, Graduate School of International Relations and Pacific Studies, University of California, San Diego, 1992-1995, 2001-2003.

Chair, Chinese Studies Program.  University of California, San Diego.  1998-2000.

Reviewer for Professional Journals (selected): *American Economic Review, Journal of Political Economy, Quarterly Journal of Economics, Journal of Economic Literature, Economic Development and Cultural Change, Journal of Comparative Economics, American Political Science Review, American Sociology Review, China Quarterly, Australian Journal of Chinese Affairs.*

**Consulting**

Consultant to the World Bank (1988, 1989, 1990, 1991, 1992, 1994, 1996, 2001, 2006, 2011); and the East-West Center [Technical Assistance for Asian Development Bank Project] (1993-94).

**Prize**

*Growing Out of the Plan* received the Masayoshi Ohira Memorial Prize for outstanding work furthering the Pacific Basin Community, April 1997.