<u>CURRICULUM VITAE</u> John H. Rogers April 2022

<u>CONTACT</u>

aegjrogers@gmail.com
https://www.johnrogerseconomist.net
johnrogers@fudan.edu.cn

<u>EDUCATION</u>

B.A., Economics and Political Science, University of Delaware, 1983
Ph.D., Economics, University of Virginia, 1989

<u>EMPLOYMENT</u>

| | |
|---|---|
| Current | Professor, Fanhai International School of Finance Fudan University, Shanghai, China |
| 10/10-4/21 | Senior Adviser, International Finance Division Board of Governors of the Federal Reserve System |
| 6/94-9/10 | Economist, Senior Economist, Section Chief and Assistant Director, Board of Governors of the Federal Reserve System |
| 8/89-4/96 | Assistant Professor of Economics, Penn State University (Tenured and promoted to Associate 3/96; on leave 7/94 - 4/96) |
| Spring 1999 Spring 2001 | Visiting Associate Professor of Economics Johns Hopkins University |
| Fall 1999 Spring 2001 Spring 2004 | Visiting Associate Professor of Economics Georgetown University |
| Spring 2013 Spring 2014-21 Summer 2014-21 | Adjunct Professor, Economics Masters Program Georgetown University |
| Fall 2018 | Academic Visiting Professor Fanhai International School of Finance, Fudan University School of Economics, Shanghai University of Finance and Economics |

USA-ROG-0010820

GOOGLE SCHOLAR

| Citation indices | All | Since 2017 |
|---|---|---|
| Citations | 11377 | 2813 |
| h-index | 43 | 29 |
| i10-index | 57 | 40 |

☑

How wide is the border?
C Engel, JH Rogers          1925

NEW WORK

"How Well Does Uncertainty Forecast Economic Activity?" with Jiawen Xu [revised and resubmitted, Journal of Money, Credit, and Banking]

"Modern Pandemics: Recession and Recovery", with Chang Ma and Sili Zhou [revised and resubmitted, Journal of the European Economic Association]

"The Effect of the China Connect", with Chang Ma and Sili Zhou [revise and resubmit, Review of Financial Studies]

"Macroeconomic Transmission of (Un-)Predictable Uncertainty Shocks", with Jose Ferrer and Jiawen Xu.

"US-China Tensions", with Bo Sun and Chris Webster (2021) [summary of paper at http://www.voxchina.org/show-3-227.html]

"Firm Financial Conditions and the Transmission of U.S. Monetary Policy", with Thiago Ferreira and Daniel Ostry.

"U.S. Monetary Policy, Excess Bond Premia, and the Global Financial Cycle", with Bo Sun and Wenbin Wu.

"How does Facial Structure Affect FOMC Voters?". With Zhongying Gan, Huasheng Gao, Wenbin Wu, and Minghao Yang.

"Growth Expectations and Equity Fund Portfolios: Evidence from Chinese Fund Managers", with John Ammer, Gang Wang, and Yang Yu

PUBLICATIONS

USA-ROG-0010821

## A. REFEREED JOURNALS

"The Effects of U.S. Monetary Policy on International Mutual Fund Investment", with Gabriele Ciminelli and Wenbin Wu. Journal of International Money and Finance, forthcoming.

"Chinese Asset Managers' Monetary Policy Forecasts and Fund Performance", with John Ammer, Gang Wang, and Yang Yu, Management Science, forthcoming.

"What is Certain about Uncertainty?" with Danilo Cascaldi-Garcia, et. al. Journal of Economic Literature, forthcoming.

"A Unified Measure of Fed Monetary Policy Shocks," with Chunya Bu and Wenbin Wu, Journal of Monetary Economics, vol. 118, pp. 331-349 (March 2021).

"Monetary Policy Uncertainty," with Lucas Husted and Bo Sun, Journal of Monetary Economics, vol. 115, pp. 20-36 (Nov. 2020).

"Unconventional Monetary Policy and International Risk Premia," with Chiara Scotti and Jonathan Wright. Journal of Money, Credit, and Banking, vol. 50, no. 8, pp. 1827-1850 (May 2018).

"Uncertainty, Currency Excess Returns, and Risk Reversals," with Lucas Husted and Bo Sun, Journal of International Money and Finance, vol. 88, pp. 228-241 (Nov. 2018).

"Evaluating Asset-Market Effects of Unconventional Monetary Policy: A Multi-Country Review," with Chiara Scotti and Jonathan H. Wright. Economic Policy, vol. 29, no. 80, pp. 3-50 (Oct. 2014).

"Border Prices and Retail Prices," with David Berger, Jon Faust, and Kai Steverson, Journal of International Economics, vol. 88, no. 1, pp. 62-73 (2012).

"Expected Consumption Growth from Cross-Country Surveys: Implications for Assessing International Capital Markets," with Charles Engel, IMF Staff Papers 56, 543-573 (May 2009).

"Capital Controls and the International Transmission of U.S. Money Shocks," with Jacques Miniane, Journal of Money, Credit and Banking 39, 1003-10036 (Aug 2007)

"The High-Frequency Response of Exchange Rates and Interest Rates to Macro Announcements," with Jon Faust, Shing-Yi Wang and Jonathan Wright, Journal of Monetary Economics 54, 1051-1068 (May 2007).

"Monetary Union, Price Level Convergence, and Inflation: How Close is Europe to the United States?", Journal of Monetary Economics 54, 785-796 (April 2007).

USA-ROG-0010822

"The U.S. Current Account Deficit and the Expected Share of World Output," with Charles Engel Journal of Monetary Economics 53, 1063-1093 (July 2006).

"The Present-Value Model of the Current Account Has Been Rejected: Round up the Usual Suspects," with Jim Nason, Journal of International Economics 68, 159-187 (January 2006).

"News and Noise in G-7 GDP Announcements," with Jon Faust and Jonathan Wright Journal of Money, Credit, and Banking 37, 403-419 (June 2005).

"European Product Market Integration after the Euro," with Charles Engel, Economic Policy 19, 347-384 (2004).

"Monetary Policy's Role in Exchange Rate Behavior," with Jon Faust, Journal of Monetary Economics 50:7, 1403-1424 (October 2003).

"Identifying the Effects of Monetary Policy on Exchange Rates Using High-Frequency Data," with Jon Faust, Eric Swanson, and Jonathan Wright, Journal of the European Economic Association 1, 1031-1057 (2003).

"Exchange Rate Forecasting: The Errors We've Really Made," with Jon Faust and Jonathan Wright, Journal of International Economics 60, 35-60 (May 2003).

"Investment and the Current Account in the Short Run and the Long Run," with Jim Nason, Journal of Money, Credit, and Banking 34, 967-986 (November 2002).

"Puzzles in the Chinese Stock Market," with John Fernald, Review of Economics and Statistics 84, 416-32 (August 2002).

"Deviations from the Law of One Price: Sources and Welfare Costs," with Charles Engel, Journal of International Economics 55, 29-58 (October 2001).

"Violating the Law of One Price: Should We Make a Federal Case Out of It?", with Charles Engel, Journal of Money, Credit, and Banking 33, 1-15 (February 2001).

"Political Competition, Fiscal Illusion, and U.S. State Government Size:   Do Tighter Elections Produce Tighter Budgets?" with Diane Lim Rogers, Public Choice 105, 1-21 (October 2000).

"Inflation and the Great Ratios: Evidence from Long-Term U.S. Data," with Shaghil Ahmed, Journal of Monetary Economics 45, 3-35 (February 2000).

"Output and the Real Exchange Rate in Developing Countries:   An Application to Mexico," with Steven Kamin, Journal of Development Economics 61, 85-109 (February 2000).

"Monetary Shocks and Real Exchange Rates," Journal of International Economics 48, pp. 269-88 (December 1999).

USA-ROG-0010823

"Intra-National, Intra-Continental, and Intra-Planetary PPP", with Charles Engel and Michael Hendrickson, <u>Journal of the Japanese and International Economies</u> 11, 480-501 (December 1997).

"How Wide is the Border?" with Charles Engel, <u>American Economic Review</u> 86, 1112-25 (December 1996).

"Monetary Policy in the End-Game to Exchange Rate-Based Stabilizations: Evidence from Mexico", with Steve Kamin, <u>Journal of International Economics</u> 41, 285–308 (August 1996).

"Government Budget Deficits and Trade Deficits: Are Present-Value Constraints Satisfied in Long-Term Data?", with Shaghil Ahmed, <u>Journal of Monetary Economics</u> 36, 351-74 (October 1995).

"Output, Inflation and Stabilization: A Counterfactual Analysis," with James Fackler, <u>Journal of International Money and Finance</u> 14, 619-40 (October 1995).

"International Stock Price Spillovers and Market Liberalization: Evidence from Korea, Japan, and the United States," with Sang Kim, <u>Journal of Empirical Finance</u> 2, 117-33 (June 1995).

"Haircuts or Hysteresis? Sources of Movements in Real Exchange Rates," with Michael Jenkins, <u>Journal of International Economics</u> 38, 339-60 (May 1995).

"Output, Inflation, and Stabilization in a Small, Open Economy: Evidence from Mexico," with Ping Wang, <u>Journal of Development Economics</u> 46, 271-93 (April 1995).

"Temporary Foreign Exchange Subsidies, Anticipated Devaluation, and the Mexdollar Anomaly," <u>Economics Letters</u> 45, 85-92 (May 1994).

"Entry Barriers and Price Movements between Major and Emerging Stock Markets," <u>Journal of Macroeconomics</u> 16, 221-42 (Spring 1994).

"Sources of Fluctuations in Relative Prices: Evidence From High Inflation Countries," with Ping Wang, <u>Review of Economics and Statistics</u> 75, 589-605 (November 1993).

"An Empirical Open-Economy Macro Model with Credit," with James Fackler, <u>Journal of Macroeconomics</u> 15 (Spring 1993).

"The Currency Substitution Hypothesis and Relative Money Demand in Mexico and Canada," <u>Journal of Money, Credit, and Banking</u> 24, 300-19 (August 1992).

"Convertibility Risk and Dollarization in Mexico: A Vectorautoregressive Analysis," <u>Journal of International Money and Finance</u> 11, 188-207 (April 1992).

"Foreign Inflation Transmission under Flexible Exchange Rates and Currency Substitution," Journal of Money, Credit, and Banking 22, 195-208 (May 1990).

## B. OTHER PUBLICATIONS

"The Next Fed Tightening Cycle is not Necessarily Bad News for EMs," with Gabriele Ciminelli and Wenbin Wu (March 2022) https://voxeu.org/article/next-fed-tightening-cycle-not-necessarily-bad-news-emerging-markets

"U.S.-China Tensions," with Bo Sun and Chris Webster (April 2021) http://www.voxchina.org/show-3-227.html

"How Does Monetary Policy Affect the Asset Management Industry? Evidence from China's Fund Managers", with John Ammer, Gang Wang, and Yang Yu, distilled version released as VoxChina article (2020) http://voxchina.org/show-3-186.html

"Modern Pandemics: Recession and Recovery", with Chang Ma and Sili Zhou, distilled versions released as CEPR Covid Journal #5 (2020) and VoxEU article (2020), https://cepr.org/content/covid-economics-vetted-and-real-time-papers-0 https://voxeu.org/article/modern-health-crises-recession-and-recovery

"The Effect of the China Connect", with Chang Ma and Sili Zhou, distilled version released as VoxChina article, (2019) http://www.voxchina.org/show-3-149.html

"Taxonomy of Global Risk, Uncertainty, and Volatility Measures," with Datta, Deepa, Juan M. Londono, Bo Sun, Daniel Beltran, Thiago Ferreira, Matteo Iacoviello, Mohammad R. Jahan-Parvar, Canlin Li, Marius Rodriguez (2017) https://www.federalreserve.gov/econres/ifdp/files/ifdp1216.pdf

"Measuring Monetary Policy Uncertainty: the Case of the Federal Reserve, January 1985-January 2016," with Lucas Husted and Bo Sun (April 2016). https://www.federalreserve.gov/econresdata/notes/ifdp-notes/2016/measuring-monetary-policy-uncertainty-the-federal-reserve-january-1985-january-2016-20160411.html

"Measuring Cross Country Monetary Policy Uncertainty", with Lucas Husted and Bo Sun (November 2016). https://www.federalreserve.gov/econresdata/notes/ifdp-notes/2016/measuring-cross-country-monetary-policy-uncertainty-20161123.html

"Border Effects," the New Palgrave Dictionary.

"Exchange Rate Pass-through to U.S. Import Prices:   Some New Evidence", with Jon Faust, Joseph Gagnon, Jaime Marquez, Robert Martin, Trevor Reeve, Nathan

Sheets, and Robert Vigfusson. International Finance Discussion Paper #832 (2002), Board of Governors of the Federal Reserve System, Washington, DC.

"Revisiting the border: an assessment of the law of one price using very disaggregated data", with Charles Engel and Shing-Yi Wang, in Rebecca Driver, Peter Sinclair, and Cristhoph Thoenissen, eds., Exchange Rates, Capital Flows, and Policy, Routledge International Studies in Money and Banking 2005.

"Preventing Deflation: Lessons from Japan's Experience in the 1990's," with Alan Ahearne, Joseph Gagnon, Jane Haltmaier, Steven Kamin, Chris Erceg, Jon Faust, Luca Guerrieri, Carter Hemphill, Linda Kole, Jennifer Roush, Nathan Sheets, and Jonathan Wright. International Finance Discussion Paper #729 (June 2002), Board of Governors of the Federal Reserve System, Washington, DC.

"Border Effects within the NAFTA Countries," with Hayden Smith. International Finance Discussion Paper #698 (2001). Board of Governors of the Federal Reserve System, Washington, DC.

"An Empirical Comparison of Bundesbank and ECB Monetary Policy Rules," with Jon Faust and Jonathan Wright. International Finance Discussion Paper #705 (2001). Board of Governors of the Federal Reserve System, Washington, DC.

"Relative Price Volatility: What Role Does the Border Play?" with Charles Engel, in Gregory Hess and Eric van Wincoop, eds. Intranational Macroeconomics, Cambridge University Press 2000.

"Regional Patterns in the Law of One Price:   The Roles of Geography versus Currencies," with Charles Engel, in Jeffery Frankel, ed., Regionalization of the World Economy, University of Chicago Press 1998.

"An Analysis of Fiscal Policy in the Federal Reserve Board's Global Model," with David Bowman, Bank for International Settlements, Conference Papers Vol. 4, July 1997.

"Evaluating International Economic Policy with the Federal Reserve's Global Model", with Andrew Levin and Ralph Tryon, Federal Reserve Bulletin, October 1997.

"Default Risk, Convertibility Risk, and the Mexdollar Anomaly: A Reply to Gruben and Welch," Journal of Money, Credit, and Banking, August 1996.

"Relative Returns on Equities in Pacific Basin Countries", with Charles Engel, chapter 3 in Reuven Glick and Michael Hutchison, eds., Exchange Rate Policy and Interdependence: Perspectives from the Pacific Basin, Cambridge University Press, 1994.

"High Inflation: Causes and Consequences," with Ping Wang, Federal Reserve Bank of Dallas Economic Review, Fourth Quarter 1993.

A Review of <u>Banking and Finance in Japan</u>, by Kazuo Tatewaki, <u>Journal of Money, Credit, and Banking</u>, August 1993.

"Exchange Rates and Fundamentals: A Generalization," with Jim Nason, revise and resubmit, <u>International Economic Review</u>. International Finance Discussion Papers 948. Board of Governors of the Federal Reserve System (U.S.).

"Forward-Looking Monetary Policy and the Transmission of Conventional Monetary Policy Shocks", with Chunya Bu and Wenbin Wu
www.federalreserve.gov/econres/feds/files/2020014pap.pdf

"Communications Breakdown: Transmission of ECB Monetary Policy Shocks," with Andrew Kane and Bo Sun.

<u>ACADEMIC</u>

Associate Editor, *Journal of International Economics*, 1999-2011

Teaching Experience: Graduate (Ph.D.) - International Finance (Penn State, Georgetown, and Johns Hopkins); Monetary Theory and Policy (Penn State); Advanced Macroeconomics (Shanghai University of Finance and Economics); (MA/MS) - International Finance (Georgetown), Open Economy Macroeconomics (Georgetown); Undergraduate - International Finance (Penn State, Georgetown, and Johns Hopkins); International Trade (Penn State); Intermediate Macroeconomics (Virginia); Money and Banking (Penn State)

Supervision: 17 Ph.D. dissertation (chair of 4) and 6 MA committees at Penn State

Presentation of Research Papers (selected): ASSA meetings, January 2021; The post-COVID Recovery and the Race to Net Zero, IWFSAS Conference (U. Victoria), August 2021; Stanford Institute for Theoretical Economics (SITE), August 2018 and 2019; The Euro at 20, Dublin (June 2018), Unconventional Monetary Policy: What is in the Data?, Barcelona (April 2018); Oxford/FRB-NY Conference on Monetary Economics, Oxford University (September 2017); IMF Annual Research Conference (ARC, Nov. 2015); AEA meetings (various years, Jan. 2016); Econometric Society meetings, NBER Summer Institute (various years); Workshops at Bank of England, Bank of Italy, ECB, Swiss National Bank, Riksbank, Banque de France, Banco de Mexico, Bocconi, Duke, Fudan, Georgetown, Harvard, Johns Hopkins, Korea University, Michigan, Michigan State, North Carolina, North Carolina State, Notre Dame, NYU, Princeton, Rochester, SHUFE, Tsinghua, UC-Berkeley, UC-Davis, UCLA,

USA-ROG-0010827

UCSD, UCSC, Virginia, IMF, FRB-ATL, FRB-BOS, FRB-CH, FRB-DAL, FRB-KC, FRB-MPLS, FRB-NY, FRB-PH, FRB-SF.

Refereeing (recent): *AER*, A*EJ-Macro*, *EER*, *IER*, *JEL, JF, JIE*, *JIMF*, *JME*, *JMCB*, *JPE*, *IJCB*, NSF, *RAPS, REStat*, *QJE*

Conference Organizer (selected): Developments in Empirical Macroeconomics (with Dario Caldara, Ed Herbst, Domenico Giannone), May 2019, Federal Reserve Board; Global Risk, Uncertainty, and Volatility (with Dorianna Ruffino, Anna Orlik, and Bo Sun), April 2018, Federal Reserve Board; Unconventional Monetary Policy: Lessons Learned, October 2017 (with Hongyi Chen and Tao Zha), Hong Kong Monetary Authority; Capital Flows and Unconventional Monetary Policy, October 2015 (with Luca Dedola, Stepen Cecchetti, Mark Wynne, Hongyi Chen), Honk Kong Monetary Authority; Global Research Forum, (with Linda Goldberg, Livio Stracca) November 2014, November 2018, and November 2018, ECB, Federal Reserve Board, FRB-NY; Central Banking Before, During and After the Global Financial Crisis (with David Lopez-Salido and David Reifschneider), Federal Reserve Board, March 2012; Global Financial Crisis Research Workshop, Federal Reserve Board July 2010; Domestic Prices in an Integrated World Economy (with Ken West), Federal Reserve Board, September 2007; Empirical Exchange Rate Models (with Charles Engel and Andrew Rose), University of Wisconsin, September 2001; Mexican Peso Crisis (with Enrique Mendoza and Andrew Rose), University of Maryland, December 1995; Fed System Committee meetings (chair) in Atlanta, Cleveland, Boston, Dallas, DC, Minneapolis, Philadelphia, San Francisco.

USA-ROG-0010828