UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

## NOTICE OF FILING

The Defendant John Harold Rogers, by and through his counsel, does not oppose the Court's proposed jury instructions or voir dire questions, however, reserves the right to suggest amendments to both pending the outcome of the Court's ruling on Defendant's First and Second Motions in Limine (ECF Nos. 36 and 37).

Dated: December 1, 2025

Respectfully submitted,

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu


/s/ Jonathan K. Gitlen
Jonathan K. Gitlen
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

*Counsel for Defendant*