# Exhibit A

LAW OFFICE OF JONATHAN K. GITLEN PLLC

Jonathan K. Gitlen
jonathan.gitlen@jgitlenlaw.com

+1 202.568.5788
+1 202.301.8556 Fax

900 19th Street, NW, Suite 500
Washington, DC 20006

December 11, 2025

VIA ELECTRONIC MAIL

Thomas N. Saunders - Thomas.Saunders@usdoj.gov
Nicholas Hunter – Nicholas.Hunter@usdoj.gov
YiFei Zheng - Yifei.Zheng@usdoj.gov

Ms. Jeanine Ferris Pirro
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20530

Re:    *United States v. John Harold Rogers*, 1-25-cr-00033
       Expert Notice – Dr. Eric Swanson and Dr. Charles Engel

Dear Counsel:

       As you are aware, the defense has continued to have trouble ascertaining individuals willing to testify in this case as expert witnesses.  Pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C) the defense names the following individuals as experts it intends to use during the defendant's case in chief: Dr. Eric T. Swanson and Dr. Charles M. Engel.  Their respective Statements of Opinions and Curriculum Vitae are included as exhibits.

                    Very truly yours,


       /s/ Jonathan K. Gitlen                    /s/ Stephen A. Saltzburg
       Jonathan K. Gitlen                        Stephen A. Saltzburg


Attachments

Exhibit 1:
Dr. Eric T. Swanson CV

June 2025

# Eric T. Swanson

http://www.ericswanson.org

Department of Economics
University of California, Irvine
3151 Social Science Plaza
Irvine, CA 92697-5100

(949) 824-8305 (W)
(949) 381-8166 (C)
eric.swanson@uci.edu

## RESEARCH AND TEACHING INTERESTS

Monetary Economics, Macroeconomics, Macro-Finance, Time Series Econometrics

## CURRENT AND PAST POSITIONS

Professor, Department of Economics, University of California, Irvine, 2014–present

Editor, *Journal of Monetary Economics,* 2024–present
    Associate Editor, 2017–2023

Research Associate, National Bureau of Economic Research, 2020–present
    Faculty Research Fellow, 2014–2020

Senior Research Advisor, Federal Reserve Bank of San Francisco, 2008–2014
    Research Advisor, 2005–2008

Senior Economist, Federal Reserve Board, 2004–2005
    Economist, 1998–2004

Visiting Assistant Professor, University of Michigan, Fall 2002

Lecturer, University of Virginia, Fall 2001

## EDUCATION

Ph.D., Economics, Stanford University, 1998
    dissertation: Individual and Sectoral Heterogeneity, Reallocation, and Aggregate Fluctuations

M.S., Mathematics, Stanford University, 1994
    advanced to Ph.D. candidacy; transferred into Economics in 1993

B.A., Mathematics, Williams College, 1992
    *summa cum laude;* Phi Beta Kappa; Sigma Xi; highest honors in Mathematics

## AWARDS AND HONORS

Best Paper Prize, *Journal of Monetary Economics,* 2022, for "Measuring the Effects of Federal Reserve
    Forward Guidance and Asset Purchases on Financial Markets"

Excellence in Refereeing Award, *American Economic Review,* 2014, 2013

National Science Foundation Fellowship, Economics, 1993–5, 1997–8

Department of Defense National Science & Engineering Fellowship, Mathematics, 1992–3
    three-year fellowship; had to decline remaining two years when I transferred into Economics

Rosenberg Award, top graduate in Mathematics, Williams College, 1992

## Publications

"The Macroeconomic Effects of the Federal Reserve's Conventional and Unconventional Monetary Policies," *IMF Ecoomic Review* 72(3), September 2024, 1152–1184.

"The Federal Funds Market, Pre- and Post-2008," *Research Handbook of Financial Markets* (Refet Gürkaynak and Jonathan Wright, eds., 2023), 220–236.

"The Importance of Fed Chair Speeches as a Monetary Policy Tool," *American Economic Association Papers & Proceedings* 113, May 2023, 394–400.

"A Reassessment of Monetary Policy Surprises and High-Frequency Identification," with Michael Bauer, *NBER Macroeconomics Annual* 37, 2023, 87–155.

"An Alternative Explanation for the 'Fed Information Effect,'" with Michael Bauer, *American Economic Review* 113, March 2023, 664–700.

"Measuring the Effects of Federal Reserve Forward Guidance and Asset Purchases on Financial Markets," *Journal of Monetary Economics* 118, March 2021, 32–53; winner of the 2022 *JME* Best Paper Prize.

"Implications of Labor Market Frictions for Risk Aversion and Risk Premia," *American Economic Journal: Macroeconomics* 12, April 2020, 194–240.

"The Federal Reserve Is Not Very Constrained by the Lower Bound on Nominal Interest Rates," *Brookings Papers on Economic Activity,* Fall 2018, 555–572.

"Risk Aversion, Risk Premia, and the Labor Margin with Generalized Recursive Preferences," *Review of Economic Dynamics* 28, April 2018, 290–321.

"Measuring the Effects of Unconventional Monetary Policy on Asset Prices," in Albagli, Elías, Diego Saravia, and Michael Woodford (eds.), *Series on Central Banking, Analysis and Economic Policies 24: Monetary Policy through Asset Markets Lessons from Unconventional Measures and Implications for an Integrated World* (Santiago, Chile: Banco Central de Chile, 2016), 105–130.

"Monetary Policy Effectiveness in China: Evidence from a FAVAR Model," with John Fernald and Mark Spiegel, *Journal of International Money and Finance* 49, December 2014, 83–103.

"Measuring the Effect of the Zero Lower Bound on Medium- and Longer-Term Interest Rates," with John Williams, *American Economic Review* 104, October 2014, 3154–3185.

"Measuring the Effect of the Zero Lower Bound on Yields and Exchange Rates in the U.K. and Germany," with John Williams, *Journal of International Economics* 92, April 2014, 2–21 (lead article).

"Risk Aversion and the Labor Margin in Dynamic Equilibrium Models," *American Economic Review* 102, June 2012, 1663–1691.

"The Bond Premium in a DSGE Model with Long-Run Real and Nominal Risks," with Glenn Rudebusch, *American Economic Journal: Macroeconomics* 4, January 2012, 105–143.

"Let's Twist Again: A High-Frequency Event-Study Analysis of Operation Twist and Its Implications for QE2," *Brookings Papers on Economic Activity,* Spring 2011, 151–188.

"Convergence and Anchoring of Yield Curves in the Euro Area," with Michael Ehrmann, Marcel Fratzscher, and Refet Gürkaynak, *Review of Economics and Statistics* 93, February 2011, 350–364.

"Does Inflation Targeting Anchor Long-Run Inflation Expectations? Evidence from Long-Term Bond Yields in the U.S., U.K., and Sweden," with Refet Gürkaynak and Andrew Levin, *Journal of the European Economic Association* 8, December 2010, 1208–1242.

"Examining The Bond Premium Puzzle with a DSGE Model," with Glenn Rudebusch, *Journal of Monetary Economics* 55, October 2008, 111–126.

"Futures Prices as Risk-Adjusted Forecasts of Monetary Policy," with Monika Piazzesi, *Journal of Monetary Economics* 55, May 2008, 677–691.

"Real Wage Cyclicality in the PSID," *Scottish Journal of Political Economy* 54, November 2007, 617–647, special issue on wage cyclicality.

"Macroeconomic Implications of Changes in the Term Premium," with Glenn Rudebusch and Brian Sack, *Federal Reserve Bank of St. Louis Economic Review* 89(4), July/August 2007, 241–269.

"Market-Based Measures of Monetary Policy Expectations," with Refet Gürkaynak and Brian Sack, *Jounal of Business and Economic Statistics* 25, April 2007, 201–212.

"Inflation Targeting and the Anchoring of Inflation Expectations in the Western Hemisphere," with Refet Gürkaynak, Andrew Levin, and Andrew Marder, in Mishkin, Frederic and Klaus Schmidt-Hebbel (eds.), *Series on Central Banking, Analysis and Economic Policies X: Monetary Policy under Inflation Targeting* (Santiago, Chile: Banco Central de Chile, 2007). Reprinted in *Federal Reserve Bank of San Francisco Economic Review* 2007, 25–47.

"The Bond Yield 'Conundrum' from a Macro-Finance Perspective," with Glenn Rudebusch and Tao Wu, *Monetary and Economic Studies (Special Edition)* 24(S-1), December 2006, 83–109.

"The Relative Price and Relative Productivity Channels for Aggregate Fluctuations," *Contributions to Macroeconomics* 6, 2006, article 10.

"Have Increases in Federal Reserve Transparency Improved Private Sector Interest Rate Forecasts?" *Journal of Money, Credit, and Banking* 38, April 2006, 791–819.

"Optimal Nonlinear Policy: Signal Extraction with a Non-Normal Prior," *Journal of Economic Dynamics and Control* 30, February 2006, 185–203.

"Do Actions Speak Louder Than Words? The Response of Asset Prices to Monetary Policy Actions and Statements," with Refet Gürkaynak and Brian Sack, *International Journal of Central Banking* 1, May 2005, 55–93 (premier issue).

"The Sensitivity of Long-Term Interest Rates to Economic News: Evidence and Implications for Macroeconomic Models," with Refet Gürkaynak and Brian Sack, *American Economic Review* 95, March 2005, 425–436.

"Identifying VARs Based on High-Frequency Futures Data," with Jon Faust and Jonathan Wright, *Journal of Monetary Economics* 51, September 2004, 1107–1131.

"Do Federal Reserve Policy Surprises Reveal Superior Information about the Economy?" with Jon Faust and Jonathan Wright, *Contributions to Macroeconomics* 4, 2004, article 10.

"Measuring the Cyclicality of Real Wages: How Important is the Firm's Point of View?" *Review of Economics and Statistics* 86, February 2004, 362–377.

"Signal Extraction and Non-Certainty-Equivalence in Optimal Monetary Policy Rules," *Macroeconomic Dynamics* 8, January 2004, 27–50.

"Identifying the Effects of Monetary Policy Shocks on Exchange Rates Using High Frequency Data," with Jon Faust, John Rogers, and Jonathan Wright, *Journal of the European Economic Association* 1, September 2003, 1031–1057.

"NAIRU Uncertainty and Nonlinear Policy Rules," with Laurence Meyer and Volker Wieland, *American Economic Review* 91, May 2001, 226–231.

Published discussions:

"Discussion of 'Monetary Policy Uncertainty and Monetary Policy Surprises,'" *Journal of International Money and Finance* 114, June 2021, article 102402.

"Discussion of 'Options-Implied Probability Density Functions for Real Interest Rates,'" *International Journal of Central Banking* 13(3), September 2016, 151–159.

"Discussion of 'Targeting Inflation from Below: How Do Inflation Expectations Behave?'" *International Journal of Central Banking* 11(S1), September 2015, 251–257.

Non-economics publications:

"Out-of-Ecliptic Tests of the Inverse Correlation Between Solar Wind Speed and Coronal Expansion Factor," with Neil Sheeley and Yi-Ming Wang, *Journal of Geophysical Research* 96, August 1, 1991, 13,861–13,868.

"MPTP and MPTP Analogs Induced Cell Death in Cultured Rat Hepatocytes Involving the Formation of Pyridinium Metabolites," with Yogendra Singh, Edward Sokolski, R. Krishnan Kutty, and Gopal Krishna, *Toxicology and Applied Pharmacology* 96, 1988, 347–359.

## Papers under Review

"The Labor Demand and Labor Supply Channels of Monetary Policy," with Sebastian Graves and Christopher Huckfeldt, revision requested by *Review of Economic Studies.*

## Working Papers

"Speeches by the Fed Chair Are More Important than FOMC Announcements: An Improved High-Frequency Measure of U.S. Monetary Policy Shocks," with Vishuddhi Jayawickrema, 2025.

"The Effects of Monetary Policy on Macroeconomic Expectations: High-Frequency Evidence from Traded Event Contracts," with Renxuan Wang and Yanbin Wu, 2025.

"A Macroeconomic Model of Equities and Real, Nominal, and Defaultable Debt," 2021.

"Pitfalls of the Log-linear Log-normal Approximate Solutions Used in Finance," 2014.

"Risk Aversion, Risk Premia, and the Labor Margin with Habits," 2013.

"Optimal Time-Consistent Monetary Policy in the New Keynesian Model with Repeated Simultaneous Play," with Gauti Eggertsson, 2008.

"Optimal Real-Time Forecasts in Response to Daily News: a Dynamic Factor Model Approach," 2007.

"Higher-Order Perturbation Solutions to Dynamic, Discrete-Time Rational Expectations Models," with Gary Anderson and Andrew Levin, *Federal Reserve Bank of San Francisco Working Paper* 2006–01.

"Bayesian Optimal Policy in the Presence of Regime Change and Local Parameter Uncertainty," 2006.

"Econometric Estimation When the 'True' Model Forecasts or Errors Are Observed," 2006.

## Citations

My Google Scholar author page

Citations in the Popular Press and Economics Blogs

Citations in Policymaker Speeches and Testimony

## Invited Seminars and Conference Presentations (last 10 years)

**2025:** AEA Meetings, San Francisco; Duke University; European Central Bank; Bank for International Settlements; Macroeconomics Caribbean Conference, Bahamas; Society for Nonlinear Dynamics and Econometrics Conference, San Antonio (keynote speaker); Bank of Canada, Ottawa; Econometric Society World Congress, Seoul; East Asia Macroeconomics Conference, Tokyo (keynote speaker); National University of Singapore; Simon Fraser University; University of New South Wales, Sydney; Macroeconomic Policy Conference, Melbourne (keynote speaker); Banque de France, Paris; Asia Economic Policy Conference, San Francisco; University of Texas, Dallas.

**2024:** AEA Meetings, San Antonio; Conference on Monetary and Macroeconomics, Federal Reserve Bank of San Francisco; Federal Reserve Monetary Policy Framework Review, Brookings Institute (discussant); Federal Reserve Bank of Boston; Society for Economic Dynamics, Barcelona; Federal Reserve

Bank of Kansas City Conference on Monetary Policy, Jackson Hole, Wyoming; Federal Reserve Bank of Atlanta; College of William & Mary; University of Illinois, Urbana-Champaign; Hong Kong University Business School; Hong Kong University of Science and Technology; Chinese University of Hong Kong; Peking Business School, Shenzhen; NBER ME Meeting, San Francisco; Santiago Macro Workshop, Chile.

**2023:** AEA Meetings, New Orleans (presenter×2, discussant); Empirical Macroeconomics Conference, Wake Forest University (keynote speaker); Bank of Canada-San Francisco Fed Conference on Fixed Income and Macro-Finance, Ottawa; University of California, San Diego; Renmin University of China Macroeconomics and Finance Workshop, online (keynote speaker); IMF-Norges Bank Conference on the Future of Macroeconomic Policy, Oslo; NBER Summer Institute, Cambridge MA; University of Texas, Austin; Conference on Monetary Policy and Asset Pricing, University of Chicago; Banco de Mexico, Mexico City; Northwestern University; Swiss National Bank, Zurich; Federal Reserve Bank of Cleveland; Asia Economic Policy Conference, Federal Reserve Bank of San Francisco (discussant); Shanghai Jiatong University, online.

**2022:** AEA Meetings, online (discussant); NBER Macroeconomics Annual conference, Cambridge MA; Society for Economic Dynamics Meetings, Madison WI; Bank of Italy, online; Oslo Macroeconomics Conference, Oslo; Empirical Macroeconomics and Macroeconometrics Conference, Federal Reserve Bank of Richmond; Peking Business School, Shenzhen (online); Johns Hopkins University; NBER EFG Meeting, Chicago; Conference in honor of Charles Evans, Federal Reserve Bank of Chicago.

**2021:** AEA Meetings, online; Marquette University, online; University of Notre Dame, online; Bank of Canada, online; Society for Economic Dynamics Meetings, Minneapolis; IMF Advances in Monetary Policy Conference, online (discussant); European Finance Association Meetings, online (discussant); Trinity College Dublin, online; Research Handbook of Financial Markets conference, online (presenter and discussant); Asia Economic Policy Conference, online (discussant); Empirical Monetary Economics Conference, online (keynote speaker).

**2020:** AEA Meetings, San Diego; NBER Summer Institute, online; Econometric Society World Congress, online; Central Bank Research Association Conference, online; CEBRA/CEPR conference on Exchange Rates and Monetary Policy, online (discussant); Danmarks Nationalbank, online.

**2019:** Conference on Monetary and Macroeconomics, Federal Reserve Bank of San Francisco (discussant); Stanford Institute for Theoretical Economics; Federal Reserve Bank of New York; Federal Reserve Bank of Kansas City; Federal Reserve Bank of Cleveland; Federal Reserve Board; Asia Economic Policy Conference, Federal Reserve Bank of San Francisco (discussant); Macroeconometrics Workshop, University of New South Wales (keynote speaker).

**2018:** AEA Meetings, Philadelphia (presenter, discussant×3); California State University, Fullerton; Conference on Nonlinear Models in Macroeconomics and Finance, Oslo; Symposium on Monetary Policy, Federal Reserve Bank of San Francisco; EABCN Conference on Unconventional Monetary Policy, Barcelona; National Bank of Belgium; Banque de France; Banca d'Italia; Federal Reserve Bank of Cleveland; Federal Reserve Bank of Dallas; Brookings Papers on Economic Activity Conference, Washington DC; Bilkent University, Ankara.

**2017:** University of California, Riverside; Federal Reserve Bank of Chicago; Conference on Empirical Monetary Economics, Federal Reserve Board; Society for Computational Economics Meetings, New York; NBER Summer Institute, Cambridge MA; Bank of Canada/FRB San Francisco/Simon Fraser University Conference on Fixed Income, Vancouver (discussant); Boston College; London School of Economics; London Business School; California Macroeconomics Conference, Claremont McKenna; University of California, Santa Cruz.

**2016:** AEA Meetings, San Francisco (discussant); University of Southern California; Federal Reserve Bank of Boston; Society for Economic Dynamics Meetings, Toulouse; NBER Summer Institute, Cambridge MA; Federal Reserve Bank of Kansas City; Norges Bank, Oslo; University of Oslo; Norwegian

Business School, Oslo; Conference on post-U.S. Monetary Policy Normalization, Seoul; Swiss National Bank; University of Zurich.

**2015:** AEA Meetings, Boston (discussant); Conference on Monetary and Macroeconomics, Federal Reserve Bank of San Francisco (discussant); Society for Economic Dynamics Meetings, Warsaw; Federal Reserve Board, Washington DC; Econometric Society World Congress, Montreal; University of Texas, Austin; Bank of Canada; Federal Reserve Bank of Richmond; Bank of Canada/FRB San Francisco Conference on Fixed Income, San Francisco; University of California, San Diego; Banco Central de Chile Conference on Unconventional Monetary Policy, Santiago; IJCB Conference on Price Stability, Mexico City (discussant); Texas A&M University; Santiago Finance Workshop, Chile.

## TEACHING

Graduate:
First-year Macroeconomics: 2001, 2016, 2017, 2018, 2019, 2020, 2024, 2025
Macroeconomics and Finance: 2015, 2017, 2018, 2020, 2022, 2024
Monetary Economics: 2019, 2020, 2023

Undergraduate:
Intermediate Macroeconomics: 2002, 2015, 2016, 2017, 2018
Quantitative Intermediate Macroeconomics: 2019, 2020, 2022, 2023, 2024, 2025
Advanced Money, Banking, and Financial Markets: 2015, 2016

## GRADUATE STUDENT ADVISING AND PLACEMENT

**2025:** Jeeyoung Yoon (chair, Korea Energy Economics Institute).

**2024:** Robert MacDonald (Cirque Analytics), Vu Nguyen (chair, Advantage Healthcare Services), Harrison Shieh (Vassar College), Chenyang (Tom) Wang (chair, Hong Kong Monetary Authority).

**2023:** Jai Kedia (Cato Institute), Ajay Kirpekar (Edward Jones Investments), Herman Luk (chair, Soka University), Greta Meggiorini (University of Auckland), Abhiprerna Smit (College of William & Mary).

**2022:** Vishuddhi Jayawickrema (chair, Central Bank of Sri Lanka); Zi Peng (chair, StoneTurn Consulting); Nayib (Rene) Zamarripa (Central Michigan University).

**2021:** Cody Couture (chair, Hamilton College); Amir Goren (chair, General Motors); Max Littlejohn (Millsaps College); Fabrizio Marodin (Federal Reserve Bank of Richmond).

**2020:** Dillon Flannery-Valadez (Weimar College); Francisco Ilabaca (co-chair, US Treasury Office of Financial Research); Amaze Lusompa (chair, Federal Reserve Bank of Kansas City).

**2019:** Nikolaos (Nikos) Charalampidis (Laval University); Kurt Horner (Shiv Nadar University); Marco Martinez del Angel (California State University, Los Angeles); Padma Sharma (Federal Reserve Bank of Kansas City); Mike Shin (University of Sydney).

**2018:** Pratiti Chatterjee (co-chair, University of New South Wales); SungJun Huh (co-chair, Marquette University); Marshall Urias (co-chair, Peking Business School, Shenzhen).

**2017:** Yi (Louie) Liu (Southern California Edison); Fulya Ozcan (Amazon).

**2016:** José Luis (Pepe) Luna-Alpizar (Haverford College).

**2015:** Stephen Cole (Marquette University).

## PROFESSIONAL SERVICE

Editor, *Journal of Monetary Economics,* 2024–present
Associate Editor, 2017–2023
Associate Editor, *Quantitative Economics,* 2017–2024

Member, Financial Times/Chicago Booth IGM Economic Outlook Panel, 2021–present

Member, FiveThirtyEight/Chicago Booth IGM Economic Outlook Panel, 2020

Member, Academic Advisory Panel, Federal Reserve Bank of San Francisco, 2020

Conference Co-organizer:

NBER Monetary Economics Program Meeting, Spring 2016.

Macro-Finance Society Workshop, Fall 2014.

Federal Reserve Bank of San Francisco Monetary/Macroeconomics Conference: 2014, 2013, 2012, 2011, 2010, 2009.

Referee for:

American Economic Journal: Macroeconomics; American Economic Review; American Economic Review: Insights; Bank of England; Berkeley Electronic Journals in Macroeconomics; Canadian Journal of Economics; Econometrica; Economic Journal; European Central Bank; European Economic Review; International Economic Review; International Journal of Central Banking; International Monetary Fund; Journal of Applied Econometrics; Journal of Business and Economic Statistics; Journal of Econometrics; Journal of Economic Dynamics and Control; Journal of Economic Literature; Journal of Economic Theory; Journal of the European Economic Association; Journal of Finance; Journal of Financial Economics; Journal of International Economics; Journal of International Money and Finance; Journal of Monetary Economics; Journal of Money, Credit, and Banking; Journal of Political Economy; Macroeconomic Dynamics; National Science Foundation; Norges Bank; Quantitative Economics; Quarterly Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Studies; Swiss National Bank; Theoretical Economics.

Exhibit 2:
Dr. Eric T. Swanson Statement of Opinions

Statement of Opinions: Dr. Eric T. Swanson

If called on to testify, I would offer the following opinions:

1. I can explain Fed. procedures as it pertains to FOMC statements generally, e.g., what documents are produced in advance of an FOMC meeting, what information is generally in those documents, how FOMC public statements are drafted and circulated for discussion ahead of time, how each of those documents are classified by the Fed, when each of those documents and statements is released to the public, and who has access to each of those documents and statements before it becomes publicly available.

2. The fact that the Fed. designates something as "Class II" does not automatically mean that the information is a trade secret as defined by the federal statute, i.e., information that derives independent economic value.  The Fed. is not a private business and generally does not derive monetary or economic value from keeping things secret. The only reason the Fed keeps economic things secret is to 1) protect the confidentiality of internal deliberations and opinions from public and political scrutiny and influence, and 2) to avoid moving financial markets unnecessarily. (The Fed also keeps bank regulatory information secret to protect the identities and potential problems of banks from being revealed to their counterparties and customers, which could be extremely destructive to the bank if it were revealed, although my understanding is that is not an issue in this case.)

3. The Fed. does not derive any independent economic or monetary value from Class II information being kept secret. The reasons why the Fed. keeps Class II information secret are the two reasons I gave above, which are not economic or monetary reasons.  Put differently, if the Fed. were to publish all of its Class II information today, the Fed. would continue to make profits (or losses in some years) at exactly the same rate as it always does. The Fed.'s profits from managing the money supply and holding its portfolio of securities is independent of whether that Class II information is publicly known or not.

4. According to the definition of trade secret, 18 U.S.C. § 1839(3), I think it's hard to call almost anything that is Class II a "trade secret" of the Fed. A fortiori, just because the Fed decides to call something "Class II" would not automatically make it a trade secret. One would have to demonstrate an economic/monetary motivation for why the Fed is keeping that information secret.

5. Fed. researchers would not have fair notice as to what qualifies as a trade secret, because other than the various classifications, there is no additional information that would let an employee know whether some information was "economically valuable" or not.

6. The economic value of Class II information is much less than what a layman would think. For example, the Fed's internal forecast of the economy (GDP, unemployment, inflation, etc.) for the next several quarters is Class II information, but the Fed's forecast in practice is very, very similar to other good private-sector forecasts that are generally publicly

available for a fee that those forecasters charge. (e.g., the Blue Chip survey of forecasters, the Goldman Sachs forecast, the Macroeconomic Advisors forecast, etc.).

7.  Moreover, based on my experience working with Federal Reserve entities, I have found that no one at the Federal Reserve talks about "trade secrets." I have never heard anyone at the Federal Reserve ever refer to any information at the Federal Reserve in those terms. The only terms people at the Federal Reserve use are "Class I", "Class II", "Class III." In some rare cases, I've heard people talk about "Secret" or "Top Secret" material, which is material that comes from intelligence agencies like the CIA, and those intelligence agencies use those classifications. But the Federal Reserve does not use the "Secret" or "Top Secret" classifications for itself and Federal Reserve staff do not ever refer to "trade secrets" in my experience.

8.  Trade secrets 5 and 6, listed on page 4 of the indictment, are neither trade secrets nor confidential. They are the equivalent of Excel spread sheets listing historical changes in bond yields around historical Federal Reserve interest rate announcements. The Federal Reserve obtains the data from outside sources that are equally available to third parties. I am very familiar with these spread sheets, because I was one of their original creators during my service with Federal Reserve entities. Moreover, I have been given access to and have used this data in my published work after leaving the Federal Reserve – e.g., Michael D. Bauer and Eric T. Swanson, An Alternative Explanation for the "Fed Information Effect", 113(3) Am. Econ. Rev. 664-700 (Mar. 2023) available at https://www.aeaweb.org/articles?id=10.1257/aer.20201220. I further explain how the data can be reconstructed exactly using the methodology and data sources from my earlier paper, as follows: "FOMC high-frequency announcement data (confidential): The data on high-frequency financial market responses to FOMC announcements are from the Federal Reserve Board (Board of Governors, 2019) but cannot be redistributed publicly. The dataset is contained in a spreadsheet called "tightalldata.xls" which is an extension of the spreadsheet by that same name constructed and used by Gürkaynak, Sack, and Swanson (2005, GSS). The data can be reconstructed by extending the GSS data using the exact methodology and data sources from that paper." See the Replication package for "An Alternative Explanation for the 'Fed Information Effect'," by Michael Bauer and Eric Swanson.

9.  I believe that defendant Rogers's research record is clearly strong enough that many universities, in the United States and abroad, would be interested in having him on their faculty. I believe that defendant Rogers would be considered a top 20-40 economist in his fields of study: International Finance, International Macroeconomics, and Monetary Economics. It has also been my observation that this ranking is a kind of "sweet spot" for many foreign universities, because such a researcher brings the university a well-known name and prestige, while a higher-ranked researcher is generally unlikely to leave their home institution and move to another country and is thus "not gettable". Foreign universities will often pay top dollar for these types of academics to boost their international reputation and prestige.

I have read and I approve the foregoing disclosure of my opinions.


_____                    _12/10/2025_____
Eric T. Swanson                                     Date

Exhibit 3:
Dr. Charles M. Engel CV

# CHARLES M. ENGEL

January 2023

Department of Economics                Phone: (608) 262-3697
University of Wisconsin                E-mail: cengel@ssc.wisc.edu
1180 Observatory Drive                 Web page: www.ssc.wisc.edu/~cengel
Madison, WI  53706-1393

## Current Positions

Donald Hester Professor of Economics, Department of Economics, University of Wisconsin
(August 2015-; Professor of Economics, September 2000-July 2015.)
Research Associate, National Bureau of Economic Research (1989-)
Research Fellow, Centre for Economic Policy Research (2018-)

## Previous Permanent Positions

Castor Professor of Economics, Department of Economics, University of Washington
(September 1999 – August 2000; Professor of Economics, September 1994 – August
1999; Associate Professor, September 1991 - September 1994)
Associate Professor, Department of Economics, University of Virginia (September 1988 -
August 1991; Assistant Professor, September 1982 - August 1988)

## Visiting, Consulting, and Temporary Positions

Luohan Academy Distinguished Fellow, June 2021 -
Council of Advisers, Hong Kong Institute for Monetary Research, June 2016 –
Bank for International Settlements Advisory Panel, October 2015 -
CES-Ifo Fellow, October 2017 –
Research Affiliate, Research Centre for International Economics, City University of Hong
Kong, July 2013 -
Advisory Board, Center for Applied Macroeconomic Analysis (Australia and New Zealand),
Open Economy Macroeconomics Program, January 2013 –
Senior Fellow, Globalization and Monetary Policy Institute, Federal Reserve Bank of Dallas
(2008-)
International Research Fellow, Kiel Institute (2009-)
Visiting Scholar, Yonsei University, October 2022
Visiting Scholar, Peking University HSBC Business School, Shenzhen (May, 2019)
Visiting Scholar, Peking University (October 2018)
Visiting Scholar, Tsinghua University (May 2017)
Monetary Authority of Singapore (MAS) Term Professor in Economics and Finance,
National University of Singapore (January 2017)
Visiting Scholar, Cambridge INET Institute, Cambridge University (September-October,
2014)

1

Visiting Scholar, Federal Reserve Bank of San Francisco (December 1998, September 2012, December 2013, September 2014)

Visiting Scholar, Monetary Authority of Singapore (May 2014)

Visiting Scholar, Federal Reserve Bank of St. Louis (June 2010, June 2011, March 2014)

Visiting Scholar, Federal Reserve Bank of Philadelphia, (November 2012, November 2013, November 2014, November 2015, June 2016)

Visiting Scholar, Bank of France (October 2013)

Academic Advisory Council, Federal Reserve Bank of Chicago (2001, 2005-2008, 2013)

Wim Duisenberg Fellow, European Central Bank (July – August 2009, July 2011)

Visiting Scholar, Central Bank of Chile (December 2010)

Visiting Scholar, CREI, Barcelona (October 2010)

Research Fellow, Hong Kong Institute for Monetary Research (August 2010, July – August 2006, July – August 2003)

Visiting Scholar, Board of Governors of the Federal Reserve System, Washington, DC (March 2010, July 2002, July 2000, July 1997, September - October 1994)

Visiting Scholar, Reserve Bank of Australia (August 2008, July – August 2005)

Visiting Scholar, International Monetary Fund, (March 2008, March 2007, August-September 2004, July 2002, September 1995)

Visiting Scholar, De Nederlandsche Bank (July-August 2007)

Visiting Scholar, Federal Reserve Bank of Kansas City (August 2001, September 1999, August 1998, March 1998, September 1997, June 1996, June 1995, September 1994, September 1993, July - August 1992, July 1990 - August 1991)

Visiting Scholar, Federal Reserve Bank of New York (June 2001, June 2000, August 1998)

Visiting Scholar, Federal Reserve Bank of Minneapolis (June 2000, August 2017)

Olin Fellow, National Bureau of Economic Research, Cambridge, MA. (September 1986 - August 1987)

Research Lecturer, Swiss National Bank, Zurich, June 2016.

Visiting Professor, Graduate School of Economics, Finance and Management, Goethe University, Frankfurt, Germany (July-August 2011)

Instructor, Institute for Advanced Studies, Vienna, Austria (May 2010)

Instructor, Advanced Studies Program in International Economic Policy Research, Kiel Institute (August 2009).

Consultant, Federal Reserve Bank of Chicago (2018 -)

Consultant, European Central Bank (June 2009)

Consultant, Federal Reserve Bank of Dallas (June 2006 – December 2007)

Consultant, Bank of England (December 2002)

Visiting Professor of Economics, Graduate Institute for International Studies, Geneva (May - June 1990)

Visiting Assistant Professor, Department of Economics, Yale University  (January 1986 - June 1986)

Intern, Board of Governors of the Federal Reserve, International Finance Division (June 1981 - September 1981)

## Education

University of North Carolina at Chapel Hill; A.B., 1977.
University of California - Berkeley; Ph.D., 1983.

## Professional Activities

Editor, Journal of International Economics (July 2001 – June 2017) (Co-editor, January 1998 – June 2001)

Editor of ISOM Special Issue of Journal of International Economics, 2017-2019.

Board of Editors, American Economic Review, (April 2002 – March 2008)

Co-organizer, autumn program meeting of the International Finance and Macroeconomic group of the National Bureau of Economic Research (2000-2016)

Co-organizer, winter program meeting of the International Finance and Macroeconomic group of the National Bureau of Economic Research (1997-2000)

Co-organizer, National Bank of Serbia, Annual Young Economists Conference, Belgrade (2012, 2014)

Co-organizer, conference on "Exchange Rates and External Adjustment", Swiss National Bank and Centre for Economic Policy Research, Zurich, July 2014.

Co-organizer, NBER-Sloan conference on "The Global Financial Crisis."  Pre-conference, Cambridge, MA, July 2010.  Academic conference, Bretton Woods, NH, June 2011.  Policy conference, Washington, DC, September 2011.

Co-organizer, Federal Reserve Bank of St. Louis conference on "Open-Economy Macroeconomics After the Financial Crisis," June 2011.

Co-organizer, conference on "What Future for Financial Globalisation?" European Central Bank, September 2010.

Co-organizer, conference on "Current Account Sustainability in Major Advanced Countries," Madison, Wisconsin, April 28-29, 2006

Co-organizer, conference on "Empirical Exchange Rate Models," Madison, Wisconsin, September 28-29, 2001

## Grants, Fellowships, Honors

Keynote lecture at 2022 IEFS-EAER Conference: "Uncertainty under a Changing Global Economic Landscape." Seoul, Korea, October 2022.

Keynote lecture at University of Texas-Austin Macroeconomics Conference, April 2022.

Keynote lecture at 11th Workshop on Exchange Rates, Swiss National Bank, December 2021.

Keynote lecture at 2019 Sveriges Riksbank Conference, "Business Cycles in Small Open Economies," September 2019.

Keynote lecture at 2019 Bank of Korea Conference, "Global Economic Linkages: Impacts and Policy Implications," June 2019.

Keynote lecture at Conference on Global Safe Assets, International Reserves, and Capital Flow, City University of Hong Kong, Hong Kong, May 2019.

Lead speaker at Swiss National Bank/International Monetary Fund High Level Conference on the International Monetary System, "Past, Present and Future of the International Monetary System," May 2019.

3

Keynote lecture at 27th European Summer Symposium in International Macroeconomics (ESSIM) 2019, Tarragona, Spain, May 2019.

Yan Fu Memorial Lecture, Peking University, October 2018.

Distinguished Seminar Series, HEC Montreal, November 2017.

Keynote lecture at 2018 IEFS-EAER Conference: "Global Economy in Turbulent Times." Seoul, Korea, June 2018.

Keynote lecture at 3rd International Macroeconomics and Finance Conference. Tokyo, March 2018.

Keynote lecture at BIS Research Network meeting on "International Macro, Price Determination and Policy Cooperation," Basel, Switzerland, September 2017.

Keynote lecture at "Exchange Rate Adjustment in the Euro Area," CESIFO Venice Summer Institute, Venice, Italy, June 2017.

Keynote lecture at "Tsinghua Workshop in International Finance and Monetary Policy 2017", Tsinghua University, Beijing, May 2017.

Keynote lecture at "Conference on International Finance," Chinese University of Hong Kong, Shenzen, December 2016.

Lead speaker at Swiss National Bank/International Monetary Fund High Level Conference on the International Monetary System, "Monetary Policy Challenges in a Changing World," May 2015.

Keynote lecture at XXIX Economic Annual Meeting organized by the Central Bank of Uruguay, Montevideo, August 2014.

Keynote lecture at European Central Bank – International Monetary Fund conference on "International Dimensions of Conventional and Unconventional Monetary Policy", European Central Bank, April 2014.

Keynote lecture at 14th Annual Missouri Economics Conference, University of Missouri, April 2014.

Keynote lecture at "Conference on Foreign Exchange Markets", Imperial College, London, July 2013.

Keynote lecture at Bank of Canada – European Central Bank conference on "Exchange Rates – A Global Perspective," European Central Bank, June 2013.

Keynote lecture at conference on "The Renminbi and the Global Economy", City University of Hong Kong, May 2013.

High-Level Seminar, 47th SEACEN Governor's Conference, Seoul, Korea, February 2012.

Keynote Lecture at Methods in International Finance Network annual conference, Orleans, France, October 2011.

Plenary Lecture at Istanbul Conference of Economics and Finance on "The Sustainability of Global Stability," May 2011.

Distinguished Visiting Scholar Lecture, Central Bank of Chile, December 2010.

Keynote lecture at Bank for International Settlements/Peoples Bank of China conference on "The International Financial Crisis and Policy Challenges in Asia and the Pacific," Shanghai, China, August 2009.

Keynote Heller Lecture at Minnesota Economics Association annual meetings, St. Paul, October 2008.

Keynote lecture at Federal Reserve Board/JMCB conference on Domestic Prices in an Integrated World Economy, September 2007.

Keynote lecture at Bank for International Settlements workshop on Using DSGE Models for Forecasting and Policy Analysis in Central Banking", Basel, Switzerland, September 2007

Keynote lecture at "Conference on International Financial Markets and the Macroeconomy," Hong Kong Institute for Monetary Research, July 2006

Keynote lecture at European Central Bank workshop on Exchange Rate Determinants and Economic Impacts, December 2005

Keynote lecture, 9th International Conference on Macroeconomic Analysis and International Finance at the University of Crete in Rethymno, May 2005

Keynote John Kuszczak Memorial Lecture at annual research conference of the Bank of Canada, November 2004

Plenary lecture at annual meeting of the Midwest Macroeconomics Association, Ames, Iowa, May 2004

Keynote lecture at annual meeting of UK's Economic and Social Science Research Council's group in Money, Macro and Finance, Belfast, Northern Ireland, September 2001

Keynote lecture at annual meeting of UK's Economic and Social Science Research Council's group in the Evolving Macroeconomy, Warwick, England, September 2001

National Science Foundation grant, 2019-2022, "Liquidity, Exchange Rates and Policy."

National Science Foundation grant, 2012-2015, "Asset Markets, Exchange Rates and Monetary Policy: Empirical and Theoretical Investigation"

National Science Foundation grant, 2009-2012, "Exchange Rates, Monetary Policy, and Trade Policy"

National Science Foundation grant, 2005-2009, "Exchange Rates, Asset Markets, and Monetary Policy"

National Science Foundation grant, 2001-2005, "Exchange Rates and Prices"

National Science Foundation grant, 1997-2001, "An Empirical and Theoretical Investigation into Goods Pricing in Open Economies and the Implications for the Macroeconomy"

National Science Foundation grant, 1994-1997, "An Investigation of Real and Nominal Exchange Rates and Relative Prices"

WAGE Collaborative Grant, University of Wisconsin, "Current Account Sustainability in Developed Economies:  New Paradigms and Evidence", 2005-2008

Robock Award for collaborative research with graduate students, Department of Economics, University of Wisconsin, 2009 and 2010.

Wim Duisenberg Fellow, European Central Bank, 2009, 2011.

Donald Hester Professorship, University of Wisconsin, 2015-

WARF Professorship, University of Wisconsin, 2012

Kellett Mid-Career Award, University of Wisconsin, 2007

Vilas Associate, University of Wisconsin, 2005-2007

Astrachan Fellow, University of Wisconsin, 2008

Olin Fellow, NBER, 1986-1987.

**Research Publications**

Journal Articles

Engel, Charles and Steve Pak Yeung Wu. 2023. "Forecasting the U.S. Dollar in the 21[st] Century." **Journal of International Economics**, forthcoming.

Engel, Charles and Steve Pak Yeung Wu. 2023. "Liquidity and Exchange Rates: An Empirical Investigation." **Review of Economic Studies**, forthcoming.

Engel, Charles, and JungJae Park. 2022. "Debauchery and Original Sin: The Currency Composition of Sovereign Debt." **Journal of the European Economics Association** 20, 1095-1144.

Engel, Charles; Katya Kazakova; Mengqi Wang; and Nan Xiang. 2022 "A Reconsideration of the Failure of Uncovered Interest Parity for the U.S. Dollar." **Journal of International Economics** 136, 1-35.

Engel, Charles. 2020. "Safe Assets and U.S. Capital Flows." **Journal of International Money and Finance** 102, 1-13.

Devereux, Michael B.; Charles Engel; and, Giovanni Lombardo. 2020. "Implementable Rules for International Policy Coordination." **IMF Economic Review** 68, 108-162.

Engel, Charles; Dohyeon Lee; Chang Liu; Chenxin Liu; and, Steve Pak Yeung Wu. 2019. "The Uncovered Interest Rate Parity Puzzle, Exchange Rate Forecasting, and Taylor Rules." **Journal of International Money and Finance** 95, 317-331.

Engel, Charles. 2019. "Real Exchange Rate Convergence: The Roles of Price Stickiness and Monetary Policy." **Journal of Monetary Economics** 103, 21-32.

Berka, Martin; Michael B. Devereux; and, Charles Engel. 2018. "Real Exchange Rates and Sectoral Productivity in the Eurozone." **American Economic Review** 108, 1543-1581.

Engel, Charles. 2016. "Macroprudential Policy under High Capital Mobility: An Academic Perspective." **Journal of the Japanese and International Economies** 42, 162-172.

Engel, Charles. 2016. "International Coordination of Central Bank Policy." **Journal of International Money and Finance** 67, 13-24.

Engel, Charles. 2016. "Policy Cooperation, Incomplete Markets and Risk Sharing." **IMF Economic Review** 64, 103-133.

Engel, Charles. 2016. "Exchange Rates, Interest Rates, and the Risk Premium." **American Economic Review** 106, 436-474.

Engel, Charles; Nelson C. Mark; and Kenneth D. West, 2015, "Factor Model Forecasts of Exchange Rates," **Econometric Reviews** 34, 32-55.

Engel, Charles, 2014, "Exchange Rate Stabilization and Welfare," **Annual Review of Economics** 6, 155-177.

Engel, Charles, 2014, "Exchange Rates and Interest Parity," in Gita Gopinath, Elhanan Helpman and Kenneth Rogoff, eds., **Handbook of International Economics, vol. 4** (Elsevier), 453-522.

Berka, Martin; Michael B. Devereux; and, Charles Engel, 2012, "Real Exchange Rate Adjustment in and out of the Eurozone," **American Economic Review, Papers and Proceedings** 102, 179-185.

Engel, Charles, 2011, "Currency Misalignments and Optimal Monetary Policy: A Reexamination," **American Economic Review** 101, 2796-2822.

Engel, Charles and Jian Wang, 2010, "International Trade in Durable Goods: Understanding Volatility, Cyclicality, and Elasticities," **Journal of International Economics** 83, 37-52.

Engel, Charles, and Kenneth D. West, 2010, "Global Interest Rates, Currency Returns, and the Real Value of the Dollar," **American Economic Review, Papers and Proceedings** 100, 562-567.

Engel, Charles, and Akito Matsumoto, 2009, "The International Diversification Puzzle when Goods Prices are Sticky: It's Really about Exchange-Rate Hedging, not Equity Portfolios," **American Economic Journal: Macroeconomics** 1, 155-188.

Engel, Charles, and John H. Rogers, 2009, "Expected Consumption Growth from Cross-Country Surveys: Implications for Assessing International Capital Markets," **IMF Staff Papers** 56, 543-573.

Devereux, Michael B., and Charles Engel, 2008, "Expectations, Monetary Policy, and the Misalignment of Traded Goods Prices," **International Seminar on Macroeconomics 2007**, 131-157.

Engel, Charles; Nelson C. Mark; and, Kenneth D. West, 2008, "Exchange Rate Models are Not as Bad as You Think," **NBER Macroeconomics Annual 2007**, 381-441.

Devereux, Michael B., and Charles Engel, 2007, "Expenditure Switching vs. Real Exchange Rate Stabilization: Competing Objectives for Exchange-Rate Policy," **Journal of Monetary Economics** 54, 2346-2374.

Engel, Charles, 2006, "Equivalence Results for Optimal Pass-Through, Optimal Indexing to Exchange Rates, and Optimal Choice of Currency for Export Pricing," **Journal of the European Economics Association** 4, 1249-1260.

Engel, Charles, and Kenneth D. West, 2006, "Taylor Rules and the Deutschmark-Dollar Real Exchange Rate," **Journal of Money, Credit and Banking** 38, 1175-1194.

Engel, Charles, and John H. Rogers, 2006, "The US Current Account Deficit and the Expected Share of World Output," **Journal of Monetary Economics** 53, 1063-1093.

Engel, Charles, 2005, "Some New Variance Bounds for Asset Prices," **Journal of Money, Credit and Banking** 37, 949-955.

Engel, Charles, and Kenneth D. West, 2005, "Exchange Rates and Fundamentals," **Journal of Political Economy** 113, 485-517**.**

Engel, Charles, and Shiu-Sheng Chen, 2005, "Does 'Aggregation Bias' Explain the PPP Puzzle?" **Pacific Economic Review** 10, 49-72.

Engel, Charles, and John H. Rogers, 2004, "European Market Integration after the Euro," **Economic Policy** 19, 347-384.

Engel, Charles, and Kenneth D. West, 2004, "Accounting for Exchange Rate Variability in Present-Value Models when the Discount Factor is Near One," **American Economic Review, Papers and Proceedings** 94, 118-125.

Devereux, Michael B.; Charles Engel; and Peter E. Stoorgard, 2004, "Endogenous Exchange Rate Pass-Through when Nominal Prices are Set in Advance," **Journal of International Economics** 63, 263-291.

Devereux, Michael B., and Charles Engel, 2003, "Monetary Policy in the Open Economy Revisited: Price Setting and Exchange Rate Flexibility," **Review of Economic Studies** 70, 765-783.

Engel, Charles, 2003, "Expenditure Switching and Exchange Rate Policy," in Mark Gertler and Kenneth Rogoff, eds., **NBER Macroeconomics Annual 2002** 17**,** 231-272.

Devereux, Michael B.; Charles Engel; and, Cédric Tille, 2003, "Exchange Rate Pass-through and the Welfare Effects of the Euro," **International Economic Review** 44, 223-242.

Rose, Andrew K., and Charles Engel, 2002, "Currency Unions and International Integration," **Journal of Money, Credit and Banking** 34, 1067-1089**.**

Engel, Charles, 2002, "The Responsiveness of Consumer Prices to Exchange Rates: A Synthesis Of Some New Open-Economy Macro Models," **The Manchester School** 70, Supplement, 1-15.

Devereux, Michael B., and Charles Engel, 2002, "Exchange Rate Pass-Through, Exchange Rate Volatility, and Exchange Rate Disconnect," **Journal of Monetary Economics** 49, 913-940.

Engel, Charles, and John H. Rogers, 2001, "Deviations From the Purchasing Power Parity: Causes and Welfare Costs," **Journal of International Economics** 55, 29-57.

Engel, Charles, 2001, "Optimal Exchange Rate Policy: The Influence of Price-Setting and Asset Markets," **Journal of Money, Credit and Banking** 33**,** 518-541.

Engel, Charles, and John H. Rogers, 2001, "Violating the Law of One Price: Should We Make a Federal Case Out of It?" **Journal of Money, Credit and Banking** 33, 1-15.

Engel, Charles, 2000, "Local-Currency Pricing and the Choice of Exchange-Rate Regime," **European Economic Review** 44, 1149-1472.

Engel, Charles, 2000, "Long-Run PPP May Not Hold After All," **Journal of International Economics** 51, 243-273.

Engel, Charles, 1999, "On the Foreign Exchange Risk Premium in Sticky-Price General Equilibrium Models", **International Tax and Public Finance** 6, pages 491-505.  Also in **International Finance and Financial Crises: Essays in Honor of Robert P. Flood**, Peter Isard, Assaf Razin and Andrew Rose, eds., IMF and Kluwer.

Engel, Charles, and Chang-Jin Kim, 1999, "The Long-Run U.S./U.K. Real Exchange Rate," **Journal of Money, Credit and Banking** 31, pages 335-355.

Engel, Charles, 1999, "Accounting for U.S. Real Exchange Rate Changes," **Journal of Political Economy** 107, pages 507-538.

Engel, Charles, and Kenneth M. Kletzer, 1998, "Rent-Sharing, Aggregate Saving and Growth," **Review of Development Economics** 2, pages 107-122.

Engel, Charles; Michael K. Hendrickson; and, John H. Rogers, 1997, "Intra-National, Intra-Continental and Intra-Planetary PPP," **Journal of the Japanese and International Economies** 11, pages 480-501.

Engel, Charles, and John H. Rogers, 1996, "How Wide is the Border?" **American Economic Review** 86, pages 1112-1125.

Engel, Charles, 1996, "A Note on Cointegration and International Capital Market Efficiency," **Journal of International Money and Finance** 15, pages 657-660.

Engel, Charles, 1996, "The Forward Discount Anomaly and the Risk Premium: A Survey of Recent Evidence," **Journal of Empirical Finance** 3, pages 123-191.

Engel, Charles, and Craig Hakkio, 1996, "The Distribution of Exchange Rates in the EMS," **International Journal of Finance and Economics** 1, pages 55-67.

Engel, Charles; Jeffrey A. Frankel; Kenneth A. Froot; and, Anthony P. Rodrigues, 1995, "Tests of Conditional Mean-Variance Efficiency of the U.S. Stock Market," **Journal of Empirical Finance** 2, March 1995, pages 3-18.

Engel, Charles, 1994, "Can the Markov Switching Model Forecast Exchange Rates?", **Journal of International Economics** 36, February 1994, pages 151-165.

Engel, Charles, 1993, "Real Exchange Rates and Relative Prices: An Empirical Investigation," **Journal of Monetary Economics** 32, pages 35-50.

Engel, Charles, and Anthony P. Rodrigues, 1993, "Tests of Mean-Variance Efficiency of International Equity Markets," **Oxford Economic Papers** 45, pages 403-421.

Engel, Charles, 1992, "The Risk Premium and the Liquidity Premium in Foreign Exchange Markets," **International Economic Review** 33, pages 871-879.

Engel, Charles, 1992, "On the Foreign Exchange Risk Premium in a General Equilibrium Model," **Journal of International Economics** 32, pages 305-319.

Engel, Charles, and Kenneth M. Kletzer, 1991, "Trade Policy under Endogenous Credibility,"  **Journal of Development Economics** 36, pages 213-228.

Engel, Charles, 1990, "Long Swings in the Dollar: Are They in the Data and Do Markets Know It?" (with James Hamilton), **American Economic Review** 80, pages 689-713.

Engel, Charles, and Kenneth M. Kletzer, 1990, "Tariffs and Saving in a Model with New Generations," **Journal of International Economics** 28, pages 71-91.

Engel, Charles, and Kenneth M. Kletzer, 1989, "Saving and Investment in an Open Economy with Non-Traded Goods," **International Economic Review** 30, pages 735-752.

Engel, Charles, and Anthony P. Rodrigues, 1989, "Tests of International CAPM with Time-Varying Covariances," **Journal of Applied Econometrics** 4, pages 119-138.

Engel, Charles, 1989, "The Trade Balance and Real Exchange Rate under Currency Substitution," **Journal of International Money and Finance** 8, pages 47-58.

Engel, Charles, 1986, "The International Monetary System: Forty Years After Bretton Woods: A Review Essay," **Journal of Monetary Economics** 17, pages 441-448.

Engel, Charles, 1986, "On the Correlation of Exchange Rates and Interest Rates," **Journal of International Money and Finance** 5, pages 125-128.

Engel, Charles, 1985, "Reliability of Policy Announcements and the Effects of Monetary Policy," **European Economic Review** 29, pages 137-155.

Engel, Charles, and Robert P. Flood, Jr., 1985, "Exchange Rate Dynamics, Sticky Prices and the Current Account,", **Journal of Money, Credit and Banking** 17, pages 312-327.

Engel, Charles, 1984,  "Testing for the Absence of Expected Real Profits from Forward Market Speculation," **Journal of International Economics** 17, pages 299-308.

Frankel, Jeffrey A., and Charles Engel, 1984 "Do Asset-Demand Functions Optimize over the Mean and Variance of Real Returns? A Six-Currency Test," **Journal of International Economics** 17, pages 309-323.

Engel, Charles, and Jeffrey A. Frankel, 1984, "The Secular Inflation Term in Open-Economy Phillips Curves," **European Economic Review** 24, pages 161-164.

Engel, Charles, and Jeffrey A. Frankel, 1984, "Why Interest Rates React to Money Announcements: An Explanation from the Foreign Exchange Market," **Journal of Monetary Economics** 13, pages 31-39.

Publications in Edited Volumes

Engel, Charles. 2020. "Lessons for Cryptocurrencies from Foreign Exchange Markets." In Bernard Yeung, ed., **Digital Currency Economics and Policy** (World Scientific).

Engel, Charles, and Feng Zhu. 2018. "Revisiting Exchange Rate Puzzles" in **The Price, Real and Financial Effects of Exchange Rates** (Bank for International Settlements), 3-11.

Engel, Charles, 2017, "The Role of Exchange Rates in International Price Adjustment," **Monetary Authority of Singapore Macroeconomic Review** XVI, 85-91.

Engel, Charles, 2013, "Inflation and Globalization: A Modeling Perspective" in **Globalisation and Inflation Dynamics in Asia and the Pacific** (Bank for International Settlements), 99-108.

Engel, Charles, 2012, "Capital Controls: What We Have Learned," in **Challenges Related to Capital Flows: Latin American Perspectives** (Bank for International Settlements), 22-26.

Engel, Charles, 2010, "Exchange Rate Policies," in **The International Financial Crisis and Policy Challenges in Asia and the Pacific** (Bank for International Settlements), 229-250.

Engel, Charles, 2005, "Canada's Exchange Rate: New Evidence, A Simple Model, and Implications for Policy," in **Canada in the Global Economy** (Bank of Canada), 341-367.

Engel, Charles; John H. Rogers; and Shing-Yi Wang, 2005, "Revisiting the Border: An Assessment of the Law of One Price Using Very Disaggregated Consumer Price Data," in **Exchange Rates, Capital Flows and Policy**, Rebecca Driver, Peter Sinclair and Christoph Thoenissen, eds. (London: Routledge), 187-203.

Devereux, Michael B., and Charles Engel, 2001, "The Optimal Choice of Exchange-Rate Regime: Price-Setting Rules and Internationalized Production," **Topics in Empirical International Economics: Festschrift in Honor of Robert Lipsey**, Magnus Blomstrom and Linda Goldberg, eds. (Chicago), 163-189.

Engel, Charles, and John H. Rogers, 2000, "Relative Price Volatility: What Role Does the Border Play?" in **Intranational Macroeconomics**, Gregory Hess and Eric van Wincoop, eds., Cambridge University Press, 92-111.

Engel, Charles, 2000, "A Retrial in the Case Against the EMU: Local-Currency Pricing and the Choice of Exchange-Rate Regime," in **The Political Economy of European Monetary Unification**, Barry Eichengreen and Jeffrey Frieden, eds., Westview, 77-110.

Engel, Charles, and John H. Rogers, 1998, "Regional Patterns in the Law of One Price: The Roles of Geography vs. Currencies" (with John Rogers), in **The Regionalization of the World Economy**, Jeffrey Frankel, ed., University of Chicago Press, pages 153-183.

Engel, Charles, 1994, "Tests of CAPM on an International Portfolio of Bonds and Stocks," in **Internationalization of Equity Markets**, Jeffrey Frankel, ed., University of Chicago Press and NBER, pages 149-172.

Engel, Charles, and John H. Rogers, 1994, "Relative Returns on Equities in Pacific Basin Countries," in **Exchange Rate Policy and Interdependence: The Perspective of the Pacific Basin**, Reuven Glick and Michael Hutchinson, eds., Cambridge University Press, pages 48-67.

Engel, Charles and Jeffrey A. Frankel, 1983, "Why Money Announcements Move Interest Rates: An Answer from the Foreign Exchange Market," (with Jeffrey Frankel) in **Proceedings of the Sixth West Coast Academic/Federal Reserve Economic Research Seminar,** Federal Reserve Bank of San Francisco, 1-26.

<u>Other Publications and Book Reviews</u>

Engel, Charles, 2015, "Commentary on 'International Policy Coordination' by Jeffrey Frankel," **Policy Challenges in a Diverging Global Economy**, Federal Reserve Bank of San Francisco, 187-193.

Engel, Charles; Kristin Forbes; and, Jeffrey Frankel, 2012, "Introduction to Special Issue on the Global Financial Crisis," **Journal of International Economics** 88, 215-218.

Goldberg, Linda; Rebecca Hellerstein; and, Charles Engel, 2012, "Introduction to Symposium on the Global Dimensions of the Financial Crisis," **Journal of International Economics** 87, 115-116.

Engel, Charles, "Comments on 'Firm Heterogeneity, Endogenous Entry, and the Business Cycle,' by Gianmarco Ottaviano," **International Seminar on Macroeconomics 2011**, 87-89.

Engel, Charles, "Comments on 'Risk, Monetary Policy, and the Exchange Rate' by Gianluca Benigno, Pierpaolo Benigno, and Salvatore Nisticò," **NBER Macroeconomics Annual 2011** 26, 310-314.

Engel, Charles, "Exchange Rate Policies," **Federal Reserve Bank of Dallas Staff Papers**, 2009, no. 8.

Engel, Charles, "Pass-Through, Exchange Rates, and Monetary Policy," **Journal of Money, Credit and Banking**, 41 (Supplement), pages 177-185.

Engel, Charles, "Comments on 'Real Variables, Nonlinearity and European Real Exchange Rates', by Mark P. Taylor and Hyeyoen Kim," **International Seminar on Macroeconomics 2008**, 194-196.

Engel, Charles, Dictionary entry on "Robert Mundell," in Steven N. Durlauf and Lawrence E. Blume, **The New Palgrave Dictionary of Economics, 2nd ed.** (Palgrave MacMillan).

Engel, Charles, "Comments on 'Is Bad News About Inflation Good News for the Exchange Rate?" by Richard Clarida and Daniel Waldman" in John Y. Campbell, ed., **Asset Prices and Monetary Policy** (NBER).

Engel, Charles, "Comments on 'Trade Invoicing in the Accession Countries: Are They Suited to the Euro?' by Linda S. Goldberg," **International Seminar on Macroeconomics 2005**, 394-398.

Engel, Charles, 2003, "Comments on 'International Financial Integration' by Philip Lane and Gian Maria Milesi-Feretti," **IMF Staff Papers** 50, 114-118.

Engel, Charles, 2002, "Comments on 'Borders, Trade and Welfare' by James E. Anderson and Eric van Wincoop" Susan Collins and Dani Rodrik, eds., **Brookings Trade Forum, 2001**.

Engel, Charles, and Andrew K. Rose, 2001, "Dollarization and Integration," in **Currency Unions**, Alberto Alesina and Robert J. Barro, eds., (Stanford: Hoover), 21-30.

Engel, Charles, "Comments on Obstfeld and Rogoff's "The Six Major Puzzles of International Macroeconomics: Is There a Common Cause?" **NBER Macroeconomics Annual 2000**.

Engel, Charles, "Are We Globalized Yet?," **Federal Reserve Bank of San Francisco Economic Letter,** November 19, 1999.

Engel, Charles, "Research Summary: Exchange Rates and Prices," **NBER Reporter**, Winter 1998/9.

11

Engel, Charles and Craig Hakkio, "Exchange Rate Regimes and Volatility," **Economic Review, Federal Reserve Bank of Kansas City**, 3rd Quarter 1993, 43-58.

Engel, Charles, and Charles Morris, "Challenges to Stock Market Efficiency: Evidence from Mean Reversion Studies," **Economic Review, Federal Reserve Bank of Kansas City**, September/October 1991, 21-35.  Reprinted in Readings on **Financial Institutions and Markets**, Peter S. Rose, ed., (Richard Irwin) 1993.

Engel, Charles, book review of International Financial Markets by Jerome Stein, in **Journal of Money, Credit and Banking**, February 1993.

Engel, Charles, book review of The Empirical Evidence on the Efficiency of Forward and Futures Foreign Exchange Markets, by Robert Hodrick, in **Journal of International Economics**, November 1988.

Engel, Charles, book review of Essays in Contemporary Economic Problems: Disinflation, (American Enterprise Institute) in **Journal of Money, Credit and Banking**, November 1985.

12

Exhibit 4:
Dr. Charles M. Engel Statement of Opinions

Statement of Opinions: Dr. Charles M. Engel

If called on to testify, I would offer the following opinions:

1. I can describe defendant Rogers's area of expertise as an economist. Rogers is an academic, economic researcher studying in the fields of international macroeconomics and the effects of monetary policy on the macroeconomy. There is some cross-over between those two areas, but Rogers has contributed to both separately and would be considered a top-40 economist in the world in both. While not necessarily correlated with the perception of someone among academics, Rogers has a very high h-index (48), which supports how Rogers would generally be viewed as an academic researcher.

2. The part that is hard for the layman to understand about academic research in Economics is what it is and how someone does it. Rogers's work for the Fed was doing academic research and the position at the Fed was almost unique, at least within the International Finance Division, because Rogers essentially did no work on the current state of the economy or on any projections the Board of Governors might use to estimate the effects of an upcoming decision on monetary policy. Rogers's work would focus on what I'd call "basic" research. By way of example, in Chemistry, if someone worked for DuPont and were a researcher, they might be looking finding cutting-edge materials that makes dishware more durable. In contrast a basic researcher in Chemistry might be examining theories of sub-atomic particles. Applying this analogy to Rogers's work, academic research in international macroeconomics would basically entail building pretty simple mathematical models of the global economy and then inferring what they predict about the relationship between different economic variables, like exchange rates and the trade balance, for example. Some models might predict one thing and other models another, but this is what Rogers's work would try to do determine which of two models make more sense and is supported by the data. Similarly, in Rogers's work in monetary policy, part of Rogers's specialty would be to isolate in data the effects of various monetary policies and what channels they might work through. I know that Rogers would use data from the United States and from other countries to study that.

3. I have reviewed the documents that are identified as "trade secrets 2-4," and my opinion is that it is reasonable for many reasons for Rogers to examine these types of documents as an academic researcher. When you are doing academic-style research, you need to know a lot about the real world. You base your theories on your knowledge of the real world, and to the extent that you can provide insight about currently policy decisions, you are able to provide a more general, basic perspective that may be helpful to other economists working at the Fed who are engaged in more day-to-day research about the current state of the economy.

4. As an academic researcher and Economics professor and just like Rogers, I am invited and go to various academic conferences in the United States and abroad. It is completely normal that graduate students introduce them to me and maintain a relationship with me over the years, particularly if these are graduate students in foreign countries where I may

28

not speak the local language.  It is normal that one might become friends with such a graduate student, because in many instances, they may be your point of contact or host when visiting an institution as a visiting scholar.  The graduate student might shepherd you around the institution, take you to dinner, pick you up from the airport and drop you off at the hotel, such that in a fairly small global community you become aware of other academic researchers and graduate students in your field.

5.  If Rogers were to seek employment outside of the Fed, I believe that Rogers would be a highly desirable candidate based on his global ranking in the fields I discussed.  I have been told that Rogers's final Fed salary was approximately $300,000.  I believe that Rogers would ordinarily be able to command a higher salary globally, and that if anything that Fudan University matched Rogers's Fed salary is lower than Rogers would have received elsewhere.

6.  I have been told that Rogers engaged in teaching classes with two individuals identified as co-conspirators in this case.  My opinion is that holding classes in the evening over dinner or in a hotel room in China is not by itself unusual, because if you are visiting a foreign country, you may not have your own office and in any case classes at the graduate level may be more informal.

I have read and I approve the forgoing disclosure of my opinions.

_Charles Engel_
_____
Charles M. Engel                              Date: December 10, 2025

29