UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25-cr-033 (DLF) |
| JOHN HAROLD ROGERS, | |
| Defendant. | |

**EXHIBIT A: USA PRODUCTION 9-13 LETTERS**

DEF BRADY MOT - 0001



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

December 8, 2025

<u>VIA USAfx</u>

| Jonathan Gitlen<br>Law Office of Jonathan Gitlen PLLC<br>900 19th Street, NW, Ste 500<br>Washington, DC 20006<br>Email: jonathan.gitlen@jgitlenlaw.com | Stephen A. Saltzburg<br>2000 H Street, NW<br>Washington, DC 20052<br>Email: ssaltz@law.gwu.edu |

Re:   *United States v. John Harold Rogers*, Case No. 25-cr-00033
      *Ninth Discovery*

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States is producing discovery in the above captioned matter. The materials provided to you contain the following designated as sensitive under the Protective Order, (ECF 14*)*:

| Begin Bates | End Bates |
|---|---|
| USA-ROG-0363529 | USA-ROG-0365716 |

These materials were recently obtained by the prosecution from the Federal Reserve.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Sincerely,

JEANINE FERRIS PIRRO                JOHN EISENBERG
United States Attorney              Assistant Attorney General

Thomas N. Saunders                  By: /s/ Nicholas Hunter
Assistant United States Attorney    Nicholas Hunter Yifei Zheng
National Security Section           Trial Attorneys
                                    National Security Division
                                    U.S. Department of Justice

**DEF BRADY MOT - 0002**



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

December 10, 2025

VIA USAfx

| Jonathan Gitlen | Stephen A. Saltzburg |
|---|---|
| Law Office of Jonathan Gitlen PLLC | 2000 H Street, NW |
| 900 19th Street, NW, Ste 500 | Washington, DC 20052 |
| Washington, DC 20006 | Email: ssaltz@law.gwu.edu |
| Email: jonathan.gitlen@jgitlenlaw.com | |

Re:  *United States v. John Harold Rogers*, Case No. 25-cr-00033
     *Tenth Discovery*

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States is producing discovery in the above captioned matter. The materials provided to you contain the following designated as sensitive under the Protective Order, (ECF 14*)*:

| Begin Bates | End Bates |
|---|---|
| USA-ROG-0365717 | USA-ROG-0366044 |

These materials include unredacted records from U.S. Customs and Border Protection, screenshots of public Facebook profiles, and emails from the Federal Reserve Board related to the defendant's former supervisor, ███████.

    We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                                                                 Sincerely,

| JEANINE FERRIS PIRRO | JOHN EISENBERG |
| United States Attorney | Assistant Attorney General |
| | |
| Thomas N. Saunders | By: /s/ Nicholas Hunter |
| Assistant United States Attorney | Nicholas Hunter Yifei Zheng |
| National Security Section | Trial Attorneys |
| | National Security Division |
| | U.S. Department of Justice |

**DEF BRADY MOT - 0003**



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

December 11, 2025

VIA USAfx

| Jonathan Gitlen | Stephen A. Saltzburg |
| Law Office of Jonathan Gitlen PLLC | 2000 H Street, NW |
| 900 19th Street, NW, Ste 500 | Washington, DC 20052 |
| Washington, DC 20006 | Email: ssaltz@law.gwu.edu |
| Email: jonathan.gitlen@jgitlenlaw.com | |

Re:   *United States v. John Harold Rogers*, Case No. 25-cr-00033
      *Tenth Discovery (Corrected Bates Range)*

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States is producing discovery in the above captioned matter. The materials provided to you contain the following designated as sensitive under the Protective Order, (ECF 14):

| Begin Bates | End Bates |
| USA-ROG-0365717 | USA-ROG-0365760 |

Note, this corrected letter modifies the End Bates number, which was incorrectly stated in the prior discovery letter sent on December 10, 2025.

These materials include unredacted records from U.S. Customs and Border Protection, screenshots of public Facebook profiles, and emails from the Federal Reserve Board related to the defendant's former supervisor, ███.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

                         Sincerely,

| | |
|---|---|
| JEANINE FERRIS PIRRO | JOHN EISENBERG |
| United States Attorney | Assistant Attorney General |
| | |
| Thomas N. Saunders | By: /s/ Nicholas Hunter |
| Adam Barry | Nicholas Hunter Yifei Zheng |
| Assistant United States Attorneys | Trial Attorneys |
| National Security Section | National Security Division |
| | U.S. Department of Justice |

**DEF BRADY MOT - 0005**



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

December 11, 2025

VIA USAfx

| Jonathan Gitlen<br>Law Office of Jonathan Gitlen PLLC<br>900 19th Street, NW, Ste 500<br>Washington, DC 20006<br>Email: jonathan.gitlen@jgitlenlaw.com | Stephen A. Saltzburg<br>2000 H Street, NW<br>Washington, DC 20052<br>Email: ssaltz@law.gwu.edu |
|---|---|

Re: *United States v. John Harold Rogers*, Case No. 25-cr-00033
11th Discovery

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States is producing discovery in the above captioned matter. The materials provided to you contain the following designated as sensitive under the Protective Order, (ECF 14):

| Begin Bates | End Bates |
|---|---|
| USA-ROG-0365761 | USA-ROG-0374403 |

These materials include returns from search warrants on ▮▮▮▮▮▮▮▮▮▮▮▮ and aegjrogers@gmail.com that the government recently discovered were not previously produced due to a data-processing error.

    We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

**DEF BRADY MOT - 0006**

Sincerely,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney | JOHN EISENBERG<br>Assistant Attorney General |
| Thomas N. Saunders<br>Adam Barry<br>Assistant Untied States Attorneys<br>National Security Section | By: /s/ Nicholas Hunter<br>Nicholas Hunter<br>Yifei Zheng<br>Trial Attorneys<br>National Security Division<br>U.S. Department of Justice |



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

December 16, 2025

VIA USAfx

| Jonathan Gitlen | Stephen A. Saltzburg |
|---|---|
| Law Office of Jonathan Gitlen PLLC | 2000 H Street, NW |
| 900 19th Street, NW, Ste 500 | Washington, DC 20052 |
| Washington, DC 20006 | Email: ssaltz@law.gwu.edu |
| Email: jonathan.gitlen@jgitlenlaw.com | |

Re:   *United States v. John Harold Rogers*, Case No. 25-cr-00033
      12th Discovery and Updated 11th Discovery

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States is producing discovery in the above captioned matter. The materials provided to you contain the following designated as sensitive under the Protective Order, (ECF 14):

| Begin Bates | End Bates |
|---|---|
| USA-ROG-0374405 | USA-ROG-0375004 |

These materials are primarily additional items located in the FBI case file, an extraction of the defendant's Apple notes (which have been previously provided in other evidence items), and some documents from the Federal Reserve Board.

Note we are also making an updated version of Production 11 available. The prior version of production 11 did not have image files associated with the production and instead contained placeholder images. This updated version contains image files for the documents.

| Begin Bates | End Bates |
|---|---|
| USA-ROG-0365761 | USA-ROG-0374404 |

As previously described, the Production 11 materials include returns from search warrants on ████████████ and aegjrogers@gmail.com that the government recently discovered were not previously produced due to a data-processing error.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

**DEF BRADY MOT - 0008**

Sincerely,

| | |
|---|---|
| JEANINE FERRIS PIRRO | JOHN EISENBERG |
| United States Attorney | Assistant Attorney General |
| | |
| Thomas N. Saunders | By:  /s/ Nicholas Hunter |
| Adam Barry | Nicholas Hunter |
| Assistant Untied States Attorneys | Yifei Zheng |
| National Security Section | Trial Attorneys |
| | National Security Division |
| | U.S. Department of Justice |



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

601 D Street, N.W.
Washington, D.C. 20530

December 20, 2025

VIA USAfx

| Jonathan Gitlen | Stephen A. Saltzburg |
| Law Office of Jonathan Gitlen PLLC | 2000 H Street, NW |
| 900 19th Street, NW, Ste 500 | Washington, DC 20052 |
| Washington, DC 20006 | Email: ssaltz@law.gwu.edu |
| Email: jonathan.gitlen@jgitlenlaw.com | |

Re:   *United States v. John Harold Rogers*, Case No. 25-cr-00033
      13th Discovery

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the United States is producing discovery in the above captioned matter. The materials provided to you contain the following designated as sensitive under the Protective Order, (ECF 14):

| Begin Bates | End Bates |
|---|---|
| USA-ROG-0375005 | USA-ROG-0375035 |

These materials include letters your client sent ███, materials from the Federal Reserve, and an FBI report of an interview with ███.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis. If you have any questions, please do not hesitate to contact us.

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

Thomas N. Saunders
Adam Barry
Assistant Untied States Attorneys
National Security Section

JOHN EISENBERG
Assistant Attorney General

By: /s/ Nicholas Hunter
Nicholas Hunter
Yifei Zheng
Trial Attorneys
National Security Division
U.S. Department of Justice

**DEF BRADY MOT - 0010**