UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

**DEFENDANT'S THIRD MOTION IN LIMINE – EXCLUSION OR LIMITATION OF 404(b) EVIDENCE**

  For reasons set forth in Defendant's Memorandum of Law in Support of this Motion in Limine, Defendant asks the Court to either exclude and/or limit the bad acts evidence identified in the government's notice. See Gov. Not. Bad Acts Evid. (ECF No. 44).

January 2, 2026                Respectfully submitted,


                     /s/ Stephen A. Saltzburg
                     Stephen A. Saltzburg (D.C. Bar No. 156844)
                     2000 H Street, NW
                     Washington, DC 20052
                     Tel.: (202) 994-7089
                     Fax: (202) 994-9811
                     Email: sasaltz@law.gwu.edu


                     /s/ Jonathan K. Gitlen
                     Jonathan K. Gitlen (D.C. Bar No. 990918)
                     Law Office of Jonathan K. Gitlen PLLC
                     900 19th Street, NW, Suite 500
                     Washington, DC 20006
                     Tel.: (202) 568-5788
                     Fax: (202) 301-8556
                     Email: jonathan.gitlen@jgitlenlaw.com


                     *Counsel for Defendant*