# Exhibit 8

**From:** "hummin.lee@gmail.com" <hummin.lee@gmail.com>
**To:** John Rogers <john.h.rogers@frb.gov>
**Subject:** Re: Hi!
**Date:** Thu, 12 Jun 2014 17:14:40 +0800

Hi John,

How are you?I use Facebook everyday,and saw your pictures of Turkey,Boston and Paris,these places are very amazing,thanks for sharing.Also,I saw pictures of Allie,Grace and Johnny,how are they?
How things going with your project about China prices?If there are anything need me,please tell me.
I learned your paper which you sent by mail again,definitely you are one of the best expert for economic and finance in the world,I have to learn more and more from you to make me improve.
Last time we talked about your visit to RIIPE in September,have you decided the schedule?If you make a decision,please let mr know ASAP,and I can do preparation in advance.

All the bests!

Hummin

在 2014年4月22日，10:44，John Rogers <john.h.rogers@frb.gov> 写道：

Sounds good Hummin, thank you very much for everything! I'll work things out with others' schedules and plan for early Fall. That way we can book flights cheaply as possible, which is 3 months in advance.

I don't waste other people's time or money. We will travel as inexpensively as possible, and have a very productive time with RIIPE!

Cheers,
John

**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Monday, April 21, 2014 10:33 PM
**To**: John Rogers
**Subject**: Re: Hi!

All right John,we respect your opinion.Also,in my opinion,September or October is the best time.Please confirm the date ahead of time,let's keep in touch.
Looking forward to see you in China soon!

Have a safe trip to Turkey!

Hummin

在 2014年4月21日，17:55，John Rogers <john.h.rogers@frb.gov> 写道：

Thank you for the explanation, offers of assistance, and kind words. My travel commitments made earlier in the year are,

USA-ROG-0073827

April: Turkey -- this week!
May: Boston
June: Paris and London

Therefore, July was the earliest I could come to RIIPE. I think that I would like to come either with a family member or a project co-author. Not so much for language or translation needs. Which I am sure that you have, but for joint decisions on research methodology and strategy since the project is in early stages. From your description, it sounds like September or October is best. I will look for dates in those months.

Xie, Xie!

John


**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Monday, April 21, 2014 05:14 AM
**To**: John Rogers
**Subject**: Re: Hi!

Hi John,

I have communicated with people in charge of RIIPE today,they want you to come as early as you can,I think you can choose a time according to your schedule.The best time of Shandong Province are May,June,September and October,not hot or cold at that time.
This year is the 35th anniversary of establishment of diplomatic relations for China-U.S,you are one of the most important foreign experts we invited,so your visit have special significance for us.We will do our best for your visit,including find professional translators for you,so you don't have to worry about language and communication,it would not have any problems that you visit RIIPE yourself.Also,I think you don't have to worry about your project and Data collection,RIIPE is one of the best research institute of economic and finance in China,we can let a professor of RIIPE who you think is appropriate to help you do data collection of China prices.Professors in RIIPE are very familiar with China's national conditions,and they are good at English,I think this maybe more helpful for your project.Because if your co-author in U.S do not know much about the actual economic situation in China,she will take more time to do basic works.
Looking forward your reply.
Best wishes!

Hummin

在 2014年4月19日，9:46，John Rogers <john.h.rogers@frb.gov> 写道：

> Hello Hummin:
>
> No need to apologize! Thank you very much for your diligent efforts on our behalf. I appreciate it very much.
>
> I have some surprising news unfortunately though. Zijing has decided that she does not want to work on this project! We had not even really started doing real work. That's why a trip to China would have been helpful. I tried to understand what is going on with her. She is still a graduate student now, and I wonder if she has some lack of self-confidence. In light of this surprise, it is best that I not come in July, that date having been chosen so as not to interfere with Zijing's school.
>
> That's the bad news, but the good news is that if I come another time the weather might not be so hot. And

USA-ROG-0073828

perhaps Johnny and Grace can come too, at a rescheduled date. Or if not Johnny and Grace coming, I may have a different Chinese co-author who could join the project and help me with data collection. She is a former student of mine at Georgetown University who now works as Research Analyst at the IMF here in DC.

Is it ok with you if I think about coming a different week later in 2014, perhaps after checking the schedules of Johnny, Grace, and possible new co-author Jing Lu?

Again, thank you very much for going to your boss and acting on my behalf. Please tell your boss how much I appreciate all of his kindness. I hope to see you in China later this year!

All the Best,
John



**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Monday, April 14, 2014 05:11 AM
**To**: John Rogers
**Subject**: Re: Hi!

Dear John

I'm so sorry to reply late!Because I did a lot of communication about the expense of Zijing with person in charge of RIIPE,I tried to convince them to assume the expense of Zijing,including the cost of her flight from Paris to DC.
But RIIPE can not assume the cost of her flight from Paris to DC,it does not matter with the budget,but be restricted by the financial discipline of RIIPE.According to the financial discipline of RIIPE,you are the VIP we invited,we are glad to assume the related expense of yours.About Zijing,she was not in our plan,so I have suggested to my boss that treated her as your entourage,because that's the only way can make her come with you,and assume the expense of her.Also,my boss want to know the situation about Zijing,as an economist,if she can give us a lecture about her research field after you,it will be easier for me to convince my boss to let RIIPE assume her related expense:)
We can assume the expense of Zijing between Paris to Beijing or DC to Beijing as you,but the cost of Paris to DC is permissions beyond of RIIPE's financial discipline,so I'm afraid that if she want to go to DC first,she have to pay the cost herself.
We think a 60 minutes talk is fine,you can start preparation now.
Your visit is very important for us,we want and will do the best to let everyone satisfied,if you have any other questions,please let me know.You can book airline tickets now and then send related information to us,then we will write an  official invitation.I will send a draft to you after you decide the airline,and show you the schedule of your visit,then we can discuss about that.
Looking forward your rely!

Best wishes!

Hummin

在 2014年4月4日，1:45，John Rogers <john.h.rogers@frb.gov> 写道：


Hi Hummin:

Thank you for checking with your boss, I'm glad that you both liked my paper. I will be happy to prepare a presentation of it. For maybe a 60 minute talk?

USA-ROG-0073829

As for Zijing, she is now based in Paris. Can she fly from Paris to DC and then with me to Beijing? Is that ok for your budget, again assuming that she flies economy. Or would you rather she goes directly from Paris to Beijing? She might wish to come to DC first, so we can work for a couple of days before going to China.

I hope that all is well with you!

Best wishes,
John

---

**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Thursday, April 03, 2014 03:17 AM
**To**: John Rogers
**Subject**: Re: Hi!

Hi John,

Sorry to reply late because it took me several days to read your paper,and my boss read it too.We think it's a good subject for your visit,we like it very much.You can give us a lecture about this paper,and prepare a PPT.
July 13-20 is a good time for visit,just a little hot at that time,I hope you don't mind it.
You and Zijing can get ready to book airline tickets for the visit.RIIPE is in Jinan City,Shandong Province,where is not far form Beijing,so buy tickets between Washington and Beijing is the best way to get RIIPE.I will make a Front scheme and send to you after you book the tickets.
If you have other questions for the visit,please let me know.
It's a great honor for me to do something for your project,please send me your claim and I will do my best.

Best wishes!

Hummin

在 2014年4月2日，8:12，John Rogers <john.h.rogers@frb.gov> 写道：

Excellent, your group is so kind to be hosting like this. How does it sound if Zijing and I come for the week of July 13-20? I would be very happy to present the paper I sent to you earlier at a workshop during the week (if you wish), and we can spend other days working on the data collection.

Is this a good time to visit?

Xie,Xie!
John

---

**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Friday, March 28, 2014 05:30 AM
**To**: John Rogers
**Subject**: Re: Hi!

Hi John,

There is no problem that you can come with her,we will pay for both of you and her,you just need to coordinate schedules for the visit and book airline tickets.And thank you for introduce another professor to us.

USA-ROG-0073830

If there are something else need us to do,please let me know,I will do my best for you!
I will start preparations for the visit after you decide the time when you come.Looking forward to see you in China soon!

All the best!

Hummin

在 2014年3月26日，7:36，John Rogers <john.h.rogers@frb.gov> 写道：

Sounds great Hummin! It won't be possible for Johnny or Grace to come this year, but hopefully they will see China another time in the future.

I will talk to my co-author, who is Chinese and has important industry connections, to see what would work best for us to get started with the data collection. It would be a big boost to the project if she were able to do the visit too. She is based in Paris now. Do you think it would be possible to pay for her trip too? We will both travel cheaply :)

I can also present the attached paper, on spillover effects from unconventional monetary policy in the U.S., europe, Japan, and U.K. That can be separate from our work on chinese prices.

Cheers,
John

**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Monday, March 24, 2014 09:24 PM
**To**: John Rogers
**Subject**: Re: Hi!

Hi John,

Thank you very much for your coming!It's a great honor for RIIPE and both my boss and me!
We are all very glad to hear you can come,and very happy to know that you are starting a project about China or Chinese prices.
Please let me know ASAP when you decide the specific schedule,and we will do preparations for you.
If there are something need help about your project,please tell me,I will do my best!
Looking forward to see you soon in China!

All the best!

Hummin

在 2014年3月24日，9:25，John Rogers <john.h.rogers@frb.gov> 写道：

Hi Hummin:

Thank you very much! I think that this might work out for later in the year. I am starting a project that uses Chinese prices. My co-author and I need to collect more of this data, so a visit to you guys would be very

USA-ROG-0073831

helpful.

Xie, Xie!
John

---

**From**: hummin.lee@gmail.com [mailto:hummin.lee@gmail.com]
**Sent**: Monday, March 17, 2014 11:22 PM
**To**: John Rogers
**Subject**: Re: Hi!

Hi John,

I'm so sorry that I didn't told you in the first reply,My boss just told me that you can come anytime,what about the second half of this year?If you have time from July to December,please let me know.

Looking forward your reply and all the best!

Hummin

在 2014年3月17日，21:25，John Rogers <john.h.rogers@frb.gov> 写道：

Dear Hummin:

It's so nice to hear from you again.  Thank you for this kind offer to visit.  I am very honored.  I would enjoy coming back to visit but cannot do so this year.  I have several trips scheduled already, including Hong Kong (tomorrow!), Paris and London in June and Turkey in April.  I hope that there will be opportunities to return to Shanghai in the future, however.

All the best wishes,
John

**From:** 李海明 [mailto:hummin.lee@gmail.com]
**Sent:** Monday, March 17, 2014 3:28 AM
**To:** John Rogers
**Subject:** Hi!

Dear John:

Long time no see. How are things going? How about Grace and Johnny? Thank you for sharing so much interesting articles at your Facebook which I read every week.
The Shanghai Forum will be held from May 23th to 27th. Will you participate this year?
I have been an intern of RIIPE (Research Institute of International Politics and Economics) at SDUFE (Shandong University of Finance and Economics) from February this year. SDUFE, from which many bankers and entrepreneurs in China graduated, is a University famous for its finance and economics. It's a great honor for me to be an intern at SDUFE, where I plan to work after graduation.

RIIPE attaches great importance to international cooperation and it generally invites 5 or 6 foreign experts for academic exchange every year. With international finance as a main reach field of RIIPE, it plans to invite experts of international finance for lectures or seminars this year. Deeply impressed with your professional standard from the study of your paper last year, I recommended you to the director of RIIPE, who was pleased to invite a proficient expert like you. As your student in China, I'm looking forward to have more chances to learn from you.

We hope you can come to RIIPE this year at any time before July. We will afford all the expenses of your academic visit. You can also come with Johnny and Grace. I will take you to the birthplace of Chinese culture-- the hometown of Confucius, to see another China which is different from Shanghai.

Below are the 5 subjects which we have chosen for your visit:
1 Opportunity and challenge of interest rate marketization;
2 Monetary policy and asset bubbles;
3 Transmission mechanism of U.S monetary policy to international financial market;
4 Impact of FTA (Free Trade Area) on exchange rate;
5 Exchange rate and international bulk commodity prices.

We can have discussions on the subjects later. If you can come, please reply ASAP. Later we will send you a formal invitation. You can do Yoga when and where you like if you come, so don't worry about "Yoga Break"! Looking forward to see you in China again.

All the best!

Your student in China: Hummin Lee