# Exhibit 9

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**Person Encounter List – John Harold Rogers**
**Trips Between U.S. and Asia**
**Source: Ex. __**

| Trip # | Outgoing Flight Date | Departure Airport | Arrival Airport | Return Flight Date | Departure Airport | Arrival Airport | Duration of Trip |
|---|---|---|---|---|---|---|---|
| 1 | 5/24/2013 | LAX (Los Angeles) | PVG (Shanghai) | 5/29/2013 | PVG (Shanghai) | SFO (San Francisco) | 5 days |
| 2 | 3/18/2014 | ORD (Chicago) | HKG (Hong Kong) | 3/22/2014 | HKG (Hong Kong) | ORD (Chicago) | 4 days |
| 3 | 10/13/2015 | EWR (Newark) | HKG (Hong Kong) | 10/17/2015 | HKG (Hong Kong) | EWR (Newark) | 4 days |
| 4 | 5/19/2016 | IAD (Dulles) | PEK (Beijing) | 5/25/2016 | ICN (Seoul) | IAD (Dulles) | 6 days |
| 5 | 12/13/2016 | ORD (Chicago) | HKG (Hong Kong) | 12/19/2016 | HKG (Hong Kong) | SFO (San Francisco) | 6 days |
| 6 | 5/18/2017 | SFO (San Francisco) | PVG (Shanghai) | 5/24/2017 | PEK (Beijing) | IAD (Dulles) | 6 days |
| 7 | 10/4/2017 | SFO (San Francisco) | PVG (Shanghai) | 10/14/2017 | HKG (Hong Kong) | LAX (Los Angeles) | 10 days |
| 8 | 11/15/2017 | IAD (Dulles) | NRT (Tokyo) | 11/20/2017 | PVG (Shanghai) | SFO (San Francisco) | 5 days |
| 9 | 2/26/2018 | ORD (Chicago) | HKG (Hong Kong) | 3/6/2018 | HKG (Hong Kong) | ORD (Chicago) | 8 days |
| 10 | 5/6/2018 | SFO (San Francisco) | PVG (Shanghai) | 5/11/2018 | PEK (Beijing) | IAD (Dulles) | 5 days |
| 11 | 6/30/2018 | ORD (Chicago) | PVG (Shanghai) | 7/17/2018 | PVG (Shanghai) | SFO (San Francisco) | 17 days |
| 12 | 8/26/2018 | SFO (San Francisco) | PVG (Shanghai) | 10/17/2018 | ICN (Seoul) | IAD (Dulles) | 52 days |

| 13 | 10/23/2018 | ORD (Chicago) | PVG (Shanghai) | 12/21/2018 | PVG (Shanghai) | SFO (San Francisco) | 59 days |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 14 | 2/27/2019 | SFO (San Francisco) | PVG (Shanghai) | 3/18/2019 | PEK (Beijing) | IAD (Dulles) | 19 days |
| 15 | 3/29/2019 | IAD (Dulles) | PEK (Beijing) | 3/31/2019 | PEK (Beijing) | IAD (Dulles) | 2 days |
| 16 | 6/14/2019 | IAD (Dulles) | PEK (Beijing) | 6/24/2019 | PEK (Beijing) | IAD (Dulles) | 10 days |
| 17 | 12/20/2021 | JFK (New York) | PVG (Shanghai) | 2/17/2022 | ICN (Seoul) | SFO (San Francisco) | 59 days |
| 18 | 3/14/2022 | DFW (Dallas) | ICN (Seoul) | 4/24/2022 | ICN (Seoul) | SFO (San Francisco) | 41 days |
| 19 | 11/4/2022 | SFO (San Francisco) | ICN (Seoul) | 1/23/2023 | ICN (Seoul) | SFO (San Francisco) | 80 days |
| 20 | 4/5/2023 | JFK (New York) | PVG (Shanghai) | 7/10/2023 | PVG (Shanghai) | JFK (New York) | 96 days |
| 21 | 1/29/2024 | JFK (New York) | PVG (Shanghai) | 7/16/2024 | PEK (Beijing) | IAD (Dulles) | 169 days |