# Exhibit 10

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / ゲーム・漫画 | 《我叫MT》官方网站 | http://wow.178.com/zt/immt/ | |
| Bookmark Bar / ゲーム・漫画 | 多玩游戏网 | http://www.duowan.com/ | |
| Bookmark Bar / ゲーム・漫画 | 多玩魔兽数据库 | http://db.duowan.com/wow/zones.php | |
| Bookmark Bar / ゲーム・漫画 | 游侠补丁网 | http://patch.ali213.net/ | |
| Bookmark Bar / ゲーム・漫画 | 魔兽世界视频网 | http://www.wowmovies.cn/ | |
| Bookmark Bar / ゲーム・漫画 | 魔兽世界中文网 | http://wow.178.com/ | |
| Bookmark Bar / ゲーム・漫画 | 魔兽世界中文官方网站 | http://www.warcraftchina.com/ | |
| Bookmark Bar / ゲーム・漫画 | 卓越游戏 | http://registration.locojoy.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 115网盘 | http://www.115.com/ | |
| Bookmark Bar / ソフト・ダウンロード | ASUSTeK | http://www.asus.com.cn/ | |
| Bookmark Bar / ソフト・ダウンロード | 91手机娱乐门户 | http://sj.91.com/ | |
| Bookmark Bar / ソフト・ダウンロード | BIOS之家论坛 | http://bbs.bios.net.cn/forum.php | |
| Bookmark Bar / ソフト・ダウンロード | MIUI官方网站 | http://www.miui.com/index.html | |
| Bookmark Bar / ソフト・ダウンロード | EBwin | http://www31.ocn.ne.jp/~h_ishida/ | |
| Bookmark Bar / ソフト・ダウンロード | 9553绿色软件站 | http://www.9553.com/ | |
| Bookmark Bar / ソフト・ダウンロード | MP4-RM转换专家官方 | http://www.powerrsoft.com/rm/index.htm | |
| Bookmark Bar / ソフト・ダウンロード | iPhone中文网 | http://iphone.tgbus.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 心海e站 | http://www.hrtsea.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 优化大师官方网站 | http://www.youhua.com/ | |
| Bookmark Bar / ソフト・ダウンロード | Creative.Com | http://cn.creative.com/welcome.asp | |
| Bookmark Bar / ソフト・ダウンロード | XDA-China手机中文网 | http://www.xda.cn/index.php | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / ソフト・ダウンロード | 苹果网 | http://www.macx.cn/ | |
| Bookmark Bar / ソフト・ダウンロード | GOAPK安智网 | http://bbs.anzhi.com/forum.php | |
| Bookmark Bar / ソフト・ダウンロード | Samsung Updates | http://samsung-updates.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 太平洋下载中心 | http://www.pconline.com.cn/download/ | |
| Bookmark Bar / ソフト・ダウンロード | WeiPhone威锋网 | http://www.weiphone.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 傲游浏览器官方网站 | http://www.maxthon.cn/ | |
| Bookmark Bar / ソフト・ダウンロード | 黑莓论坛 | http://www.52blackberry.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 汉化新世纪 | http://www.hanzify.org/ | |
| Bookmark Bar / ソフト・ダウンロード | 技嘉科技 | http://www.gigabyte.cn/ | |
| Bookmark Bar / ソフト・ダウンロード | 驱动之家 | http://www.mydrivers.com/default.shtml | |
| Bookmark Bar / ソフト・ダウンロード | 黑莓下载站点 | http://cn.blackberry.com/support/apps-and-software/desktop-and-device-download-sites.html | |
| Bookmark Bar / ソフト・ダウンロード | 佳能服务与支持 | http://www.canon.com.cn/support/service.html | |
| Bookmark Bar / ソフト・ダウンロード | 天空软件站 | http://www.skycn.com/index.html | |
| Bookmark Bar / ソフト・ダウンロード | 风暴数码 | http://www.fengbao.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 黑莓中国官网 | http://cn.blackberry.com/ataglance/ | |
| Bookmark Bar / ソフト・ダウンロード | 超级转换秀官方 | http://www.powerrsoft.com/cs/index.htm | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / ソフト・ダウンロード | 当下软件园 | http://www.downxia.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 搜狗输入法 | http://pinyin.sogou.com/ | |
| Bookmark Bar / ソフト・ダウンロード | GOAPK安智网 | http://bbs.goapk.com/forum.php | |
| Bookmark Bar / ソフト・ダウンロード | 天网手机软件 | http://www.waptw.com/ | |
| Bookmark Bar / ソフト・ダウンロード | 绿色下载站 | http://www.greendown.cn/default.html | |
| Bookmark Bar / ソフト・ダウンロード | 霏凡软件 | http://www.crsky.com/default.html | |
| Bookmark Bar / ソフト・ダウンロード | 诺基亚中国官方网站 | http://www.nokia.com.cn/ | |
| Bookmark Bar / ソフト・ダウンロード | 机锋论坛 | http://bbs.gfan.com/ | |
| Bookmark Bar / その他 | DHL全球邮件跟踪 | http://webtrack.dhlglobalmail.com/ | |
| Bookmark Bar / その他 | 大斌健美网 | http://bbs.dabin69.com/ | |
| Bookmark Bar / その他 | hoopCHINA | http://www.hoopchina.com/ | |
| Bookmark Bar / その他 | 汽车之家 | http://www.autohome.com.cn/ | |
| Bookmark Bar / その他 | 模型网 | http://www.moxing.net/ | |
| Bookmark Bar / その他 | 肌肉工程网 | http://www.jrgc.cn/ | |
| Bookmark Bar / その他 | 蜡笔同步 | http://www.labi.com/ | |
| Bookmark Bar / その他 | Rebrickable | http://rebrickable.com/ | |
| Bookmark Bar / その他 | 招商银行 | http://www.cmbchina.com/ | |
| Bookmark Bar / その他 | 中关村在线 | http://www.zol.com.cn/ | |
| Bookmark Bar / その他 | 山东移动 | http://www.sd.chinamobile.com/ | |
| Bookmark Bar / その他 | 中国联通 | http://www.chinaunicom.com/ | |
| Bookmark Bar / その他 | 汽车报价库 | http://product.xgo.com.cn/ | |
| Bookmark Bar / その他 | 四方环视全景摄影 | http://www.chinavr.net/ | |
| Bookmark Bar / その他 | 乐乐镇 | http://www.lelezhen.com/portal.php | |
| Bookmark Bar / 主題ネット | 济南公积金网站▼ | http://http//www.gjj.gov.cn | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 主題ネット | Google | http://www.google.com.hk/ | |
| Bookmark Bar / 主題ネット | ２ちゃんねる | http://www.2ch.net/ | |
| Bookmark Bar / 主題ネット | 人民网日本版 | http://japan.people.com.cn/ | |
| Bookmark Bar / 主題ネット | ゴーメーケンのブログ | http://blog.goo.ne.jp/gomeiken | |
| Bookmark Bar / 主題ネット | インフォシーク | http://www.infoseek.co.jp/ | |
| Bookmark Bar / 主題ネット | 世界华人保钓联盟 | http://www.wcaddl.org/portal.php | |
| Bookmark Bar / 主題ネット | 凤凰网 | http://www.phoenixtv.com/ | |
| Bookmark Bar / 主題ネット | 共同网 | http://china.kyodonews.jp/ | |
| Bookmark Bar / 主題ネット | 日本貿易振興機構 | http://www.jetro.go.jp/indexj.html | |
| Bookmark Bar / 主題ネット | 咖啡日语论坛 | http://coffeejp.com/bbs/ | |
| Bookmark Bar / 主題ネット | 济南机票网 | http://www.0531f.com/ | |
| Bookmark Bar / 主題ネット | 中国民间对日索赔联合会 | http://www.cfdc.org.cn/ | |
| Bookmark Bar / 主題ネット | chinaren首页 | http://www.chinaren.com/ | |
| Bookmark Bar / 主題ネット | 首页 - 知乎 | http://www.zhihu.com/ | |
| Bookmark Bar / 主題ネット | 济南交警信息网 | http://www.jnjj.com/jnjjwebnew/default.aspx | |
| Bookmark Bar / 主題ネット | 好123网址之家 | http://www.hao123.com/ | |
| Bookmark Bar / 主題ネット | 新浪首页 | http://www.sina.com.cn/ | |
| Bookmark Bar / 主題ネット | 共同通信社 | http://www.kyodo.co.jp/ | |
| Bookmark Bar / 主題ネット | 鲁信影城官方网站 | http://www.luxinyingcheng.com/index.asp?area=64 | |
| Bookmark Bar / 主題ネット | 网易 | http://www.163.com/ | |
| Bookmark Bar / 主題ネット | 搜狐首页 | http://www.sohu.com/ | |
| Bookmark Bar / 主題ネット | 济南演出票务网 | http://www.jinanpiao.com/ | |
| Bookmark Bar / 主題ネット | 联合早报网 | http://www.zaobao.com/ | |
| Bookmark Bar / 主題ネット | 肯德基宅急送 | http://www.4008823823.com.cn/kfcios/index.jsp | |
| Bookmark Bar / 主題ネット | 百度 | http://www.baidu.com/ | |
| Bookmark Bar / 主題ネット | 爱中国 | http://www.aizhongguo.com/ | |
| Bookmark Bar / 主題ネット | 新华网 | http://www.xinhuanet.com/ | |
| Bookmark Bar | 中央纪委监察部网站 | http://www.ccdi.gov.cn/ | Central Commission for Discipline Inspection and Ministry of Supervision Website |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / ビデオ・オーディオ | ＣＨＤ联盟 HDTV | http://bbs.chdbits.org/forum.php | |
| Bookmark Bar / ビデオ・オーディオ | NHKオンライン | http://www.nhk.or.jp/ | |
| Bookmark Bar / ビデオ・オーディオ | foobar2000 | http://www.foobar2000.org/ | |
| Bookmark Bar / ビデオ・オーディオ | TBSの動画ニュースサイト | http://news.tbs.co.jp/ | |
| Bookmark Bar / ビデオ・オーディオ | ShanPCAudio | http://blog.sina.com.cn/shanpcaudio | |
| Bookmark Bar / ビデオ・オーディオ | 66影视综合网 | http://www.66ys.cc/ | |
| Bookmark Bar / ビデオ・オーディオ | VeryCD | http://www.verycd.com/ | |
| Bookmark Bar / ビデオ・オーディオ | 山东电影网 | http://www.sdfilm.com.cn/ | |
| Bookmark Bar / ビデオ・オーディオ | 深度无损音乐论坛 | http://www.deepms.net/index.php | |
| Bookmark Bar / ビデオ・オーディオ | 耳机大家坛 | http://www.erji.net/index.php | |
| Bookmark Bar / ビデオ・オーディオ | 射手网 | http://shooter.cn/ | |
| Bookmark Bar / ネットショッピング | Amazon.com | http://www.amazon.com/ | |
| Bookmark Bar / ネットショッピング | Bodybuilding.com | http://www.bodybuilding.com/ | |
| Bookmark Bar / ネットショッピング | iHerb.com | http://www.iherb.com/ | |
| Bookmark Bar / ネットショッピング | 当当网 | http://www.dangdang.com/ | |
| Bookmark Bar / ネットショッピング | Etsy | http://www.etsy.com/ | |
| Bookmark Bar / ネットショッピング | Vitacost | http://www.vitacost.com/ | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / ネットショッピング | 杂志铺 | http://www.zazhipu.com/index.asp | |
| Bookmark Bar / ネットショッピング | 淘宝网 | http://www.taobao.com/ | |
| Bookmark Bar / ネットショッピング | 支付宝 | https://www.alipay.com/ | |
| Bookmark Bar / ネットショッピング | 阿拉丁科技 | http://www.aladin.com.cn/ | |
| Bookmark Bar / ネットショッピング | 济南58同城 | http://jn.58.com/ | |
| Bookmark Bar / ネットショッピング | 济南赶集网 | http://jn.ganji.com/ | |
| Bookmark Bar | 米奇妙妙屋 | http://www.soku.com/search_video/q_%E7%B1%B3%E5%A5%87%E5%A6%99%E5%A6%99%E5%B1%8B%E8%8B%B1%E6%96%87%E7%89%88?f=1&kb=04112010yv40000__&_rp=1437700191779qJuY4Q | |
| Bookmark Bar | 巧虎 | http://v.youku.com/v_show/id_XMTkyODUzOTcy.html | |
| Bookmark Bar | 英国爷爷儿歌 | http://www.youku.com/show_page/id_z0be95c06512111e4b432.html | |
| Bookmark Bar | 小火车 | http://www.youku.com/show_page/id_zf979da7a61ad11e0bea1.html | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 仙流海滩 | http://www.senruonly.com/ | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 时光之心 | http://txt.duowan.com/071007/sgzx/index.html | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 猎魔卡片 | http://txt.duowan.com/080702/lmkp_jarni110/ | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 网游之混迹在美女工作室 | http://txt.duowan.com/070703/wyzhjzmngzs/index.html | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 豚のウェブ / 乱翻书 | 琅琊榜 | http://www.cmfu.com/readbook.asp?bl_id=86464 | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 笑傲之华山 | http://txt.duowan.com/080618/xazhs_tyjy/ | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 网游之一枪爆头 | http://www.qidian.com/BookReader/vol,1005211,2049513.aspx#20098396 | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 随波逐流之一代军师 | http://www.cmfu.com/readchapterall.asp?bl_id=21839&bookchapterid=200 | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 网游之职业人生 | http://www.qidian.com/BookReader/vol,17573,65206.aspx | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 网游之神语者 | http://txt.duowan.com/080508/wyzsyz_hjy7709/index.html | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 花池网游记 | http://www.cmfu.com/readbook.asp?bl_id=143623 | |
| Bookmark Bar / 豚のウェブ / 乱翻书 | 金枝玉叶 | http://txt.duowan.com/070412/jzyy/index.html | |
| Bookmark Bar / 豚のウェブ / 天天向上 | 投稿注意事项三十六条_女人街欢迎你_新浪博客 | http://blog.sina.com.cn/s/blog_4c6e480f01000a3a.html | |
| Bookmark Bar / 豚のウェブ / 天天向上 | 法硕 | http://www.cnedu.cn/master/law.html | |
| Bookmark Bar / 豚のウェブ / 天天向上 | 新浪财经 | http://finance.sina.com.cn/ | |
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | Plum Café | http://www.plumcafe.com/ | |
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | 下厨房 | http://www.xiachufang.com/ | |
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | [美味菜谱]私家小厨 | http://cache.tianya.cn/techforum/content/96/555999.shtml | |
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | 贝太美食菜谱 | http://www.bettyskitchen.com.cn/recipe/ | |
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | 枣子树论坛 - 枣子树 早吃素 | http://www.jujubetree.com/bbs/ | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | 营养生活 | http://cache.tianya.cn/publicforum/content/no11/1/474328.shtml | |
| Bookmark Bar / 豚のウェブ / 宝宝爱厨房 | 亲情传递，物轻情重--尚豆厨房：蜂蜜柚子茶 | http://bbs.city.tianya.cn/new/TianyaCity/content.asp?idWriter=3600455&Key=103292987&idItem=5109&idArticle=293 | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | ELLE中国 - ELLE China | http://www.ellechina.com/ | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | Must Have 十件套 | http://www.ellechina.com/interactive/forum/redirect.php?tid=234560&goto=lastpost#lastpost | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | 一步步教你化妆 | http://cache.tianya.cn/publicforum/content/no11/1/468040.shtml | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | [衣裳饰品]08秋冬T台总结 | http://www.tianya.cn/publicforum/content/no11/1/633930.shtml | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | [魅力女人]HOHO~~~都把自己收藏夹里最爱的网站贡献出来吧！！！！！！！ | http://www.tianya.cn/publicforum/content/no11/1/441591.shtml | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | 街头客时尚抓拍 | http://cache.tianya.cn/publicforum/content/no11/1/482037.shtml | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | 瑞丽女性网 | http://www.rayli.com.cn/ | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | 手工制作综合论坛-生活文化馆BBS-拼布,手工diy,玩偶,编织,钩针,手工书 | http://bbs.craftworkshop.com/ | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | [衣裳饰品]简单就是经典－－－欧美明星皮衣，开衫专贴 | http://www.tianya.cn/publicforum/content/no11/1/627871.shtml | |
| Bookmark Bar / 豚のウェブ / 时尚生活 | 穿衣真经（8）：着装，女人永远的事业[瑞丽博客] | http://blog.rayli.com.cn/style1000/28362.html | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 豚のウェブ | [婚姻家庭] 天涯头条〗狐狸精修炼秘笈－－-幸福女人必读_情感天地_天涯社区 | http://www.tianya.cn/publicforum/content/feeling/1/1979530.shtml | |
| Bookmark Bar / 豚のウェブ | [灰常点评]浅略点评并推荐最近看的网络小说（神仙、种田、穿越、架空、耽美、言情…各_娱乐八卦_天涯社区 | http://www.tianya.cn/publicforum/content/funinfo/1/1959100.shtml | |
| Bookmark Bar / 豚のウェブ | [八卦江湖]严重书荒中！有什么小说是你欲罢不能，通宵看完的？_娱乐八卦_天涯社区 | http://www.tianya.cn/publicforum/content/funinfo/1/1978005.shtml | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | Lonely Runs Both Ways | http://blog.sina.com.cn/u/1254778781 | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 一叶萱草也忘忧 | http://blog.sina.com.cn/u/1197105545 | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 宁财神_新浪博客 | http://blog.sina.com.cn/ningcaishen | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 天下无双 | http://blog.tianya.cn/blogger/view_blog.asp?BlogName=rulet | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 叶倾城_新浪博客 | http://blog.sina.com.cn/qingcheng | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 王小逃无处可逃 | http://blog.19lou.com/?10097702 | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 蔡康永的博客 _ 新浪博客 | http://blog.sina.com.cn/caikangyong | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 雪地里的宝贝 | http://blog.tianya.cn/blogger/view_blog.asp?BlogName=sansanya | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 莫文蔚的博客 _ 新浪博客 | http://blog.sina.com.cn/karenmok62 | |
| Bookmark Bar / 豚のウェブ / 那些花儿 | 长平 | http://blog.tianya.cn/blogger/view_blog.asp?BlogName=zcping&idWriter=0&Key=0 | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 豚のウェブ | [美体美发]终于让我发现了一个无敌的判断脸型的方法了，知道脸型还怕找不到合适的发型_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/1030528.shtml | |
| Bookmark Bar / 豚のウェブ | 科幻小说 - 科幻网 | http://www.kehuan.net/novel/ | |
| Bookmark Bar / 豚のウェブ | [美容美发]N种保养+化妆单品使用心得~~慢慢写_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/571020.shtml | |
| Bookmark Bar / 豚のウェブ | 母乳喂养大本营_宝宝树 | http://www.babytree.com/community/group21668/ | |
| Bookmark Bar / 豚のウェブ | 《侯门嫡女》作者：素素雪【完结＋番外】-女性阅读-杭州19楼 | http://www.19lou.com/forum-26-thread-40457659-1-1.html | |
| Bookmark Bar / 豚のウェブ | [时尚男人]男性穿衣宝典—教你从头到脚、从内到外、从今往后的穿衣、购衣之路_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/437479.shtml | |
| Bookmark Bar / 豚のウェブ | [八卦江湖]闹书荒了，跪求《明朝五好家庭》《平凡的清穿日子》类型的小说_娱乐八卦_天涯社区 | http://www.tianya.cn/publicforum/content/funinfo/1/1700888.shtml | |
| Bookmark Bar / 豚のウェブ | [灰常点评]既然有人开八晋江，我也八一八晋江我喜欢的那些作者。深度的。。。_娱乐八卦_天涯社区 | http://www.tianya.cn/publicforum/content/funinfo/1/3034430.shtml | |
| Bookmark Bar / 豚のウェブ | [霓裳真人]我是怎么从蒲妹到森女的进化史_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/1135665.shtml | |
| Bookmark Bar / 豚のウェブ | [魅力女人]做一个简单但是精致高档次的人_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/1008594.shtml | |
| Bookmark Bar / 豚のウェブ | [魅力女人]养生——每个人的终身事业（分享我五年来的养生实践）_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/727037.shtml | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 豚のウェブ | FT中文网 - 全球财经精粹 | http://www.ftchinese.com/ | |
| Bookmark Bar / 豚のウェブ | 邮政身份通\|身份认证\|代理报关\|中国进口报关代理 | http://www.11185id.com/ | |
| Bookmark Bar / 豚のウェブ | 『乌拉科幻小说网』 | http://www.wulali.info/collection_2.html | |
| Bookmark Bar / 豚のウェブ | 济南妈妈网-济南产检,济南孕妇,济南宝宝,济南亲子,济南幼儿园,济南早教 - | http://www.jnmama.com/ | |
| Bookmark Bar / 豚のウェブ | 篱笆网 篱笆论坛 | http://bbs.sh.liba.com/ | |
| Bookmark Bar / 豚のウェブ | 济南美食_大众点评网 | http://www.dianping.com/jinan/food | |
| Bookmark Bar / 豚のウェブ | 欢迎访问[济南木工房]-----KanSea风格 | http://www.diyworker.com/index.asp | |
| Bookmark Bar / 豚のウェブ | 《猎者天下》【那时烟花·连载】请不要帮更-女性阅读-杭州19楼 | http://www.19lou.com/forum-26-thread-41288179-1-1.html | |
| Bookmark Bar / 豚のウェブ | 济南市公安局交通警察支队车辆管理所 | http://www.jncgs.com.cn/cheguansuo/homePage.action | |
| Bookmark Bar / 豚のウェブ | [星光秀场]花生共和新帖：教你找到自己的范儿（关于身材-肤色-气质-搭配等）_时尚资讯_天涯社区 | http://www.tianya.cn/publicforum/content/no11/1/1022393.shtml | |
| Bookmark Bar / 豚のウェブ | [创意生活]那些家居装饰旧版的"精华"帖子。 | http://www.tianya.cn/techforum/content/766/2767.shtml | |
| Bookmark Bar / 豚のウェブ | The New York Times - Breaking News, World News & Multimedia | http://www.nytimes.com/ | |
| Bookmark Bar / 豚のウェブ | 大耳朵口语培训班 | http://oral.ebigear.com/ | |
| Bookmark Bar / 豚のウェブ | [霓裳真人]《学习分享帖》2012，路人大姐的穿衣笔记以及塑身分享_时尚资讯_天涯论坛_天涯社区 | http://bbs.tianya.cn/post-no11-1266612-1.shtml | |

| FolderPath | Name | URL | Translation |
|---|---|---|---|
| Bookmark Bar / 豚のウェブ | 弘化社，佛教印经，经书流通，净土 | http://www.honghuashe.com/Index.html | |
| Bookmark Bar / 豚のウェブ | 五颗星经典好电影之1-3 | http://www.douban.com/doulist/135020/?start=0 | |
| Bookmark Bar / 豚のウェブ | 中国古典家具：Traditional Furniture【实用教学】(iPad版) - APP每日推送 | http://appdp.com/app/11493/ | |
| Bookmark Bar / 豚のウェブ | 【转帖】蒋一方教授的0-3岁儿童营养讲座 - 营养学讨论版 -丁香园论坛 | http://yingyang.dxy.cn/bbs/thread/16466623?keywords=%E8%9B%8B%E7%99%BD%E7%B2%89#16466623 | |
| Bookmark Bar / 豚のウェブ | 丁香园—医药生命科学专业网站 | http://www.dxy.cn/ | |
| Bookmark Bar / 豚のウェブ | sketch up教程 | http://www.youku.com/playlist_show/id_2796612.html | |