UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

**DEFENDANT'S MOTION IN LIMINE TO PRESENT TESTIMONY BY DEPOSITION OR VIDEO FEED OR TO DELAY THE TRIAL SO THAT A FOREIGN DEFENSE WITNESS'S DEPOSITION CAN BE TAKEN IN PERSON**

Today, the defense received an email from Huasheng Gao, Deputy Dean of Faculty and Research at the International School of Finance (FISF) in Fudan University, who is responsible for hiring the Defendant among other things highly relevant to the defense, stating: "I am writing to confirm that I can testify remotely via videoconference (远程出庭作证) preferably in Shanghai."

Dean Gao is an important defense witness who, until today, stated he did not have permission to testify in this case. Now that he is willing to testify, the defense asks that the Court permit him to be deposed virtually so that his deposition will not delay the trial or to testify virtually during the trial if that is feasible. Alternatively, the defense asks that the trial be postponed until Dean Gao may be deposed in person.

January 7, 2026                                    Respectfully submitted,

                                                              /s/ Stephen A. Saltzburg
                                                              Stephen A. Saltzburg (D.C. Bar No. 156844)
                                                              2000 H Street, NW
                                                              Washington, DC 20052
                                                              Tel.: (202) 994-7089
                                                              Fax: (202) 994-9811
                                                              Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

*Counsel for Defendant*