UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOHN HAROLD ROGERS, <br><br> Defendant. | Case No. 25-cr-033 (DLF) |

**RESPONSE TO COURT ORDER – SUPPLEMENTAL EXPERT DISCLOSURES**

On January 7, 2026, the Court entered a Minute Order directing Defendant to supplement his expert disclosures to include "the bases and reasons" for the expert opinions of Defendant's named experts, Dr. Eric T. Swanson and Dr. Charles Engel, by close of business on January 8, 2026. Defendant offers the two following documents in response: (1) A Revised Declaration of Eric T. Swanson and (2) A Supplement Statement of Charles Engel.

Dated: January 8, 2026

Respectfully submitted,

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

*Counsel for Defendant*