UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 25-cr-033 (DLF) |
| **JOHN HAROLD ROGERS,** | |
| **Defendant.** | |

**SUPPLEMENTAL STATEMENT OF CHARLES ENGEL**

Supplemental Statement of Charles Engel

January 7, 2026

This is my supplemental statement:

I can describe defendant Rogers's area of expertise as an economist, because I am an economist who has co-authored academic articles with the defendant multiple times as detailed in my CV. There is also overlap in our areas of study and focus.  As an economist since 1982, I understand the field of economics in both research and practice.  I have held positions on academic appointment committees and am familiar with the various ways to evaluate a candidate based on their research.  For the same reasons, I am also familiar with the levels of compensation for an economist like defendant in the United States.  I have less direct knowledge about compensation rates abroad, because my source of information would be informal conversations with other academics at various economics conferences where the topic comes up, and with my own PhD students that are offered positions abroad.  I am also aware of compensation at foreign universities, because it comes up in salary negotiations for new hires in the United States.

In terms of how I understand the work that defendant does at the Fed, it comes mainly from a review of defendant's published work and my conversation with the defendant in the past.  I have kept in touch with many past students and the topic comes up in phone calls and meetings where one talks about their current research.  I have spoken with the defendant for over twenty years.  I have also spoken with other economists who work or have worked with the Fed and who have done economic research at the Fed, and I am able to understand the unique opportunity working at the Fed provides economists.

Because I understand how to do academic research related specifically to economics, I am able to review documents to consider whether these documents are the types of documents someone as an academic researcher would review to inform their analysis.

I have experience teaching graduate students in both the United States and in China.  My classes in China were generally large so that a classroom was provided.  But when I supervise students

who are seeking directed credit with me, I have met with students in informal situations rather than in my office. This year, for example, I have an undergrad student and a graduate student seeking credit with me and have met informally with both. Both are Chinese, and we have met in the student union and in lobbies rather than in my office. It is not uncommon when teaching abroad for faculty at their home institution to recommend that students take me for meals. I have accepted such invitations. In my experience if I were teaching a class with just 2 or 3 students, I would be flexible about meeting where it is convenient and conducive to productive discussion. In short, based on my experience here, in China, and in other countries, I would not be uncomfortable meeting in a hotel if the circumstances seemed justified.

Charles Engel