UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 25-cr-00033 (DLF) |
| v. | : | |
| | : | |
| **JOHN HAROLD ROGERS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S STATEMENT REGARDING DEFENSE EXHIBITS**

The Court has directed the parties to notice any objections to the admissibility of exhibits by January 14, to the extent practicable. (ECF. Docket Entry No. 34, ¶ 8). The government has reviewed the defense exhibits and has no objection to each exhibit on its face. At trial the government may object to an exhibit's admission into evidence if it determines that, for example, the defense has not laid an adequate foundation, the exhibit is cumulative, or the exhibit is being offered as hearsay but no hearsay exception applies. The government notes that many of the defense exhibits appear to be the defendant's own statements, including his text messages and his lecture presentations. While these exhibits could be admissible as the statements of a party-opponent if submitted by the government, that exception to the rule against hearsay does not apply if the defendant is offering his own out-of-court statements into evidence. Further, there appear to be 47 exhibits related to the defendant's teaching activities at Georgetown University. The government may object to these exhibits depending on the context in which the defendant offers them, especially since there is no allegation of a criminal conduct related to the defendant's teaching at Georgetown. Forty-seven documents would be a large number of exhibits for a topic of, at best, tenuous relevance.

.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Thomas N. Saunders*
THOMAS N. SAUNDERS
ADAM P. BARRY
Assistant United States Attorneys
N.Y. Bar No. 4876975
Cal. Bar No. 294449
National Security Section
601 D Street, NW, Room 5-120
Washington, D.C. 20530
Office: 202-252-7790 / 202-252-7793
Email: thomas.saunders@usdoj.gov
          adam.barry@usdoj.gov


JOHN A. EISENBERG
Assistant Attorney General for National Security

Nicholas O. Hunter
D.C. Bar No. 1022355
Trial Attorney
National Security Division,
U.S. Dep't of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
E-mail: nicholas.hunter@usdoj.gov
Telephone: (202) 353-3434

Yifei Zheng
N.Y. Bar No. 5424957
Trial Attorney
National Security Division,
U.S. Dep't of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
E-mail: yifei.zheng@usdoj.gov
Telephone: (202) 353-0252