UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>Defendant. | Case No. 25-cr-033 (DLF) |

**DEFENDANT'S REPLY TO 404(B) MOTION IN LIMINE**

      Defendant has reviewed the excerpts from Government's Exhibit 2, the 2020 Interview of John Rogers, and the redactions the Court indicated it would make at the second pretrial conference on January15, 2026.  Defendant does not object to the redacted excerpts, but asks that the Government include one additional excerpt: Starting on page 99 with a statement by Alan Hershkowitz beginning with these words: "So I'll have you, you read over this, this document . ." and extending to page 100 where Rogers says: "So just sign it."

      The defense indicated in an email on Thursday, January 15, 2026 to government counsel that it would ask for the additional excerpt and asked whether the government had any objection. We have not had a response but decided inform the Court of the defense request.

January 16, 2026                                       Respectfully submitted,

                                                               /s/ Stephen A. Saltzburg
                                                               Stephen A. Saltzburg (D.C. Bar No. 156844)
                                                               2000 H Street, NW
                                                               Washington, DC 20052
                                                               Tel.: (202) 994-7089, Fax: (202) 994-9811
                                                               Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

*Counsel for Defendant*