UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN HAROLD ROGERS,<br><br>      *Defendant.* | No. 25-cr-33 (DLF) |

### VOIR DIRE

**Knowledge of the Case and Individuals Involved in the Proceedings**

1. Do you know or have you heard anything about this case?

2. The government is represented by Assistant United States Attorney Thomas Saunders; Assistant United States Attorney Adam Barry; Trial Attorney Nicholas Hunter; and Trial Attorney Yifei Zheng. Assisting them at trial will be FBI Special Agent Alex Ayris; Federal Reserve OIG Special Agent Alan Hershkowitz; and Department of Justice paralegal Derra McQuaig. Do you know or know of any of these individuals?

3. The defendant in this case is John Rogers. Do you know or know of Mr. Rogers?

4. Mr. Rogers is represented by Stephen Saltzburg and Jonathan Gitlen. Assisting them at trial will be Erica Lorenzana and Ashley Hill. Do you know or know of any of these individuals?

5. I ask that you all take a minute to look at the other potential jurors. Do you recognize or think that you know any of the other potential jurors in this room?

6. During the presentation of evidence, you may hear testimony from or about the following persons: Joshua Gallin, Jeremy Cannon, Alan Hershkowitz, Alex Ayris, Ruth Judson, Sean Croston, Robert Greene, Barry Naughton, Scott Kistler, Brad Setser, Steve Kamin, Richard Clarida, Hummin Lee, Jin Chuan, Du Bin, Liu Yu, Jian Wang, Charles Engel, Cary Williams, Jon Faust, Edith Liu, Odelle Quisumbing, Aaron Flaaen, Brett Berger, Brian Doyle, Shang Jin Wei, Thiago Ferreira, John Willis, and Eric Swanson.  Do you know any of these possible witnesses or persons?

7. The courtroom deputy is Samantha Calloway.  The court reporter is Sara Wick, and my law clerks are seated in the courtroom.  Do you know me or any member of my staff?

**Case-Specific Questions**

8. Mr. Rogers is charged with conspiracy to commit economic espionage and making a false statement.  Do you have strong feelings about the nature of these charges that would make it difficult for you to render a fair and impartial verdict if you are chosen as a juror?

9. Have you ever held a U.S. government security clearance or been given authorized access to non-public U.S. government information?

10. Have you, any member of your family, or any close personal friend ever been employed by or worked in any capacity for any component of the Federal Reserve System?  When I say the Federal Reserve System, I mean the Federal Reserve Board, any of the regional Federal Reserve Banks, or the Federal Open Market Committee.

11. Have you studied the Federal Reserve System and its activities, or do you closely follow news about the Federal Reserve System?

12. Do you have strong feelings about the Federal Reserve System or its activities?

13. Have you received any specific education or training in economics or financial markets?

14. Have you personally traded or invested in securities, including but not necessarily limited to stocks, bonds, or U.S. Treasury bills?

15. Have you ever received insider threat training in your workplace?

16. Have you or a family member ever worked in academia, such as at a university or college?

17. Have you ever traveled to China or Hong Kong?

**Instructions of the Court**

18. As jurors you will be the finder of the facts, but you will be required to follow the instructions I give during trial. Would you have any difficulty following my instructions?

19. Among other things, I will instruct you that the government bears the burden of proving Mr. Rogers guilty beyond a reasonable doubt, and he is presumed innocent unless and until the government meets that burden. This burden of proof never shifts to Mr. Rogers, and he has no obligation to offer his own evidence. Would you have any difficulty or hesitation with respecting this allocation of the burden of proof?

20. There will be testimony from law enforcement officers in this case. I will be instructing you that the testimony of a law enforcement agent is to be treated the

same as any other witness who may testify.  You may give no greater and no lesser weight to that person simply because that person is a law enforcement agent.  Would you have any difficulty following that instruction?

**Experience with the Justice System**

21. Have you, any member of your family, or any close personal friend ever been employed by or worked in any capacity in law enforcement?  When I say law enforcement, I mean any federal, state, or local police agency, including the Metropolitan Police Department, the FBI, the U.S. Marshals Service, and the like.

22. Have you, your family members, or any close personal friends ever worked in the Court system, for example, as court staff or as a probation officer?

23. Have you or a relative or close friend ever had any legal training or worked at a law office, either in private practice or in public service?  When I talk about law offices, I mean in any legal capacity, and that means private law firms or prosecutors, defense attorneys, public defenders, and the like.

24. Have you served previously on a grand jury or a trial jury in a criminal or civil case?

**Victim, Witness or Accused of Crime**

25. Have you, any member of your family, or any close personal friend ever been the victim of, a witness to, arrested for, or charged with a crime?

**Hardship and Catch-All**

26. Do you have any health problems that would interfere with your ability to sit as a juror in this case?  For example, do you have any difficulty with hearing, seeing, understanding the English language, or anything else which could impair your

ability to sit as a juror and devote your full attention to this trial? This includes any medication that makes you drowsy or makes it difficult to remain alert during these proceedings.

27. We expect the presentation of evidence in this trial to conclude no later than February 3, 2026. After the close of the evidence, the jury will deliberate until it has reached a decision. I cannot tell you how long deliberations will be, which is determined by the jury itself. Would serving as a juror in this case be an extreme hardship to you? Serving on a jury is often inconvenient. What I'm asking here is whether serving on this jury would be extremely difficult for you.

28. My final question is a "catch-all question." This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror. Perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair. Is there any reason that would make it difficult for you to sit as a fair and impartial juror in this case or would make it difficult for you to accept and follow my instructions on the law?