CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JOHN HAROLD ROGERS

)
)
)
)
)
)
)

Civil/Criminal No.: __25cr033 (DLF)__

## NOTE FROM JURY

The overt acts - from indictment
- Is this evidence? ~~to weigh in our decisions~~
- If so, what weight do we give it?

Date: 2/2/26

Time: 2:31

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs. )   Civil/Criminal No.: __25cr033 (DLF)__
)
JOHN HAROLD ROGERS )
)

## NOTE FROM JURY

We have not reached a verdict yet

Date: 2/2/26

Time: 4:50