UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
: Case No.: 25-cr-00033 (DLF)
**v.** :
:
**JOHN HAROLD ROGERS,** :
:
:
**Defendant.** :

## VERDICT FORM

**Count One:** Conspiracy to Commit Economic Espionage

1. With respect to Count One, the offense of Conspiracy to Commit Economic Espionage, we, the members of the jury, unanimously find the defendant John Harold Rogers:

    _____ Guilty        \_\_√\_\_\_ Not Guilty

**Count Two:** Making a Materially False Statement in a Matter Within the Jurisdiction of the Federal Reserve Board

2. With respect to Count Two, the offense of Making a Materially False Statement in a Matter Within the Jurisdiction of the Federal Reserve Board, we, the members of the jury, unanimously find the defendant John Harold Rogers:

    \_\_√\_\_\_ Guilty        _____ Not Guilty

1