**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

|                          |     |                            |
|--------------------------|-----|----------------------------|
|                          | **:** |                          |
| **UNITED STATES**        | **:** |                          |
|                          | **:** |                          |
| **v.**                   | **:** | **Case No. 25-cr-00033 (DLF)** |
|                          | **:** |                          |
| **JOHN HAROLD ROGERS**   | **:** |                          |
|                          | **:** |                          |

**<u>EXHIBIT A</u>**

## IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | ███████████ (Ann (from VPC))<br>Local User <00008110-001219202128201E_files_full.zip - GK FFS> |
| Local user | Local User <00008110-001219202128201E_files_full.zip - GK FFS> |
| **CONVERSATION DETAILS** | |
| Number of messages | 79 |
| First message sent date/time | 2/8/2023 5:32:23.000 PM |
| Last message sent date/time | 8/16/2023 4:20:10.000 PM |
| Case time zone | UTC |

✓ Received
2/8/2023 5:32:23.000 PM



**▬▬▬▬▬▬▬▬▬▬**

✓ Received
2/8/2023 5:32:23.000 PM



**↗ Sent**

**Local User <00008110-00121920212820IE_files_full.zip - GK FFS>**

2/8/2023 6:11:04.000 PM

🤍 🤍 🤍

**▬▬▬▬▬▬▬▬▬▬**

✓ Received
2/16/2023 7:10:37.000 PM

Hi John, ▬▬▬ went home early from school today saying her stomach hurts so I will not be hosting tomorrow's play date.

**↗ Sent**

**Local User <00008110-00121920212820IE_files_full.zip - GK FFS>**

2/16/2023 8:01:15.000 PM

Oh right, I noticed you guys weren't there. Seems like something's going around. Am sure we'll get it too. Have a good weekend.

**▬▬▬▬▬▬▬▬▬▬**

✓ Received
2/16/2023 8:11:13.000 PM

Have a great weekend!

**▬▬▬▬▬▬▬▬▬▬**

✓ Received
3/21/2023 6:12:15.000 PM

Hey, I have to leave now

**↗ Sent**

**Local User <00008110-00121920212820IE_files_full.zip - GK FFS>**

3/21/2023 6:12:41.000 PM

So sorry, my friend has disappeared

**↗ Sent**

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:12:49.000 PM

Is ▬ ok?

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:13:00.000 PM

I am ready to drive back

✓ Received
3/21/2023 6:13:05.000 PM

▬ is at the playground red and green slide

✓ Received
3/21/2023 6:13:16.000 PM

▬'s favorite corner

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:13:33.000 PM

Oh good. Thanks for letting me know.

✓ Received
3/21/2023 6:14:22.000 PM

Ok, I gotta go

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:15:03.000 PM

Friend said she was going to get coffee, now poof! Gone 🤷🤷

✓ Received
3/21/2023 6:15:45.000 PM

Sorry, but I need to take ▬ home and I do t have another car seat for ▬

▨ Received
3/21/2023 6:15:54.000 PM

She is on the swing now

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:17:14.000 PM

No problem. ▨ will be fine.

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:17:23.000 PM

Friend just called.

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/21/2023 6:17:47.000 PM

She went wayyyy further than expected to get coffee

▨ Received
3/21/2023 6:18:25.000 PM

▨ and ▨ are still there right now

▨ Received
3/28/2023 5:37:23.000 PM





[OBJ]

[OBJ]

✓ Received
3/28/2023 5:37:23.000 PM

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/29/2023 12:30:28.000 AM

That's so awesome!

✓ Received
3/29/2023 4:32:33.000 PM





**Received**
3/29/2023 4:32:33.000 PM

↗ Sent

**Local User <00008110-00121920212820​1E_files_full.zip - GK FFS>**

3/29/2023 7:41:49.000 PM

Awww

↗ ent

**Local User <00008110-00121920212820​1E_files_full.zip - GK FFS>**

3/29/2023 7:42:13.000 PM

Can you call me when free?

**Received**
3/29/2023 7:45:20.000 PM

You can come in five minutes

**Received**
3/29/2023 7:45:54.000 PM

I meant to say you can call me in five minutes

↗ Sent

**Local User <00008110-00121920212820​1E_files_full.zip - GK FFS>**

3/29/2023 7:46:09.000 PM

Got it

**Received**
3/29/2023 7:46:29.000 PM

I am driving

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

3/29/2023 7:46:46.000 PM

Understand 👍

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

7/14/2023 1:13:14.000 AM

Hi Ann, ▇▇▇ and I just got back! How are things going? Are you still taking care of ▇▇▇? Are people playing regularly?

↙ Received

7/14/2023 1:13:50.000 AM

▇▇▇▇▇▇

Welcome back!

↙ Received

7/14/2023 1:15:29.000 AM

▇▇▇▇▇▇

Everyone kinda doing their own thing. We don't have those big play date anymore since the kids are going to different elementary school soon.

↙ Received

7/14/2023 1:16:46.000 AM

▇▇▇▇▇▇

We sometimes have ▇▇▇ over for play date but she will have her tonsils remove tomorrow.

↙ Received

7/14/2023 1:17:28.000 AM

▇▇▇▇▇▇

▇▇▇s mom had her baby so she is super busy and with family visiting.

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

7/14/2023 1:17:40.000 AM

Yeah, I thought that this might be the outcome. We'll probably go to Meadow Lane during some mornings and see who's around. Definitely gotta get it in early, before the killer heat.

> ↙ Received
> 7/14/2023 1:19:08.000 AM
>
> ▮▮▮▮▮▮▮▮▮
>
> Are you guys available for a play date tomorrow?

> ↙ Received
> 7/14/2023 1:19:51.000 AM
>
> ▮▮▮▮▮▮▮▮▮
>
> ▮▮▮ will go on her family vacation this coming Saturday for a week.

> ↗ ent
>
> **Local User <00008110-00121920212821E_files_full.zip - GK FFS>**
>
> 7/14/2023 1:29:28.000 AM
>
> Yes, we are available. I have a couple of things to do, like get blood drawn, but we're generally free.

> ↙ Received
> 7/14/2023 1:33:27.000 AM
>
> ▮▮▮▮▮▮▮▮▮
>
> ◆I am watching ▮▮▮ at my house tomorrow so her mom can pack for their trip. Would you and ▮▮▮ like to come over for a play date?

> ↙ Received
> 7/14/2023 1:34:41.000 AM
>
> ▮▮▮▮▮▮▮▮▮
>
> We will be at my house from 10:00-1:00.

> ↗ Sent
>
> **Local User <00008110-001219202128201E_files_full.zip - GK FFS>**
>
> 7/14/2023 1:39:09.000 AM
>
> ◆▮▮▮ is very excited to see ▮▮▮, yes! I have to meet (virtually) with a student at 9:00 and then I'll do the blood test. We'll head to your house after that, probably around 10:30.

> ↙ Received
> 7/14/2023 1:41:43.000 AM
>
> ▮▮▮▮▮▮▮▮▮
>
> Perfect! I bet ▮▮▮ is going to be super excited to welcome ▮▮▮ back. I can't wait to tell ▮▮▮ that she has a playdate with ▮▮▮.

> ↙ Received

7/14/2023 1:42:17.000 AM

Here's my address:

⤡ Received
7/14/2023 1:46:55.000 AM

Please bring snack/lunch and change of clothing or have ▊▊▊▊ wear bathing suit. They will be playing with water balloons on the trampoline with mist so they will get wet. Thanks!

↗ Sent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

7/14/2023 1:50:47.000 AM

Awesome all around!

↗ ent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

7/14/2023 2:35:19.000 PM

We'll probably arrive around 11:30.

⤡ Received
7/14/2023 2:35:44.000 PM

Ok

⤡ Received
7/14/2023 2:35:56.000 PM

See you then!

⤡ Received
7/14/2023 9:19:18.000 PM



✓ Received
7/14/2023 9:19:18.000 PM







✓ Received
7/14/2023 9:19:18.000 PM



✓ Received
7/14/2023 9:19:18.000 PM

**✓ Received**
7/14/2023 9:19:18.000 PM

**✓ Received**
7/14/2023 9:20:12.000 PM

Thanks for coming over for a play date. The girls had a great time!

**↗ Sent**

**Local User <00008110-00121920212820 1E_files_full.zip - GK FFS>**

7/14/2023 9:46:12.000 PM

Thank you for having us! Hope we meet up again after ████s vacation.

**✓ Received**
7/14/2023 9:47:30.000 PM

Liked "Thank you for having us! Hope we meet up again aft…"

**✓ Received**
8/2/2023 1:02:09.000 PM

Good morning John, we will be at Meadow Lane Park from 12:15-1:45. Please come join us!

**↗ Sent**

**Local User <00008110-00121920212820 1E_files_full.zip - GK FFS>**

8/2/2023 1:27:20.000 PM

Sounds great. We'll be there!

**✓ Received**
8/2/2023 1:30:14.000 PM

Liked "Sounds great. We'll be there!"

**✓ Received**
8/2/2023 3:19:20.000 PM

Actually, we will be there from 12:10-12:50. ████ has and appointment so I need to drop her home at 1:00

███████████

✓ Received
8/2/2023 3:19:39.000 PM

Hope to see you guys there for a short play date

↗ Sent

**Local User <00008110-00121920212820 1E_files_full.zip - GK FFS>**

8/2/2023 3:24:16.000 PM

We were getting there at noon anyway.

███████████

✓ Received
8/2/2023 3:24:30.000 PM

Cool

███████████

✓ Received
8/2/2023 3:24:34.000 PM

See you then

███████████

✓ Received
8/2/2023 4:06:36.000 PM

Just picked up ███ 's from camp. On our way to Meadow Lane Park.

███████████

✓ Received
8/4/2023 2:47:14.000 PM

Good morning John, I will pick up ███ from camp and will go to Meadow Lane Park around 12:15-1:45. Please come join us!

↗ Sent

**Local User <00008110-00121920212820 1E_files_full.zip - GK FFS>**

8/4/2023 2:58:04.000 PM

Great, we'll see you there.

███████████

✓ Received
8/4/2023 2:58:13.000 PM

Liked "Great, we'll see you there. "

↙ Received
8/16/2023 1:58:42.000 PM

Good morning John, we are going to Meadow Lane Park around 10:45-12:45. Please come join us!

↗ ent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

8/16/2023 3:23:07.000 PM

Oh great. Just seeing this now! We will try. Probably around 12:00.

↙ Received
8/16/2023 3:24:08.000 PM

The girls took a little detour so we will be there around 12:15

↗ ent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

8/16/2023 3:31:20.000 PM

👍 👍 👍

↗ ent

**Local User <00008110-001219202128201E_files_full.zip - GK FFS>**

8/16/2023 3:31:30.000 PM

We will leave soon.

↙ Received
8/16/2023 3:31:46.000 PM

👍

↙ Received
8/16/2023 4:20:10.000 PM

We will be there in five minutes or less