**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 25-CR-33 (DLF)** |
| | : | |
| **JOHN HAROLD ROGERS,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF ATTORNEY WITHDRAWAL**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court and counsel that Assistant United States Attorney

Thomas N. Saunders no longer represents the United States in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Thomas N. Saunders*
      Thomas N. Saunders
      N.Y. Bar Number 4876975
      Assistant United States Attorney
      National Security Section
      United States Attorney's Office
      601 D Street, N.W.
      Washington, D.C.  20530
      (202) 252-7790
      thomas.n.saunders@usdoj.gov