# Exhibit A



U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington DC, 20530*

May 6, 2026

Ms. Hana Field
Senior U.S. Probation Officer
Hana_field@dcp.uscourts.gov

Re: Government's Objections and Clarifications to Draft Presentence Investigation Report in
***United States v. John Rogers*, Case No. 25-cr-33**

Dear Ms. Field

The Government has the following objections and clarifications to the draft Presentence Investigation Report in this case:

**Paragraphs 25 to 33** – The Government notes that in addition to the specific offense characteristics identified in the PSR, the defendant is eligible for an additional 8-point increase in offense level under § 2B1.1(b)(1) because the gain that resulted from the defendant's offense is at least $531,529.84. Section 2B1.1(b)(1)(B) states that when intended or actual loss cannot be reasonably determined, the Court "shall use the gain that resulted from the offense as an alternative measure of loss."

Here, the defendant was convicted of making a false statement to the Federal Reserve's OIG about whether he ever shared restricted Federal Reserve information with anyone outside of the Federal Reserve System. The evidence presented at trial proved that the defendant shared restricted Federal Reserve information with people in China, including a Chinese intelligence officer and others associated with Chinese universities. According to the Government's witnesses at trial, the Federal Reserve information that the defendant shared was very valuable and could have been used by people trading securities to make an enormous amount of money. It was not, however, the type of information that caused the Federal Reserve to suffer any actual pecuniary loss. Moreover, no evidence was presented at trial indicating that the defendant intended to cause any pecuniary loss to the Federal Reserve. Thus, the intended or actual gain that resulted from the defendant's offense should be used as an alternative measure of loss.

According to the Government's expert witness Dr. Brad Setser, the Chinese government holds approximately $1.5 trillion in U.S. Treasury securities.    As a result, non-public information about what the Federal Reserve is going to do with interest rates is incredibly valuable to the Chinese government because such actions can significantly affect the value of the Chinese government's holdings of U.S. Treasury securities as well as the Chinese government's own monetary policy.   As Dr. Setser testified, "if I were the governor of the People's Bank of China, the head of China's central bank, I would probably want to know one thing above all when I woke up every morning, and that is, more or less, what's going to happen to U.S. interest rates, and what's going to happen to the U.S. dollar.   And no institution has a bigger impact on the dollar and on U.S. interest rates than the Fed."   Trial Tr. (Jan. 30, 2026 AM) at 10:3-9.

On a more practical level, former commodities trader and current FBI Special Agent Scott Kistler testified that for people who trade U.S. Treasury securities, non-public information about what the Federal Reserve is going to do is similar to insider trading information in the private sector context and can make market insiders significant amounts of money.   According to Agent Kistler, having non-public information even for only a few seconds earlier than the rest of the market can be incredibly lucrative.

In theory, because of how large the Chinese government's holdings of U.S. Treasury securities are, the money that the Chinese government could have gained from receiving non-public Federal Reserve information from the defendant could easily exceed $550,000,000, which is the top of the loss/gain chart in the Guidelines.   Without knowing any specifics about how the non-public information the defendant shared was used, however, estimating the gain to the Chinese government that resulted from the defendant's offense is too speculative to be helpful in applying the Guidelines.

The Government believes that the potential gain to the Chinese government that resulted from the defendant's offense should be considered at sentencing under the 18 U.S.C. § 3553(a) factors, but that for the purpose of calculating the gain under the Guidelines, the personal gain to the defendant is a more appropriate measurement.

The evidence at trial proved that the defendant shared restricted Federal Reserve information with at least Hummin Lee and a professor at Fudan University.   Therefore, the amount of money that the defendant gained from his offense is at least the value of money and other benefits that the defendant received from Mr. Lee and Fudan University.   Reviewing the trial evidence, the Government has identified at least $531,529.84 in benefits that the defendant received from either Mr. Lee or Fudan University.   This amount does not include the unspecified amounts of money and benefits (including lodging, travel, and dining expenses) that the defendant received from Mr. Lee and that are referenced generally in their WeChat messages without specifying specific amounts of money.   To support the $531,529.84 figure, the Government attaches a spreadsheet detailing the evidence showing the pecuniary benefits that the defendant received from Mr. Lee and Fudan University.   If the Government could reasonably estimate the value of the benefit, it did so in the payment amount column of the spreadsheet.

2

Based on the Government's calculations, the defendant gained at least $531,529,84 as a result of his offense.   Accordingly, the offense level should be increased by 8 more offense levels (from 18 to 26) under § 2B1.1(b)(1).[1]

With that adjustment, the updated total offense level calculation should be as follows:

| | | |
|---|---|---|
| <u>Base Offense Level (2B1.1)</u>: | | 6 |
| <u>Other Adjustments</u>: | | |
| - Gain between $250,001 and $550,000 (2B1.1(b)(1)) | | +12 |
| - Outside the U.S. and sophisticated means (2B1.1(b)(10)(B) and (C)) | | +2 |
| - Misappropriation of trade secrets and defendant knew that the offense would benefit a foreign instrumentality (2B1.1(b)(14)(b)) | | +4 |
| - Abuse of position of public trust (3B1.3) | | +2 |
| - Obstruction of Justice (3C1.1) | | +2 |
| - Zero-Point Offender (4C1.1) | | -2 |
| | **Total Offense Level**: | 26 (63-78 months) |

The statutory maximum term of imprisonment for a conviction under 18 U.S.C. § 1001 is 60 months.

**Paragraph 69** – The defendant told Probation that from February 2022 until his arrest in January 2025, he was a professor at Fudan University and that his annual salary was $150,000.   While this might be technically true at the time of his arrest, it is misleading as it pertains to his employment record with Fudan University.

*First*, according to the employment contract that the defendant signed with Fudan University, he was entitled to an annual salary of approximately $300,000 with an additional

---

[1] As discussed further below as it relates to Paragraph 69, if the defendant's trial testimony is credited, then he earned at least $900,000 in salary and grants while at Fudan University.   The Government conservatively estimated the defendant's payments from Fudan University as the $498,553.63 that the defendant told his accountants he earned from Fudan in 2023.

$15,000 in research support.[2]  *See* Exhibit G315A.  This means that for his first year at Fudan University in 2022, the defendant was paid approximately $315,000.

*Second*, on April 15, 2024, the defendant emailed his accountants a stamped document from Fudan University that stated that for the year 2023, Fudan University paid the defendant approximately $498,553.63.  Exhibit G437A.  In the cover email to his accountants, the defendant wrote that the stamped document from Fudan University "seem[ed] more accurate and thorough."  Exhibit G437.

*Third*, the defendant's Bank of China booklet showed that as of March 5, 2024 (which was the last entry in the booklet), he had an account balance of approximately $514,000.  Exhibits G20A and G20B.  On June 25, 2024, the defendant wired approximately $412,000 from his Bank of China account to one of his accounts in the United States.  Exhibit G19.  During its investigation, the Government did not find any evidence showing the defendant moving money from his U.S. bank accounts to his Chinese bank account.  Thus, while he was in China, the defendant likely solely used funds from his Bank of China account to pay for his and his family's expenses in China.

*Fourth*, the defendant testified at trial that during his first year at Fudan University, he was paid approximately $300,000, which was similar to his salary at the Federal Reserve.  Trial Tr. (Jan. 30, 2026 AM) at 97:2 to 97:14.  He also testified that in 2023 and 2024, he taught part-time and was paid approximately $150,000 per year.  *Id.* at 97:15 to 98:21.  Moreover, the defendant testified that he also received a $300,000 grant from the Chinese government that was paid upfront to him in 2023.  *Id.* 98:21 to 99:13.  Thus, according to the defendant's own trial testimony, between 2022 and 2025, he earned approximately $900,000 from his work at Fudan University.

<div style="margin-left: 40%;">

Sincerely yours,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

BY:  _____
Adam P. Barry
Assistant United States Attorney

Nicholas O. Hunter & Yifei Zheng
Trial Attorneys
National Security Division
U.S. Department of Justice

</div>

---

[2] For consistency with dollar amounts in the spreadsheet of the defendant's gain, the dollar amounts in this letter are calculated at an exchange rate of 1 RMB = 0.15 USD unless other contemporaneous evidence showed the exact dollar amount the defendant received at the time.

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | *NOTE - Discussion between Hummin and Rogers would use RMB and USD interchangeably. Payment amounts in RMB were converted on 4/20/2026 at a 1 USD to .15 RMB exchange rate. Payment amounts in USD were left as is. | | | | | **Total** | $531,529.84 |
| 2 | | | | | | | |
| 3 | **Trial Exhibit Source** | **Email/WeChat** | **Date of Communication** | **Email/WeChat Content** | **Line Item** | **Payment Amount in RMB/CNY** | **USD/USD Equivalent** |
| 4 | Exhibit G24 | Email | 10/29/2015 10:36:33am | Don't worry about the cost of you and you're assistant, we will satisfy all your requirements what you mentioned, you can arrange your trip and book tickets for yourself and Qian. Please ask the airline to type Qian's tickets or receipts, because our financial departments require this to pay her, we will pay all of the related cost to you when you arrive Ji'nan. | | | |
| 5 | Exhibit G24 | Email | 4/21/2016 10:53:23pm | What I promised you always on the table, don't worry about the costs, I'll do my best for your visiting. | Travel and Hotel | | |
| 6 | Exhibit G24 | Email | 6/14/2016 2:20:37am | Could you add one piece of information? That your institute is willing to pay my travel and hotel expenses? | Travel and Hotel | | |
| 7 | Exhibit G24 | Email | 6/14/2016 8:33:58am | Hummin needs to purchase high-speed railway tickets (Beijing-Jinan) | High-speed rail tickets | | |
| 8 | Exhibit G24 | Email | 1/18/2017 2:22:39am | Unspecified christmas gift | Unspecific christmas gift | | |
| 9 | Exhibit G24 | Email | 1/18/2017 2:22:39am | Don't worry about Xueliang's expenses too | | | |
| 10 | Exhibit G24 | Email | 1/27/2017 12:50:52pm | Gift, traditional Chinese painting | chinese painting | | |
| 11 | Exhibit G24 | Email | 1/27/2017 12:50:52pm | Airfare plus 3 nights hotel in Beijing, and 3 nights in hotel in Ji'nan | | | |
| 12 | Exhibit G24 | Email | 3/18/2017 2:09:52am | Update to travel plans, airfare plus 3 nights in Shanghai, then 3 nights in Jinan | Airfare, 3 nights hotel in Beijing, 3 nights hotel in Jinan | | |
| 13 | Exhibit G24 | Email | 5/20/2017 1:16:00pm | Train ticket from Shanghai to Jinan | | | |
| 14 | Exhibit G24 | Email | 5/20/2017 11:07:52pm | Hummin purchased 2 train tickets for Rogers. 1: from shanghai to Jinan West and 2: Taian to Beijing South | 2 train tickets | | |
| 15 | Exhibit G24 | Email | 5/30/2017 4:57:36pm | Rogers emails FRB admin saying his host paid for hotel, meals, and ground transportation. Rogers told FRB to send a bill to Hummin for the airline ticket. | $2187 bill from Hummin to FRB hotel, meals, and ground transportation | | |
| 16 | Exhibit 538 and 538A | Employment Document | Dated 9/8/2017 | SDU School of Economics invitation letter from Dr. Changying Li | Promise to cover all expenses including air fares, accommodations and other living expenses. | | |
| 17 | Exhibit G24 | Email | 9/19/2017 11:55:03pm | YuYu and Rogers go to Shandong for Seminar at SDU. Hummin offers to book tickets from Jinan to HK. | | | |
| 18 | Exhibit G24 | Email | 9/20/2017 1:13:26pm | Hummin books tickets from Jinan to HK for Rogers and YuYu | Tickets from Jinan to HK for YuYu and Rogers | | |
| 19 | Exhibit G24 | Email | 9/20/2017 9:08:45pm | Rogers emails hotel confirmation to hummin, October 5 - 8 in Shanghai | 3 nights hotel in Shanghai | 2,833.38 CNY | $415.59 |
| 20 | Exhibit G24 | Email | 9/21/2017 3:19:05pm | Itinerary for October Shandong Trip. Hummin purchased round trip train tickets for Rogers and Yuyu | High speed train from Shanghai to Jinan for Rogers and Yuyu. Airplane tickets from Jinan to Shanghai for Rogers and Yuyu, then Shanghai to Hong Kong for just Rogers. | | |
| 21 | Exhibit G24 | Email | 11/7/2017 6:46:22pm | Kenneth Fraser Invoice emails | Invoice 61267 for $1784.00 | | |
| 22 | Exhibit G3 Lines 258 - 262 | WeChat | 9/20/2017 8:01:16pm | WeChats between Rogers and Yuyu. Rogers says "my chinese hosts are going to buy train tickets and airline tickets for us together." Later says, on October 11th, we have have flight MY5572 from Jinan to SH Hongqiao airports" then i will go to HK. The hosts "booked the flights already and now are booking train from SH to Jinan." | | | |
| 23 | Exhibit G3 Lines 296 | WeChat | 9/29/2017 12:13:21pm | Rogers tell Yuyu "my hosts in China want to arrange for a car to take you and me from airport to Shanghai to your home." | Car from Shanghai airport to Yuyu's apartment. | | |
| 24 | Exhibit G24 | Email | 1/23/2018 7:59:27am | Hummin emailed Ken Fraser indicating he transferred $1784.00 to the FRB for December 2017 invoice | | | |
| 25 | Exhibit G24 | Email | 11/10/2017 12:21:07am | Rogers tells Hummin he is visiting Shanghai and asks if he wants to meet for hot pot. Hummin offers to pay for Rogers and Yuyu to vacation on Hainan island or Yunnan province, or anywhere else they want to visit. Would be covered by the "research fund" | | | |
| 26 | Exhibit G3 Lines 890-893 | WeChat | 12/21/2017 8:50:30am | Yuyu lost almost 20,000 RMB for missing round trip flights to US. Professor Ciu and Hummin made it up to her. | | 20,000 RMB | $2,933.52 |
| 27 | Exhibit G24 | Email | 2/13/2018 11:47:51am | Hummin tells Rogers he will book a "suit" room for Rogers. If Xinying comes, they can ask for an additional bed. | | | |
| 28 | Exhibit G24 | Email | 2/14/2018 4:06:58am | Hummin forwards Rogers the hotel reservation for 2/27/2018 - 3/1/2018 in Shanghai | Hotel suite | 3113.22 CNY | $456.63 |
| 29 | Exhibit G24 | Email | 1/3/2018 8:26:40am | Hummin emailed John flight information. 3/1/18 Shanghai to Hong Kong, 2/27/18 Hong Kong to Shanghai | Flight from Shanghai to HK | 1598 CNY | $234.39 |
| 30 | Exhibit G3 Line 1653 - 1664 | WeChat | 4/3/2018 7:34:01am | Hummin and Rogers discuss flights from WDC to Shanghai, then train from SH to Beijing on 9 May. Then depart Beijing to DC on 16 May. Hummin asks if Rogers needs two train tickets and confirms, but does not need a hotel in Shanghai because he would stay at YuYu's. Hummin confirms he purchased the flight tickets. | | | |
| 31 | Exhibit G3 Line 1696 | WeChat | 5/3/2018 8:52:16am | Hummin says "Ricky booked the train tickets." will arrive in BJ at 14:30pm". | Train tickets for YuYu and Rogers | | |
| 32 | Exhibit G24 | Email | 5/8/2018 6:20:42am | Hummin and Rogers discuss changing flights and upgrading to economy. Rogers had his card charged, Hummin would reimburse Rogers. | Flight upgrade | 1880 RMB | $275.75 |
| 33 | Invitation Letter of SDU.pdf | Employment Document | Dated 8 September 2017 | SDU School of Economics invitation letter for Dr. Changying Li | Promise to cover all expenses including air fares, accommodations and other living expenses. | | |
| 34 | Exhibit G3 Line 1916 - 1920 | WeChat | 9/17/2018 6:37:56pm | Rogers asks Hummin to purchase tickets from ICN to IAD on 17 Oct | | | |
| 35 | Exhibit G24 | Email | 9/18/2018 11:57:52am | Hummin emails a flight itinerary for Rogers. 10/17/2018 flight from ICN to IAD | Flight from ICN to IAD | 8311 RMB | $1,219.02 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 36 | Exhibit G3 Line 2039 - 2046 | WeChat | 10/14/2018 1:46:25pm | Rogers and Hummin discuss airline tickets for Rogers return to Shanghai on the 23rd or 24th October. Hummin says whatever the price is, just let me know the flight number you want. Don't worry about the price, it really doesn't matter. | | | |
| 37 | Exhibit G3 Line 2200 - 2207 | WeChat | 10/26/2018 10:17:29am | Hummin sends Rogers screenshots of train tickets and tell him to go to the ticket window in advance and show the staff the order number. Hummin also says he made a reservation at Shungeng hotel which Rogers lived in last May (2017), 2 rooms. Rogers says this will be a lot of fun and he hopes professior Ciu can join them for dinner. | Train tickets and 2 hotel rooms | | |
| 38 | Exhibit G24 | Email | 10/28/2018 2:06:41pm | Rogers emails Hummin receipt for ticket from IAD to Chicago to Shanghai on 23 October 2018 for reimbursement | Flight from IAD to Chicago to Shanghai | | $806.90 |
| 39 | Exhibit G3 Line 2220 | WeChat | 11/1/2018 2:01:38pm | RIIPE offer letter from Daguang Shen. | 4 classes, 2 hours each, $2000 per class | | $8,000.00 |
| 40 | Exhibit G24 | Email | 3/14/2019 10:05:06am | From Hummin to Hummin bill + attachment. Flight from IAD to SFO to PVG and back. 2/27/2019 - 3/18/2019 | Flight from IAD to SFO to PVG and back | | $5,726.93 |
| 41 | Exhibit G3 Line 2486 - 2493 | WeChat | 4/24/2019 8:07:41am | Rogers asks Hummin how much it would cost to purchase tickets from IAD to PEK and PEK to IAD. Rogers said it would cost $2100 for the fed. Hummin sends a price and Rogers thinks it's a bit cheaper than the Fed price. Rogers also ask how much a round trip from PEL to SZX would be on 19 and 23 June. Hummin says 2550 RMB. Hummin says he could probably purchase them next week after approval from the budget people. | | | |
| 42 | Exhibit G3 Line 2525 - 2531 | WeChat | 5/28/2019 9:20:18am | Rogers says he thinks its ok for Hummin to buy round trip tickets from IAD to PEK on 14 June and 24 June. | | | |
| 43 | Exhibit G24 | Email | 5/18/2019 10:24:30am | Hummin emailed Rogers an itinerary from IAD to PEK and PEK to IAD from 6/15/19 - 6/24/19. | Flight from IAD to PEK and back | 11025 RMB | $1,617.10 |
| 44 | Exhibit G24 | Email | 6/9/2019 10:02:29am | Hummin emails Rogers saying he will purchase tickets tomorrow. Flight to Shenzhen, will return to Beijing from Guangzhou though. | Plane tickets? | | |
| 45 | Exhibit G3 Line 2107-2119 | WeChat | 10/18/23 - 10/23/2018 | Rogers and Hummin discuss reimbursing Rogers for an $807 plane ticket. Rogers also reminds Hummin that Hummin gave Yuyu 5000 RMB of his own money. | | | $807.00 |
| 46 | Exhibit G3 Line 2107-2119 | WeChat | 10/18/23 - 10/23/2018 | Rogers and Hummin discuss reimbursing Rogers for an $807 plane ticket. Rogers also reminds Hummin that Hummin gave Yuyu 5000 RMB of his own money. | | 5000 RMB | $733.38 |
| 47 | Exhibit G3 Lines 880 - 887 | WeChat | 12/21/2017 9:39:00am | Hummin asks Yuyu to send him her parent's chinese names and ID numbers because Hummin is going to book the tickets for Yuyu and her parents to fly to Hong Kong from Shanghai to get married. Rogers discusses changing his flight to Shanghai then HK instead of direct to HK. | | | |
| 48 | Exhibit G3 Line 1026 - 1027 | WeChat | 1/3/2018 5:07:47pm | Hummin messages Rogers his tickets were purchased successfully, departs from HK on 27 February 2018, then departs from SH to HK on 1 March 2018. | Plane tickets from HK to SH and back | | |
| 49 | Exhibit G3 Line 1405 - 1411 | WeChat | 2/12/2018 10:40:08am | Hummin asks Rogers where he wants to live in Shanghai from 27 February to 1 March 2018. YuYu says Hummin should book the hotel because her apartment can only fit 3 people, her and her parents. | Hotel for 3 days | | |
| 50 | Exhibit G3 Line 2104 | WeChat | 10/18/2018 6:14:31am | Rogers and Lee discuss Rogers's sabbatical pay | Rogers's Fudan sabbatical pay | 65,000 RMB | $9,750.00 |
| 51 | Exhibit G3 Lines 3036, 3037, 3050 | WeChat | 3/15/2022 6:42:24pm | Rogers and Lee discuss Rogers booking a hotel; Lee tells him to pick the Blue Sky hotel where they've taken almost ten classes. | Hotel bookings | | |
| 52 | Exhibit 437A | Employment Document | Dated 4/15/2024 | FISF (Fudan) 2023 Salary Document | | 3399012.98 RMB | $498,553.63 |