**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.:  25-cr-00033 (DLF)** |
| **v.** | **:** | |
| | **:** | |
| **JOHN HAROLD ROGERS,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING

The Government moves to continue the June 11, 2026 sentencing hearing due to the sudden unavailability of Government counsel.  Earlier today, undersigned counsel learned that he needs to travel overseas next week for a different criminal matter and will not be back in the United States by next Thursday.  Undesigned counsel is the only Assistant United States Attorney from the U.S. Attorney's Office assigned to this case and has prepared extensively to discuss many of the issues likely to arise at the sentencing hearing, including the Sentencing Guidelines.  Along with his co-counsel from the National Security Division, undersigned counsel has also authored many of the briefs that will likely be discussed during the defendant's sentencing hearing, including the Government's Sentencing Memorandum, ECF No. 115, Response to the Defendant's Sentencing Memorandum, ECF No. 120, Government's Supplemental Sentencing Memorandum, ECF No. 124, and Opposition to the Defendant's Motion for a Judgment of Acquittal and Motion for a New Trial, ECF No. 103.  He also is the only Assistant United States Attorney available to travel overseas next week for the other matter.

The defendant's sentencing hearing was originally scheduled for May 27, 2026, but on May 26, 2026, it was continued to June 11, 2026.  At the time the hearing was

rescheduled, undersigned counsel was available on June 11, 2026.  In light of undersigned counsel's sudden unavailability next week, however, the Government now respectfully requests that the Court continue the defendant's sentencing hearing by a few more days to the week of June 15, 2026.  The defendant opposes this motion.

"A trial judge enjoys great discretion in ruling on a motion for a continuance." *United States v. Poston*, 902 F.2d 90, 96 (D.C. Cir. 1990).  Here, the unexpected unavailability of the sole Assistant United States Attorney working on this case is a sufficient basis to continue the defendant's sentencing hearing by a few days.  The defendant has been in custody since he was arrested in January 2025 and the Government has recommended a sentence of 60 months.  Although the defendant is requesting a sentence of time served, the Court has already stated that "given the aggravated facts of this case . . . the Court is likely to impose a prison sentence well in excess of time served." ECF No. 104 at 3 (Order Denying Defendant's Post-Conviction Motion for Release). Thus, a further continuance of a few days is unlikely to prejudice the defendant in any way.

Accordingly, the Government respectfully requests that the Court continue the June 11, 2026 sentencing hearing to the following week.  The Government is available during the following dates and times for a rescheduled hearing during the week of June 15, 2026: June 15 (all day); June 16 (before 2:00 p.m.); or June 18 (after 12:00 p.m.).  The Government asked for the defense's availability during these dates, but has not heard back at the time of this filing.

//

//

//

This is the Government's first request for a continuance.


Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


 /s/ Adam P. Barry
Adam P. Barry
Cal. Bar No. 294449
Assistant United States Attorney
National Security Section
601 D Street, NW
Washington, D.C. 20530
Office: 202-252-7793
Email: adam.barry@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

Nicholas O. Hunter
D.C. Bar No. 1022355
Yifei Zheng
N.Y. Bar No. 5424957
Trial Attorneys
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Telephone: (202) 353-3434
E-mail: nicholas.hunter@usdoj.gov
yifei.zheng@usdoj.gov