

# Conversations
## Contribution. Competencies. Capabilities.

## Rogers, John

1. 2020 Startup / Mid Cycle Assessment
Document Status Completed
Printed 3/7/2025

## Employment Details

| | | | |
|---|---|---|---|
| Employee ID | ████ | Job | Senior Adviser |
| Evaluated By | ████ | Department | 22011-Program Direction |
| Division | | Manager | ████ |

## Overall Summary

| Employee Comments | |
|---|---|
| Manager Comments | John is a senior officer whose focus is support of the research efforts and environment in the Division.  As such, with ████, he oversaw the economists' recruiting committee.  These efforts went very smoothly, and we were able to hire 4 exccellent economists.  He has also been extensively involved with the organization of high level conferences that are sponsored or co-sponsored (with other prestigious institutions) by the Board.  This activity takes considerable time and outreach, including carefully selecting the speakers and program. Even with a lot of the work already done by John and others, unfortunately, a number of conferences in train had to be cancelled or postponed due to the COVID crisis, but John's efforts in this area are much appreciated. John has also continued to do significant research. He has started several new papers, including with IF Division coauthors Bo Sun and Thiago Ferreira.  He has also continued to work on his existing research projects, publishing several working papers and submitting to several journals.  John has also worked with several others in the Division on a well-received review paper highlighting the Division's work on the "taxonomy" of uncertainty.<br><br>Central to his leadership responsibilities and recognizing the importance of fostering a productive research environment even during the COVID crisis, John's responsibilities going forward will include: (1) Providing referee-report style comments on IFDP submissions to help authors prepare for submission to journals and better package their papers (as part of his role as IFDP editor). (2) Bringing the insights of his own research and research by more junior people in areas where he has expertise into Division-wide policy |



# 3Cs Conversations

## Contribution. Competencies. Capabilities.

| | |
|---|---|
| | discussions and policy products.  (3) Further leveraging his outside contacts to create more outside opportunities for Division economists. (4) Further expanding the list of Division researchers he advises and works with. |

## Objectives

### Assist chiefs in managing TFS and GMS; assist junior economists as the opportunity arises to conduct research and incorporate it into policy products.

**Description**     Assist chiefs in managing TFS and GMS; assist junior economists as the opportunity arises to conduct research and incorporate it into policy products.

**Success Criteria**     Set clear expectations and provide ongoing feedback and guidance to others.

John provides informal, but non-trivial, mentoring of economists in his former section(s) TFS and GMS, as well as giving advice on demand to the chiefs.

**Priority**

| Employee Rating | Achieves |
|---|---|
| Employee Comments | |
| Manager Comments | |

### Organize conferences at the Board and in the System

**Description**     Organize conferences at the Board and in the System

**Success Criteria**     1. Oversee Board Research Conference Committee.

John oversees the selection and budget of research conferences sponsored or co-sponsored by the Board, along with █████████, █████████, and █████████. Approximately 4 to 6 large conferences are held each year. Many of the 2020 versions have been postponed or cancelled.

2. System overseer of SCIEA.

John is the FR System head of the System Committee on International Economic Analysis, which hosts a conference each year.  The 2020 meeting, organized by FRB-STL, was cancelled.

3Cs Conversations

# 3Cs Conversations
### Contribution. Competencies. Capabilities.

3. Organize Global Research Forum with FRBNY and ECB colleagues.

John is the Board representative on the GRF, which is held every other year. The 2020 meeting scheduled to he hosted by the Board in November, has been postponed to Nov. 2021.

4. Organize International Research Forum on Monetary Policy with ECB and EABCN colleagues  (with ███████████ ).

John and ██████ are the Board representatives, replacing ███████████. This year's conference program was selected, but the March date meant cancellation.

Priority

| Employee Rating | Exceeds |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Participate in general management of the division

Description     Participate in general management of the division

Success Criteria     1. Lead economist recruiting, with ███████████ and chair of recruiting committee (███████████████).

John led a very successful economist recruiting season as Recruiting Officer, overseeing economist recruiting season along with ███████████ and ███████████████. The Division hired four junior economists this season, filling necessary openings, including two that appeared relatively late in the season.

2. Co-chair IF Division Research Committee, with ███████████.

The Research Committee continues to meet regularly, under the supervision of John and ██████. Recent contributions of the committee include a survey of IF economists on research productivity changes during quarantine. The committee is also exploring ways to speed up the process of publishing working papers. In addition, the committee is seeking input from staff on how to allocate more efficiently and equitably funds for research-related activities such as journal submissions, travel to conferences, and visits to co-authors.

**Conversations**
Contribution. Competencies. Capabilities.

Priority

| Employee Rating | Achieves |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Participate in longer-term research

Description        Participate in longer-term research

Success Criteria    1. New research projects begun during the current cycle, including work examining U.S.-China economic policy hostility, with Bo Sun, and work examining the excess bond premium (EBP) in real time and around FOMC announcements, with Thiago Ferreira.

(1) A Tale of Two Countries: US-China Economic Policy Hostility, with Bo Sun.

(2) How monetary policy shocks (and possibly many other shocks) affect the cross-section distribution of financial conditions in U.S. financial markets (spreads and returns), with Thiago Ferreira.

(3) Information Effects of Monetary Policy and Uncertainty, with Bo Sun and Yinxi Xie.

(4) "Modern Pandemics: Recession and Recovery", with Chang Ma and Sili Zhou [submitted to Journal of International Economics]

(5) Monetary Policy Shocks or Information Effects? The Drivers of Mutual Funds Investing after FOMC Meetings, with Gabriele Ciminelli and Wenbin Wu.

2. Continue work on existing projects begun during prior cycles, including: forecasting using uncertainty measures; the effect of capital account liberalization in China (the "China Connect"); a new measure of U.S. monetary policy shocks; exchange rate forecasting; ECB communications.

(1) "A Unified Measure of Fed Monetary Policy Shocks", with Chunya Bu and

 

# 3Cs Conversations

### Contribution. Competencies. Capabilities.

Wenbin Wu. Submitted to Journal of Monetary Economics (May 2020). Published as FEDS working paper in June 2019. www.federalreserve.gov/econres/feds/files/2019043r1pap.pdf

(2)  "The Effect of the China Connect", with Chang Ma and Sili Zhou. Published as a FEDS working paper (December 2019) and submitted to American Economic Review www.federalreserve.gov/econres/feds/files/2019087pap.pdf

(3)  "How Well Does Economic Uncertainty Forecast Economic Activity?" with Jiawen Xu. Published as FEDS working paper (Dec 2019) and submitted to Journal of Econometrics. www.federalreserve.gov/econres/feds/files/2019085pap.pdf

(4)  "Forward-Looking Monetary Policy and the Transmission of Conventional Monetary Policy Shocks", with Chunya Bu and Wenbin Wu. Published as FEDS working paper (Jan 2020) and submitted to Journal of Money, Credit, and Banking.  www.federalreserve.gov/econres/feds/files/2020014pap.pdf

(5)  "Monetary Policy Expectations, Fund Managers, and Fund Returns: Evidence from China", with John Ammer, Gang Wang, and Yang Yu. Published as an IFDP (June 2020) and submitted to Journal of Development Economics (June 2020) https://www.federalreserve.gov/econres/ifdp/monetary-policy-expectations-fund-managers-and-fund-returns-evidence-from-china.htm

(6)  "Bayesian Model-Averaging Exchange Rate Forecasts: What's the Bottom Line?" with Wenbin Wu and Zihan Zhu.

(7)  "Transmission of ECB Communications Shocks," with Andrew Kane and Bo Sun, January 2019. [work continuing; paper was submitted to the FEDs series]

---

3Cs Conversations

**Conversations**

Contribution. Competencies. Capabilities.

Priority

| Employee Rating | Exceeds |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Provide general support for research done by division economists

Description        Provide general support for research done by division economists

Success Criteria    1. Coordinate division research of general interest. Play a lead role in the review paper "What is Certain about Uncertainty", the update "taxonomy".

"What is Certain about Uncertainty?" with Danilo Cascaldi-Garcia, Cisil Sarisoy, Juan M. Londono, Deepa Datta, Oleysa Grischenko, Thiago Ferreira, Francesca Loria, Sai Ma, Mohammad R. Jahan-Parvar, Marius Rodriguez, and Ilknur Zer (2020) [forthcoming as an IFDP and submitted to Journal of Economic Literature]

2. Oversee division seminars and visiting scholar programs.

John is in charge of the highly active program whereby the division hosts outside seminar speakers and visiting scholars. The committee met in December 2019 and chose speakers for 2020.  Many of these have occurred virtually, while others have been postponed to 2021.
Coordinate the IFDP series.

3. Assist in organizing conference and workshops outside the institution.

John is extremely active in organizing conferences and workshops, this includes Stanford's annual SITE workshop (August) and uncertainty conferences.

4. Help integrate research into policy products.

John will continue to work getting research work ready for possible presentation at Board briefings.

5. Oversee PhD internship program.

John undertook the selection of PhD interns for summer 2020. The program



3Cs Conversations

## Conversations
### Contribution. Competencies. Capabilities.

was cancelled.

Priority

| Employee Rating | Exceeds |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Competencies

### Collaborative Relationships

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Develops collaborative and trusting relationships \|\| MANAGER - Encourages collaboration and builds trust with self and others \|\| OFFICER - Sets the tone for collaborative organization |
| Behaviors | |
| Priority Focus | |

| Employee Comments | |
|---|---|
| Manager Comments | |

### Decision Quality

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Provides sound recommendations \|\| MANAGER - Makes sound decisions using strong analysis and good judgment \|\| OFFICER - Makes timely, thoughtful, strategic decisions |
| Behaviors | |
| Priority Focus | |

| Employee Comments | |
|---|---|
| Manager Comments | |

### Drive for Excellence

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Delivers results by perseverance and innovation \|\| MANAGER - Delivers results by motivating staff and building high-performing teams \|\| OFFICER - Delivers results by developing shared vision and direction for the organization |
| Behaviors | |
| Priority Focus | |

| Employee Comments | |
|---|---|
| Manager Comments | |

### Effective Communication

 

# Conversations
### Contribution. Competencies. Capabilities.

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Effectively conveys ideas and facts in both oral and written communication \|\| MANAGER - Persuasively conveys information and builds communication capability in others \|\| OFFICER - Effectively Speaks and acts on behalf of the Board |
| Behaviors | |
| Priority Focus | |

| | |
|---|---|
| Employee Comments | |
| Manager Comments | |

## IF Diversity and Inclusion

| | |
|---|---|
| Description | Creates a diverse and inclusive work environment that respects and values differences |
| Behaviors | |
| Priority Focus | |

| | |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Learning Agility

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Is adaptive and continually learns \|\| MANAGER - Builds adaptability in self and others \|\| OFFICER - Takes responsibility for building organizational agility |
| Behaviors | |
| Priority Focus | |

| | |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Perspective and Strategic Agility

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Considers broad and diverse views before taking action \|\| MANAGER - Aligns teams and builds plans to deliver on future needs \|\| OFFICER - Leads and acts with the future in mind |
| Behaviors | |
| Priority Focus | |

| | |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Performance Record

| | | | |
|---|---|---|---|
| SUA Completion Date: | Bypassed on 06/26/2020 | Completed By: | HR Administrator Action |
| MCD Self-Assessment Completion Date: | 6/27/2020 | Completed By: | John Rogers |



3Cs Conversations

 **Conversations**
Contribution. Competencies. Capabilities.

MCD Manager Assessment Completion Date;    6/30/2020    Completed By:



# Conversations
## Contribution. Competencies. Capabilities.

## Rogers, John

2. 2020 Learning Review Wrap-Up
Document Status Completed
Printed 3/7/2025

## Employment Details

| | | | |
|---|---|---|---|
| Employee ID |  | Job | Senior Adviser |
| Evaluated By | | Department | 22011-Program Direction |
| Division | | Manager | |

## Overall Summary

| Overall Rating | Achieves / Exceeds |
|---|---|
| Employee Comments | |
| Manager Comments | John is a senior officer whose responsibilities are to promote the IF Division's research environment, oversee and guide the Division's academic working papers series, and serve as senior adviser of the recruiting Committee.  As such, with ███████████ and ███████████ ████████, he oversaw the economists' recruiting committee.  These efforts went very smoothly, and we were able to hire 4 excellent economists.  He has also been very involved with the organization of high-level conferences that are sponsored or co-sponsored (with other prestigious institutions) by the Board.  This activity took considerable time early in the performance year.  Even with a lot of the work already done by John and others, unfortunately, a number of conferences in train had to be cancelled or postponed due to the COVID crisis, but John's efforts in this area are much appreciated.<br><br>John's own research agenda has progressed very well over the performance period.  He has started several new papers (including with IF Division coauthors Bo Sun and Thiago Ferreira) on topics such as U.S.-China hostility, identifying and examining the transmission of monetary policy shocks in innovative ways, and pandemics and recessions.  He has also continued to work on his research projects started earlier, taking out several working papers, receiving a revise and resubmit at the Journal of Monetary Economics, and submitting several papers to high-quality journals.  John has also worked with several others in the Division on a well-received review paper highlighting the Division's work on the "taxonomy" of uncertainty. |



# Conversations
### Contribution. Competencies. Capabilities.

| | |
|---|---|
| | Commensurate with his leadership responsibilities and recognizing the importance of fostering a productive research environment even during the COVID crisis, we asked John at his mid-cycle review in July to focus on the following key priorities: (1) Providing referee-report style comments on IFDP submissions to help authors prepare for submission to journals and better package their papers (as part of his role as IFDP editor). (2) Bringing the insights of his own research and research by more junior people in areas where he has expertise into Division-wide policy discussions and policy products. (3) Further leveraging his outside contacts to create more outside opportunities for Division economists. (4) Further expanding the list of Division researchers he advises and works with. Since then, John has provided thoughtful written comments on IFDP submissions, which have been very helpful to and well-received by the authors. He is also participating actively in a newly-started Research Huddle of 6 (including him) senior officers to explore ways in which we can more systematically promote research that is both highly policy relevant and has potential to be published in high-quality journals, as well as more generally foster a more productive research environment. John has also been involved in efforts through the IF Research Committee and the Seminars Committee on an initiative to have a few seminars with paper presentations with our own researchers, but with external discussants, towards improving the external visibility of our working papers.<br><br>In the coming year, John's proactive support and mentorship of research in the Division will be extremely important. We look forward to further progress from John on the key priorities mentioned above, given his role in the IF Division. We look forward to his creativity and skills in recruiting and holding conferences this year, especially given the challenges of a remote working environment and our intensified efforts to promote D&I. |

## Objectives

**Assist chiefs in managing TFS and GMS; assist junior economists as the opportunity arises to conduct research and incorporate it into policy products.**

Description      Assist chiefs in managing TFS and GMS; assist junior economists as the opportunity arises to conduct research and incorporate it into policy products.

Success Criteria      Set clear expectations and provide ongoing feedback and guidance to

 



## Conversations
### Contribution. Competencies. Capabilities.

others.

John provides informal, but non-trivial, mentoring of economists in his former section(s) TFS and GMS, as well as giving advice on demand to the chiefs.

Priority

| Employee Rating | Achieves |
|---|---|
| Employee Comments | I continue in this role assisting with general matters in TFS/GMS, especially those related to research and recruiting. |
| Manager Comments | |

## Organize conferences at the Board and in the System

Description    Organize conferences at the Board and in the System

Success Criteria    1. Oversee Board Research Conference Committee.

John oversees the selection and budget of research conferences sponsored or co-sponsored by the Board, along with ███████████, ███████████, and ███████████. Approximately 4 to 6 large conferences are held each year. Many of the 2020 versions have been postponed or cancelled.

2. System overseer of SCIEA.

John is the FR System head of the System Committee on International Economic Analysis, which hosts a conference each year. The 2020 meeting, organized by FRB-STL, was cancelled.

3. Organize Global Research Forum with FRBNY and ECB colleagues.

John is the Board representative on the GRF, which is held every other year. The 2020 meeting scheduled to he hosted by the Board in November, has been postponed to Nov. 2021.

4. Organize International Research Forum on Monetary Policy with ECB and EABCN colleagues  (with ███████████).

John and ██████ are the Board representatives, replacing ███████████. This year's conference program was selected, but the March date meant cancellation.

Priority

# 3Cs Conversations
### Contribution. Competencies. Capabilities.

| Employee Rating | Exceeds |
| --- | --- |
| Employee Comments | 1. Oversee Board Research Conference Committee.<br><br>I oversee the selection and budget of research conferences sponsored or co-sponsored by the Board, along with ▮▮▮▮, ▮▮▮▮, and ▮▮▮▮. Approximately 4 to 6 large conferen▮▮▮e▮▮▮ny of ▮▮▮ versions have been postponed or cancelled.<br><br>2. I am the System overseer of SCIEA.<br><br>John is the FR System head of the System Committee on International Economic Analysis, which hosts a conference each year.  The 2020 meeting, organized by FRB-STL, was cancelled.<br><br>3. I help organize the Global Research Forum with FRBNY and ECB colleagues.<br><br>John is the Board representative on the GRF, which is held every other year. The 2020 meeting scheduled to he hosted by the Board in November, has been postponed to Nov. 2021.<br><br>4. I help organize the Interna▮▮▮orum on Monetary Policy with ECB and EABCN colleagues  (with ▮▮▮).<br><br>John and ▮▮▮ are the Board representatives, replacing ▮▮▮. This year's conferen▮▮ram was selected, but the March date me▮▮ation. |

**Conversations**
Contribution. Competencies. Capabilities.

| Manager Comments | |
|---|---|

## Participate in general management of the division

Description        Participate in general management of the division

Success Criteria    1. Lead economist recruiting, with ███████████ and chair of recruiting committee (█████████████████).

John led a very successful economist recruiting season as Recruiting Officer, overseeing economist recruiting season along with █████████ and ██████████████████. The Division hired four junior economists this season, filling necessary openings, including two that appeared relatively late in the season.

2. Co-chair IF Division Research Committee, with █████████████.

The Research Committee continues to meet regularly, under the supervision of John and █████. Recent contributions of the committee include a survey of IF economists on research productivity changes during quarantine. The committee is also exploring ways to speed up the process of publishing working papers. In addition, the committee is seeking input from staff on how to allocate more efficiently and equitably funds for research-related activities such as journal submissions, travel to conferences, and visits to co-authors.

Priority

| Employee Rating | Achieves |
|---|---|
| Employee Comments | 1 ██████████ ruiting, with █████████ and chair of recruiting committee (███████████). |
| | John led a very successful economist recruiting seas ████████ t ng Of ████ g economist recruiting season along with █████████ and ██████ ██████ . The Division hired four junior economist ████████ filling ██████ including two that appeared relatively late in the season. |

## 3Cs Conversations
Contribution. Competencies. Capabilities.

| | |
|---|---|
| | 2. I serve as co-chair IF Division Research Committee, with ▓▓▓▓▓▓▓. <br><br> The Resea▓▓ Committee continues to meet regularly, under the supervision of John and ▓▓. Recent contributions of the committee include a survey of IF economis▓▓ n research productivity changes during quarantine. The committee is also exploring ways to speed up the process of publishing working papers. In addition, the committee is seeking input from staff on how to allocate more efficiently and equitably funds for research-related activities such as journal submissions, travel to conferences, and visits to co-authors. |
| Manager Comments | |

## Participate in longer-term research

Description       Participate in longer-term research

Success Criteria   1. New research projects begun during the current cycle, including work examining U.S.-China economic policy hostility, with Bo Sun, and work examining the excess bond premium (EBP) in real time and around FOMC announcements, with Thiago Ferreira.

(1) A Tale of Two Countries: US-China Economic Policy Hostility, with Bo Sun.

(2) How monetary policy shocks (and possibly many other shocks) affect the cross-section distribution of financial conditions in U.S. financial markets (spreads and returns), with Thiago Ferreira.

(3) Information Effects of Monetary Policy and Uncertainty, with Bo Sun and Yinxi Xie.

(4) "Modern Pandemics: Recession and Recovery", with Chang Ma and Sili Zhou [submitted to Journal of International Economics]

(5) Monetary Policy Shocks or Information Effects? The Drivers of Mutual Funds Investing after FOMC Meetings, with Gabriele Ciminelli and Wenbin Wu.

![3Cs Conversations — Contribution. Competencies. Capabilities.]

2. Continue work on existing projects begun during prior cycles, including: forecasting using uncertainty measures; the effect of capital account liberalization in China (the "China Connect"); a new measure of U.S. monetary policy shocks; exchange rate forecasting; ECB communications.

(1)  "A Unified Measure of Fed Monetary Policy Shocks", with Chunya Bu and Wenbin Wu. Submitted to Journal of Monetary Economics (May 2020). Published as FEDS working paper in June 2019. www.federalreserve.gov/econres/feds/files/2019043r1pap.pdf

(2)   "The Effect of the China Connect", with Chang Ma and Sili Zhou. Published as a FEDS working paper (December 2019) and submitted to American Economic Review www.federalreserve. gov/econres/feds/files/2019087pap.pdf

(3)   "How Well Does Economic Uncertainty Forecast Economic Activity?" with Jiawen Xu. Published as FEDS working paper (Dec 2019) and submitted to Journal of Econometrics. www.federalreserve. gov/econres/feds/files/2019085pap.pdf

(4)    "Forward-Looking Monetary Policy and the Transmission of Conventional Monetary Policy Shocks", with Chunya Bu and Wenbin Wu. Published as FEDS working paper (Jan 2020) and submitted to Journal of Money, Credit, and Banking.  www.federalreserve. gov/econres/feds/files/2020014pap.pdf

(5)   "Monetary Policy Expectations, Fund Managers, and Fund Returns: Evidence from China", with John Ammer, Gang Wang, and Yang Yu. Published as an IFDP (June 2020) and submitted to Journal of Development Economics (June 2020)  https://www.federalreserve. gov/econres/ifdp/monetary-policy-expectations-fund-managers-and-fund-returns-evidence-from-china.htm



**Conversations**
Contribution. Competencies. Capabilities.

(6)   "Bayesian Model-Averaging Exchange Rate Forecasts: What's the Bottom Line?" with Wenbin Wu and Zihan Zhu.

(7)  "Transmission of ECB Communications Shocks," with Andrew Kane and Bo Sun, January 2019. [work continuing; paper was submitted to the FEDs series]

Priority

| Employee Rating | Exceeds |
| --- | --- |
| Employee Comments | 1. I have begun several new research projects during the current cycle, including work examining U.S.-China hostility, with Bo Sun, and work examining the excess bond premium (EBP) in real time and around FOMC announcements, with Thiago Ferreira.<br><br>(1) A Tale of Two Countries: US-China Hostility, with Bo Sun.<br><br>(2) How monetary policy shocks (and possibly many other shocks) affect the cross-section distribution of financial conditions in U.S. financial markets (spreads and returns), with Thiago Ferreira.<br><br>(3) Information Effects of Monetary Policy and Uncertainty, with Bo Sun and Yinxi Xie.<br><br>(4) "Modern Pandemics: Recession and Recovery", with Chang Ma and Sili Zhou. Published as an IFDP (August 2020) https://www.federalreserve.gov/econres/ifdp/modern-pandemics-recession-and-recovery.htm and submitted to Journal of International Economics.<br><br>(5) Monetary Policy Shocks or Information Effects? The Drivers of Mutual Funds Investing after FOMC Meetings, with Gabriele Ciminelli and Wenbin Wu. |



# Conversations
## Contribution. Competencies. Capabilities.

|  | 2. I also continue to work on existing projects begun during prior cycles, including: forecasting using uncertainty measures; the effect of capital account liberalization in China (the "China Connect"); a new measure of U.S. monetary policy shocks.<br><br>(1)  "A Unified Measure of Fed Monetary Policy Shocks", with Chunya Bu and Wenbin Wu. Revise and resubmit at Journal of Monetary Economics (July 2020). Published as FEDS working paper in June 2019.<br><br>www.federalreserve.gov/econres/feds/files/2019043r1pap.pdf<br><br>(2)  "The Effect of the China Connect", with Chang Ma and Sili Zhou. Published as a FEDS working paper (December 2019) and submitted to American Economic Review www.federalreserve.gov/econres/feds/files/2019087pap.pdf<br><br>(3)  "How Well Does Economic Uncertainty Forecast Economic Activity?" with Jiawen Xu. Published as FEDS working paper (Dec 2019) and submitted to Journal of Money, Credit, and Banking. www.federalreserve.gov/econres/feds/files/2019085pap.pdf<br><br>(4)  "Forward-Looking Monetary Policy and the Transmission of Conventional Monetary Policy Shocks", with Chunya Bu and Wenbin Wu. Published as FEDS working paper (Jan 2020) and submitted to Journal of Money, Credit, and Banking. www.federalreserve.gov/econres/feds/files/2020014pap.pdf<br><br>(5)  "Monetary Policy Expectations, Fund Managers, and Fund Returns: Evidence from China", with John Ammer, Gang Wang, and Yang Yu. Published as an IFDP (June 2020) and submitted to Management Science (July 2020)  https://www.federalreserve.gov/econres/ifdp/monetary-policy-expectations-fund-managers-and-fund-returns-evidence-from-china.htm |
| Manager Comments |  |

## Provide general support for research done by division economists

Description        Provide general support for research done by division economists
Success Criteria        1. Coordinate division research of general interest. Play a lead role in the

 



review paper "What is Certain about Uncertainty", the update "taxonomy".

"What is Certain about Uncertainty?" with Danilo Cascaldi-Garcia, Cisil Sarisoy, Juan M. Londono, Deepa Datta, Oleysa Grischenko, Thiago Ferreira, Francesca Loria, Sai Ma, Mohammad R. Jahan-Parvar, Marius Rodriguez, and Ilknur Zer (2020) [forthcoming as an IFDP and submitted to Journal of Economic Literature]

2. Oversee division seminars and visiting scholar programs.

John is in charge of the highly active program whereby the division hosts outside seminar speakers and visiting scholars. The committee met in December 2019 and chose speakers for 2020.  Many of these have occurred virtually, while others have been postponed to 2021.
Coordinate the IFDP series.

3. Assist in organizing conference and workshops outside the institution.

John is extremely active in organizing conferences and workshops, this includes Stanford's annual SITE workshop (August) and uncertainty conferences.

4. Help integrate research into policy products.

John will continue to work getting research work ready for possible presentation at Board briefings.

5. Oversee PhD internship program.

John undertook the selection of PhD interns for summer 2020. The program was cancelled.

Priority

| Employee Rating | Exceeds |
|---|---|
| Employee Comments | 1. Write referee reports on colleagues' submissions to the IFDP working paper series. |



# Conversations
### Contribution. Competencies. Capabilities.

| | |
|---|---|
| | John has written helpful reports on these submissions. |
| | 2. Coordinate division research of general interest. Play a lead role in the review paper "What is Certain about Uncertainty", the updated "taxonomy".<br><br>"What is Certain about Uncertainty?" with Danilo Cascaldi-Garcia, Cisil Sarisoy, Juan M. Londono, Deepa Datta, Oleysa Grischenko, Thiago Ferreira, Francesca Loria, Sai Ma, Mohammad R. Jahan-Parvar, Marius Rodriguez, and Ilknur Zer. This was published as an IFDP https://www.federalreserve.gov/econres/ifdp/what-is-certain-about-uncertainty.htm and submitted to Journal of Economic Literature (June 2020). |
| | 3. Oversee division seminars and visiting scholar programs.<br><br>John is in charge of the highly active program whereby the division hosts outside seminar speakers and visiting scholars. The committee met in December 2019 and chose speakers for 2020.  Many of these have occurred virtually, while others have been postponed to 2021.<br><br>Coordinate the IFDP series. |
| | 4. Assist in organizing conference and workshops outside the institution.<br><br>John is extremely active in organizing conferences and workshops, this includes Stanford's annual SITE workshop (August) and uncertainty conferences. |



## Conversations
### Contribution. Competencies. Capabilities.

|  |  |
|---|---|
|  | 5. Help integrate research into policy products.<br><br>John begun the "Research Huddle" among Officers in the Division, the primary purpose of which is to enhance the publicity of junior colleagues' research and find ways to incorporate that research into policy products including presentation at Board briefings.<br><br><br>6. Oversee PhD internship program.<br><br>John undertook the selection of PhD interns for summer 2020. Although the program was cancelled, John organized virtual conference presentations for nine of the internship applicants. |
| Manager Comments |  |

## Competencies

### Collaborative Relationships

| Description | INDIVIDUAL CONTRIBUTOR - Develops collaborative and trusting relationships \|\| MANAGER - Encourages collaboration and builds trust with self and others \|\| OFFICER - Sets the tone for collaborative organization |
|---|---|
| Behaviors |  |
| Priority Focus |  |

| Employee Rating | Exceeds |
|---|---|
| Employee Comments |  |
| Manager Comments |  |

### Decision Quality

| Description | INDIVIDUAL CONTRIBUTOR - Provides sound recommendations \|\| MANAGER - Makes sound decisions using strong analysis and good judgment \|\| OFFICER - Makes timely, thoughtful, strategic decisions |
|---|---|
| Behaviors |  |
| Priority Focus |  |

 



# Conversations
## Contribution. Competencies. Capabilities.

| Employee Rating | Exceeds |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Drive for Excellence

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Delivers results by perseverance and innovation \|\| MANAGER - Delivers results by motivating staff and building high-performing teams \|\| OFFICER - Delivers results by developing shared vision and direction for the organization |
| Behaviors | |
| Priority Focus | |

| Employee Rating | Exceeds |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Effective Communication

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Effectively conveys ideas and facts in both oral and written communication \|\| MANAGER - Persuasively conveys information and builds communication capability in others \|\| OFFICER - Effectively Speaks and acts on behalf of the Board |
| Behaviors | |
| Priority Focus | |

| Employee Rating | Achieves |
|---|---|
| Employee Comments | |
| Manager Comments | |

## IF Diversity and Inclusion

| | |
|---|---|
| Description | Creates a diverse and inclusive work environment that respects and values differences |
| Behaviors | |
| Priority Focus | |

| Employee Rating | Achieves |
|---|---|
| Employee Comments | |
| Manager Comments | |

## Learning Agility

| | |
|---|---|
| Description | INDIVIDUAL CONTRIBUTOR - Is adaptive and continually learns \|\| MANAGER - Builds adaptability in self and others \|\| OFFICER - Takes responsibility for building organizational agility |
| Behaviors | |

 

**3Cs Conversations**
Contribution. Competencies. Capabilities.

Priority Focus

| Employee Rating | Achieves |
| --- | --- |
| Employee Comments | |
| Manager Comments | |

### Perspective and Strategic Agility

Description     INDIVIDUAL CONTRIBUTOR - Considers broad and diverse views before taking action || MANAGER - Aligns teams and builds plans to deliver on future needs || OFFICER - Leads and acts with the future in mind

Behaviors

Priority Focus

| Employee Rating | Exceeds |
| --- | --- |
| Employee Comments | |
| Manager Comments | |

## Performance Record

LRWU Meeting Held:          10/29/2020

LRWU Completion Date:       10/30/2020     Completed By: ██████

