**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Case No. 25-cr-00033 (DLF)** |
| | : | |
| **JOHN HAROLD ROGERS** | : | |
| | : | **UNDER SEAL** |

**DEFENDANT'S MOTION FOR LEAVE FOR FILE DOCUMENT UNDER SEAL**

The defense respectfully moves for leave to file the attached document, a motion to unseal three documents that the defense previously moved to file under seal.  Because the motion relates to and discusses a previous sealed filing, ECF No. 121, the defense believes it should be filed under seal.

July 9, 2026

Respectfully submitted,

*/s/ Stephen A. Saltzburg*
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 994-9811
Email: sasaltz@law.gwu.edu

*/s/ Jonathan K. Gitlen*
Jonathan K. Gitlen (D.C. Bar No. 990918)
Law Office of Jonathan K. Gitlen PLLC
900 19th Street, NW, Suite 500
Washington, DC 20006
Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jonathan.gitlen@jgitlenlaw.com

*/s/ Molly Gaston*
Molly Gaston (*pro hac vice*)
Gaston & Cooney PLLC
1455 Pennsylvania Ave. NW, Suite 400

Washington, DC 20004
Tel: (202) 657-0012
Email: mollygaston@gastoncooney.com

*Counsel for Defendant*