**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.:  25-cr-00033 (DLF)** |
| **v.** | **:** | |
| | **:** | |
| **JOHN HAROLD ROGERS,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**<u>NOTICE OF SUPPLEMENTAL LEGAL AUTHORITY</u>**

In preparing for tomorrow's sentencing hearing, the Government found a recent U.S. Court of Appeals' decision concerning the Acquitted Conduct Amendment to the Guidelines that was published after the parties filed their supplemental sentencing briefs last week.  A copy of the decision, *United States v. Covington*, --- F.4th ----, 2026 WL 1902549 (4th Cir. July 2, 2026), is attached as Exhibit A for the Court's consideration.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/ Adam P. Barry
Adam P. Barry
Cal. Bar No. 294449
Assistant United States Attorney
National Security Section
601 D Street, NW
Washington, D.C. 20530
Office: 202-252-7793
Email: adam.barry@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General
National Security Division

Nicholas O. Hunter
D.C. Bar No. 1022355
Yifei Zheng
N.Y. Bar No. 5424957

Trial Attorneys
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Telephone: (202) 353-3434
E-mail: nicholas.hunter@usdoj.gov
yifei.zheng@usdoj.gov