**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 25-cr-033 (DLF)** |
| **JOHN HAROLD ROGERS,** | |
| **Defendant.** | |

## <u>NOTICE OF APPEAL</u>

Defendant JOHN HAROLD ROGERS, by and through the undersigned counsel, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4(b), appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered on July 17, 2026, (ECF No. 141).

Dated: July 27, 2026

Respectfully submitted,

/s/ Stephen A. Saltzburg
Stephen A. Saltzburg (D.C. Bar No. 156844)
2000 H Street, NW
Washington, DC 20052
Tel.: (202) 994-7089
Fax: (202) 944-9811
Email: sasaltz@law.gwu.edu

/s/ Jonathan K. Gitlen
Jonathan K. Gitlen (D.C. Bar No. 990918)
Gitlen Law PLLC
1 Thomas Circle, NW, Suite 400
Washington, DC 20005

Tel.: (202) 568-5788
Fax: (202) 301-8556
Email: jgitlen@jgitlenlaw.com

/s/ Jonathan J. Wroblewski
Jonathan J. Wroblewski (*pro hac vice*)
502 N. Hudson Street
Arlington, VA 22201
Tel.: (703) 623-6824
Email: jwroblewski@law.harvard.edu

/s/ Molly Gaston
Molly Gaston (*pro hac vice*)
Gaston & Cooney PLLC
1455 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20004
Tel.: (202) 657-0012
Email: mollygaston@gastoncooney.com

*Counsel for Defendant*

2